**MCGUIREWOODS LLP**
ALEXANDER J. GERSHEN SBN #291929
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Global Plasma Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Plasma Solutions, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IEE Indoor Environmental Engineering,<br><br>　　　　Defendant. | CASE NO. 3:21-cv-02884<br><br>**GLOBAL PLASMA SOLUTIONS, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS [F.R.C.P. RULE 7.1; N.D. CAL. L.R. 3-15]** |

-1-
GLOBAL PLASMA SOLUTIONS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS
[F.R.C.P. RULE 7.1; N.D. CAL. L.R. 3-15]

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. AirClean Holdings, Inc. is a parent company of Global Plasma Solutions, Inc. and has a financial interest in Global Plasma Solutions, Inc. within the meaning of Civil Local Rule 3-15.

2. Falfurrias Capital Partners III, LP is a private equity fund that holds an interest in AirClean Holdings, Inc., the parent company of Global Plasma Solutions, Inc., and through that ownership therefore has an indirect financial interest in Global Plasma Solutions, Inc. within the meaning of Civil Local Rule 3-15.

3. Charles H. Waddell is an individual who owns an interest in AirClean Holdings, Inc., the parent company of Global Plasma Solutions, Inc., and through that ownership therefore has an indirect financial interest in Global Plasma Solutions, Inc. within the meaning of Civil Local Rule 3-15.

DATED: April 21, 2021                 MCGUIREWOODS LLP

                                      By:  /s/ Alexander J. Gershen
                                           Alexander J. Gershen
                                           Attorneys for Global Plasma Solutions, Inc.