AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

GLOBAL PLASMA SOLUTIONS, INC.,
                Plaintiff (s),
     V.
IEE INDOOR ENVIRONMENTAL ENGINEERING,
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-cv-02884-JSW

Notice is hereby given that, subject to approval by the court, Def. IEE Indoor Environmental Engineering substitutes
(Party (s) Name)

Arif Virji and James V. Sansone, CARLE, MACKIE, POWER & ROSS LLP , State Bar No. 130322 / 244671 as counsel of record in
(Name of New Attorney)

place of Arif Virji and Jessica Catherine Shafer / KAUFMAN DOLOWICH & VOLUCK .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | CARLE, MACKIE, POWER & ROSS LLP |
| Address: | 100 B Street, Suite 400, Santa Rosa, CA 95401 |
| Telephone: | (707) 526-4200    Facsimile  (707) 526-4707 |
| E-Mail (Optional): | avirji@cmprlaw.com / jsansone@cmprlaw.com |

I consent to the above substitution.
Date: 6/30/21

*Francis J. Offermann* / *FJOffermann* — President, Indoor Environmental Engineering
(Signature of Party (s))

I consent to being substituted.
Date: 6/30/21

*Jessica C. Shafer* / *Jessica Shafer*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 1, 2021

Arif Virji  (Signature of New Attorney)  James V. Sansone

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]