Arif Virji, Esq. (SBN 130322)
avirji@cmprlaw.com
James V. Sansone, Esq. (SBN 244671)
jsansone@cmprlaw.com
CARLE, MACKIE, POWER & ROSS, LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendant
IEE INDOOR ENVIRONMENTAL
ENGINEERING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IEE INDOOR ENVIRONMENTAL ENGINEERING,<br><br>Defendant. | Case No.: 4:21-cv-02884-JSW<br><br>**DECLARATION OF FRANCIS (BUD) J. OFFERMANN PE CIH IN SUPPORT OF DEFENDANT IEE INDOOR ENVIRONMENTAL ENGINEERING'S MOTION TO STRIKE COMPLAINT BY GLOBAL PLASMA SOLUTIONS, INC. (Anti-SLAPP)**<br><br>Date:   November 5, 2021<br>Time:   9:00 a.m.<br>Courtroom:    5<br><br>Action Filed:  April 21, 2021<br>Trial Date:  January 23, 2023<br><br>Assigned Judge: Hon. Jeffrey S. White |

I, Francis (Bud) J. Offermann PE CIH, declare:

1.      I am president of Indoor Environmental Engineering (IEE).  IEE is a building science consulting firm with 35 years of experience diagnosing building air quality problems and designing healthy and energy efficient indoor environments.  IEE investigates ventilation and indoor air quality (IAQ) issues in a wide range of building occupancy types, including office, hospital, school, laboratory, and single and multi-family residential.  IEE does not manufacture any air cleaning devices, nor is affiliated with any manufacturers of air cleaning devices, and is

1

CARLE, MACKIE, POWER & ROSS LLP

1   not a competitor of Global Plasma Solutions, Inc. (GPS).

2   2.   IEE conducts IAQ building investigations and healthy building design projects.

3   Under my supervision, IEE has developed both pro-active and reactive IAQ measurement

4   methods and diagnostic protocols.  I am a recipient of State and Federal research grants

5   regarding building air quality and ventilation field studies (e.g., EPA BASE study of IAQ in

6   office buildings and schools), tracer gas techniques, in situ contaminant emission rate

7   measurements, and the development of indoor air quality measurement instrumentation.

8   3.   Prior to starting up IEE, I served as an engineer and scientist at several

9   companies, including as a Staff Scientist with the Building Ventilation and Indoor Air Program,

10   Energy and Environment Division, Lawrence Berkeley Laboratory, Berkeley, CA.

11   4.   I have developed and instruct, regularly, IAQ-related professional development

12   seminars including Indoor Air Quality: Tools for Schools, an EPA one day air quality

13   management workshop for school officials, teachers, and maintenance personnel; and the

14   Building Operator Certification (BOC) Indoor Air Quality Training Workshops, sponsored by

15   the Northwest Energy Efficiency Council.

16   5.   I have published extensively and lectured frequently on the subject of IAQ,

17   ventilation, air cleaning, and product emission testing.  I am both a licensed professional

18   Mechanical Engineer and a Certified Industrial Hygienist.

19   6.   I hold a B.S. in Mechanical Engineering from Rensselaer Polytechnic Institute

20   and a M.S. in Mechanical Engineering from Stanford University.

21   7.   I am an active member of numerous professional engineering organizations,

22   including the indoor air quality committees of the American Society of Heating, Refrigeration

23   and Air Conditioning Engineers (ASHRAE) and Cal-OSHA.

24   8.   I have been conducting performance tests of air cleaning devices for 30 years and

25   served as an expert witness and special consultant for the U.S. Federal Trade Commission

26   regarding the performance claims found in advertisements of portable air cleaners and residential

27   furnace filters.  I also provided consultation to the American Home Appliance Manufacturers

28   (AHAM) on the development of a standard for testing portable air cleaners, AHAM Standard

2

CARLE, MACKIE,
POWER & ROSS LLP

CASE NO. 4:21-cv-02884-JSW   DECLARATION OF FRANCIS (BUD) J. OFFERMANN PE CIH ISO DEFENDANT IEE INDOOR
ENVIRONMENTAL ENGINEERING'S MOTION TO STRIKE COMPLAINT BY GLOBAL
PLASMA SOLUTIONS, INC. (Anti-SLAPP)

1    AC-1, which is used to measure the Clean Air Delivery Rates (CADR) for air cleaners.

2         9.    A true and correct copy of my CV is attached as **Exhibit A**.

3         10.    Air cleaner/purification technology, which has existed for many decades, can be
4    divided into two categories: (a) subtractive (removal by filtration); and (b) additive
5    (removal/inactivation by generation of ions, ozone, hydroxyl radicals, hydrogen peroxide, etc.).
6    Based on my 30 plus years of experience in the IAC industry, I knew that subtractive devices
7    (basically the use of industry approved air filters) were quite effective at air purification at a
8    relatively low cost, but that additive air cleaning/purification devices in general provide little
9    removal/inactivation, are expensive, and can create harmful air contaminants.

10        11.    The products sold and advertised by GPS fall in the additive category of devices
11   using ionizers (bipolar, negative, cold plasma, etc.).  I was aware that these types of devices are
12   only minimally effective and can create high indoor concentrations of ions, which recent studies
13   have shown can cause adverse respiratory and cardiovascular effects and may create harmful air
14   contaminants.

15        12.    The backbone of GPS' product line is its patented Needlepoint Bipolar Ionization
16   technology (NPBI).  The GPS ionization system is an electrostatic ionization bar and power
17   supply that is installed in the HVAC system.  GPS sells its NPBI purification devices to schools,
18   hospitals, businesses, and homes.

19        13.    The COVID-19 pandemic has caused demand for air treatment systems (ATS) to
20   skyrocket.  To harness this demand, many companies have increased marketing efforts and
21   product lines.  Manufacturers of ATS devices routinely claim their devices remove more than
22   99% of airborne viruses and bacteria.  I and many other IAQ scientists examined these claims
23   and discovered in many instances, the claims were false in that many of these devices provided
24   little to no reduction of airborne air contaminants, including SARS-CoV-2, the virus associated
25   with COVID-19, and can also create harmful air contaminants.

26        14.    Having studied and tested air cleaners for decades, I knew that: (1) these "air
27   cleaners" were not new and had been reincarnated many times since the early 1900's, and (2)
28   based on my review of test data from many of these types of devices, I had never found they

CARLE, MACKIE,
POWER & ROSS LLP

3

CASE NO. 4:21-cv-02884-JSW    DECLARATION OF FRANCIS (BUD) J. OFFERMANN PE CIH ISO DEFENDANT IEE INDOOR
ENVIRONMENTAL ENGINEERING'S MOTION TO STRIKE COMPLAINT BY GLOBAL
PLASMA SOLUTIONS, INC. (Anti-SLAPP)

significantly removed air contaminants from indoor air and sometimes actually produced dangerous chemicals such as ozone, formaldehyde, and ultra-fine particles.

15.     Many of the new COVID era manufacturers directed their marketing campaigns at School Districts.  I decided to investigate these manufacturers' claims of using additive devices, including ionizers, to reduce indoor concentrations of air contaminants, including bacteria and virus, by more than 98%, with the goal of educating parents and school administrators on this matter of great public interest.

16.     I focused my investigation on the products advertised and sold to school districts by Global Plasma Technologies ("GPS"), because I had access to test reports and data that GPS had posted on their website as part of their marketing campaign.  A true and correct copy of the GPS test reports and data posted on their website is attached as **Exhibit B**.

17.     GPS listed twelve tests on its website that purportedly support its position that GPS ionizers reduce the indoor airborne concentrations of air contaminants.  I evaluated this data and reached the following conclusions:

**EVALUATION OF PARTICLE REMOVAL TESTING – BLUE HAVEN TECHNOLOGIES REPORT**

The first test under this report was conducted using a MERV 8 Filter along with a GPS device.  The Clean Air Delivery Rate (CADR), a measurement of the rate of extraction, was 20 cfm (cubic feet/minute) after 14 minutes and 9 cfm after 960 minutes.  The American Home Appliance Manufacturer (AHAM) recommendation is to use an air cleaner capable of a CADR equal to 2/3 of the floor area of the room where the air cleaner is installed.  Thus, the CADRs of 9 to 20 cfm measured for the MERV 8 filter + GPS translate into recommended room sizes of just 14 square feet to 30 square feet, far smaller than any classroom or even a small bedroom.

For a typical classroom with code minimum outdoor air ventilation and low efficiency filters, adding a CADR cfm of 9 or 20, reduces the airborne SARS- CoV-2 exposure by just 1% and 2% respectively.

The second test under this report was conducted using a MERV 13 Filter with *no* GPS device.   The CADR was 271 cfm.  Applying the AHAM conversion formula results in a

4

recommended room size of 405 square feet.  Thus, the MERV 13 filter provided more than ten times removal of particulates than a MERV 8 filter with a GPS device.

### EVALUATION OF ANTIMICROBIAL ACTIVITY OF COLD PLASMA GENERATOR TEST

This report tests Feline Calicivirus in petri dishes with a GPS ionizer positioned just one inch above the petri dish's surface for 30 minutes.  GPS reported the concentration of viable viruses in the test sample was reduced by 93.5%.  While a reduction of 93.5% on its face is a good result, the reduction is based upon a GPS ionizer positioned directly above an inoculated surface (i.e., the petri dish) for 30 minutes.  Taking this obvious difference into account, I calculated the reduction of Feline Calicivirus in the air of the HVAC system to be just 0.0016%, a far cry from the advertised 93.5%.

### PATHOGEN TESTING REPORTS (FOUR TESTS)

The GPS CDIFF Test Report (#1) is a test similar to the test described above with Feline Calicivirus.  This test used Clostridium difficile bacteria in petri dishes with a GPS ionizer placed 5 cm (2 inches) above the petri dish's surface for 30 minutes.  The concentration of viable bacteria in the test sample was purportedly reduced by 86.87%.  While a reduction of 86.87% on its face is a good result, the reduction was again based on a GPS ionizer positioned directly above the petri dish.  In an HVAC system, the reduction of airborne bacteria is negligible, which I calculated to be just under 0.002%, a far cry from the advertised 86.87% reduction.

The remaining three tests were airborne reduction tests of viable bacteria conducted in a test chamber.  These tests show using two GPS ionizers in a relatively small test chamber results in very small CADRs of 6-31 cfm, which translate into recommended room sizes of just 9 square feet to 35 square feet.  Again, this recommended room size is far smaller than the average classroom size these devices are advertised to protect.  For a typical classroom with code minimum outdoor air ventilation and low efficiency filters, adding a CADR cfm of 6 or 31, reduces the airborne SARS-CoV-2 exposure by less than 1% and 4% respectively.

### CUSTOMER SITE TESTING REPORTS

These customer field reports all lack the necessary test controls for accurate measurement of the improved air quality produced by the GPS ionization systems.  Some studies only

5

1    measured the indoor air contaminants with the GPS ionization system installed, and thus

2    preclude any assessment of the improvement of the air quality created by the GPS system.  Other

3    studies attempted to quantify the improvement of the air quality created by the GPS system by

4    conducting measurements on different days with and without the GPS system operating lacked

5    the measurements of the outdoor air ventilation rates and indoor contaminant emission rates that

6    are necessary to assess the improvement of the air quality created by the GPS system.

7          18.    I also reviewed the descriptive representations made by GPS on their website

8    about their products.  According to the GPS web page:

10   "GPS' NPBI technology safely cleans indoor air. This patented technology
     produces a high concentration of positive and negative ions, delivering them to
     the space via the ventilation system. Within the air stream, ions attach to
11   particles, where they combine, become larger, and are more easily filtered from
     the air. When ions come in contact with pathogens, they disrupt the pathogens'
12   surface proteins, rendering them inactive."

13         19.    I also saw the following representation on the GPS website specific to virus:



22         20.    Based on my review of the GPS website and the test data published on the

23   website, I wrote an article entitled *Beware The COVID-19 Snake Oil Salesmen Are Here*, a copy

24   of which is attached as **<u>Exhibit C</u>**.  In writing the article, I had no goal other than to shine a light

25   on this critical issue of public importance.  I had no profit motive as IEE does not manufacture

26   any products and is not a competitor of GPS.  Moreover, I did not provide any false, misleading,

27   or otherwise defamatory statements in the Article.  Indeed, the article only states the following

28   facts or opinions:

CARLE, MACKIE,
POWER & ROSS LLP

6

CASE NO. 4:21-CV-02884-JSW    DECLARATION OF FRANCIS (BUD) J. OFFERMANN PE CIH ISO DEFENDANT IEE INDOOR
ENVIRONMENTAL ENGINEERING'S MOTION TO STRIKE COMPLAINT BY GLOBAL
PLASMA SOLUTIONS, INC. (Anti-SLAPP)

a.      Additive air cleaners, including ionizers, in general (with no reference specifically to GPS) provide little or no removal of airborne virus and *may* produce dangerous chemicals such as ozone or formaldehyde.  This is a well-recognized opinion in the scientific community.

b.      The test results posted by GPS on its website prove the GPS devices provide little removal/inactivation of harmful air particles from rooms, including airborne bacteria and virus, (i.e., in a typical classroom with code minimum outdoor air ventilation and low efficiency filters the reduction of airborne SARS-CoV-2 exposure is just 1% - 4%).

c.      Use of mechanical outdoor ventilation, use of portable air cleaners that meet AHAM standards and HVAC filters that are ASHRAE MERV rated will work far better and cost substantially less than ionization devices installed in HVAC systems.  This is a well-recognized opinion in the scientific community

d.      It is important to recognize that while outdoor air ventilation and air filtration can reduce the risk of far field airborne exposures to SARS-CoV-2 (e.g., greater than 6 feet), no amount of ventilation or air filtration can reduce risk of close exposure to an infected individual, only masks and social distancing can reduce this risk.

21.      As the COVID virus raged unabated, I began to see other scientists also speak out about the growing concern in the scientific community about the use of air cleaners, including ionizers.  In March 2021, researchers at Illinois Tech, Portland State University, and Colorado State University published an article presenting their findings after conducting a series of tests on the efficacy of one of the ionizers sold by GPS.  The authors explained they conducted lab tests with air sampling in a large semi-furnished chamber and in a field test with an ionizer installed in an air handling unit serving an occupied office building.  They found that: (1) there was very little net effect on the overall concentration of the type of small particles that cause the greatest risk to health; and (2) both tests resulted in a decrease in some volatile organic compounds, but an increase in others.  A true and correct copy of this article is attached as **Exhibit D**.

22.      Other scientists raised similar concerns.  Rutgers civil and environmental engineering professor Monica Mazurka noted in an interview that bipolar ionization systems

CASE NO. 4:21-CV-02884-JSW      DECLARATION OF FRANCIS (BUD) J. OFFERMANN PE CIH ISO DEFENDANT IEE INDOOR ENVIRONMENTAL ENGINEERING'S MOTION TO STRIKE COMPLAINT BY GLOBAL PLASMA SOLUTIONS, INC. (Anti-SLAPP)

constitute "unvalidated" technology.  A true and correct copy of an article citing that interview is attached as **Exhibit E**.  The same article noted Dr. Sarah F. Evans, an Assistant Professor in the Department of Environmental Medicine and Public Health and a member of the Institute for Exposomic Research at the Icahn School of Medicine at Mount Sinai was consulted by a group of parents concerned about plans to install GPS ionizers at their local school.  According to the article, after reviewing the situation, Dr. Evans wrote a letter to the district opposing the installation of the GPS devices.

23.    I also noted that school districts were starting to closely examine the efficacy and dangers of installing ionizers in classrooms.  I found out that Newark School District, which had purchased more than 500 air cleaners from GPS at a cost of $360,000 decided to "disconnect" them until further notice.  A true and correct copy of an article discussing Newark's decision is attached as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 13th day of August 2021 at San Francisco, California.

/S/ Francis J. Offermann

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Arif Virji, Esq.

CARLE, MACKIE,
POWER & ROSS LLP

CASE NO. 4:21-cv-02884-JSW    DECLARATION OF FRANCIS (BUD) J. OFFERMANN PE CIH ISO DEFENDANT IEE INDOOR ENVIRONMENTAL ENGINEERING'S MOTION TO STRIKE COMPLAINT BY GLOBAL PLASMA SOLUTIONS, INC. (Anti-SLAPP)

# EXHIBIT A

# Francis (Bud) J. Offermann III PE, CIH

Indoor Environmental Engineering
1448 Pine Street, Suite 103, San Francisco, CA  94109
Phone: 415-567-7700
Email:  Offermann@iee-sf.com
http://www.iee-sf.com

## Education

M.S. Mechanical Engineering (1985)
Stanford University, Stanford, CA.

Graduate Studies in Air Pollution Monitoring and Control (1980)
University of California, Berkeley, CA.

B.S. in Mechanical Engineering (1976)
Rensselaer Polytechnic Institute, Troy, N.Y.

## Professional Experience

President: Indoor Environmental Engineering, San Francisco, CA. December, 1981 - present.

Direct team of environmental scientists, chemists, and mechanical engineers in conducting State and Federal research regarding indoor air quality instrumentation development, building air quality field studies, ventilation and air cleaning performance measurements, and chemical emission rate testing.

Provide design side input to architects regarding selection of building materials and ventilation system components to ensure a high quality indoor environment.

Direct Indoor Air Quality Consulting Team for the winning design proposal for the new State of Washington Ecology Department building.

Develop a full-scale ventilation test facility for measuring the performance of air diffusers; ASHRAE 129, Air Change Effectiveness, and ASHRAE 113, Air Diffusion Performance Index.

Develop a chemical emission rate testing laboratory for measuring the chemical emissions from building materials, furnishings, and equipment.

Principle Investigator of the California New Homes Study (2005-2007). Measured ventilation and indoor air quality in 108 new single family detached homes in northern and southern California.

Develop and teach IAQ professional development workshops to building owners, managers, hygienists, and engineers.

<u>Air Pollution Engineer</u>: Earth Metrics Inc., Burlingame, CA, October, 1985 to March, 1987.

Responsible for development of an air pollution laboratory including installation a forced choice olfactometer, tracer gas electron capture chromatograph, and associated calibration facilities. Field team leader for studies of fugitive odor emissions from sewage treatment plants, entrainment of fume hood exhausts into computer chip fabrication rooms, and indoor air quality investigations.

<u>Staff Scientist:</u>   Building Ventilation and Indoor Air Quality Program, Energy and Environment Division, Lawrence Berkeley Laboratory, Berkeley, CA. January, 1980 to August, 1984.

Deputy project leader for the Control Techniques group; responsible for laboratory and field studies aimed at evaluating the performance of indoor air pollutant control strategies (i.e. ventilation, filtration, precipitation, absorption, adsorption, and source control).

Coordinated field and laboratory studies of air-to-air heat exchangers including evaluation of thermal performance, ventilation efficiency, cross-stream contaminant transfer, and the effects of freezing/defrosting.

Developed an *in situ* test protocol for evaluating the performance of air cleaning systems and introduced the concept of effective cleaning rate (ECR) also known as the Clean Air Delivery Rate (CADR).

Coordinated laboratory studies of portable and ducted air cleaning systems and their effect on indoor concentrations of respirable particles and radon progeny.

Co-designed an automated instrument system for measuring residential ventilation rates and radon concentrations.

Designed hardware and software for a multi-channel automated data acquisition system used to evaluate the performance of air-to-air heat transfer equipment.

<u>Assistant Chief Engineer</u>: Alta Bates Hospital, Berkeley, CA, October, 1979 to January, 1980.

Responsible for energy management projects involving installation of power factor correction capacitors on large inductive electrical devices and installation of steam meters on physical plant steam lines. Member of Local 39, International Union of Operating Engineers.

<u>Manufacturing Engineer</u>: American Precision Industries, Buffalo, NY, October, 1977 to October, 1979.

Responsible for reorganizing the manufacturing procedures regarding production of shell and tube heat exchangers. Designed customized automatic assembly, welding, and testing equipment. Designed a large paint spray booth. Prepared economic studies justifying new equipment purchases. Safety Director.

Project Engineer: Arcata Graphics, Buffalo, N.Y. June, 1976 to October, 1977.

Responsible for the design and installation of a bulk ink storage and distribution system and high speed automatic counting and marking equipment. Also coordinated material handling studies which led to the purchase and installation of new equipment.

## PROFESSIONAL ORGANIZATION MEMBERSHIP

American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE)

- Chairman of SPC-145P, Standards Project Committee - Test Method for Assessing the Performance of Gas Phase Air Cleaning Equipment (1991-1992)
- Member SPC-129P, Standards Project Committee - Test Method for Ventilation Effectiveness (1986-97)
    - Member of Drafting Committee
- Member Environmental Health Committee (1992-1994, 1997-2001, 2007-2010)
    - Chairman of EHC Research Subcommittee
    - Member of Man Made Mineral Fiber Position Paper Subcommittee
    - Member of the IAQ Position Paper Committee
    - Member of the Legionella Position Paper Committee
    - Member of the Limiting Indoor Mold and Dampness in Buildings Position Paper Committee
- Member SSPC-62, Standing Standards Project Committee - Ventilation for Acceptable Indoor Air Quality (1992 to 2000)
    - Chairman of Source Control and Air Cleaning Subcommittee
- Chairman of TC-4.10, Indoor Environmental Modeling (1988-92)
    - Member of Research Subcommittee
- Chairman of TC-2.3, Gaseous Air Contaminants and Control Equipment (1989-92)
    - Member of Research Subcommittee

American Society for Testing and Materials (ASTM)

- D-22 Sampling and Analysis of Atmospheres (1992-present)
    - Member of Indoor Air Quality Subcommittee
- E-06 Performance of Building Constructions (1992-present)

American Board of Industrial Hygiene (ABIH)

American Conference of Governmental Industrial Hygienists (ACGIH)

- Bioaerosols Committee (2007-2013)

American Industrial Hygiene Association (AIHA)

Cal-OSHA Indoor Air Quality Advisory Committee

International Society of Indoor Air Quality and Climate (ISIAQ)

   • Co-Chairman of Task Force on HVAC Hygiene (1999-2002)

U. S. Green Building Council (USGBC)
    - Member of the IEQ Technical Advisory Group (2007-2009)
    - Member of the IAQ Performance Testing Work Group (2010-2012)

Western Construction Consultants (WESTCON)


**PROFESSIONAL CREDENTIALS**

Licensed Professional Engineer - Mechanical Engineering

Certified Industrial Hygienist - American Board of Industrial Hygienists


**SCIENTIFIC MEETINGS AND SYMPOSIA**

Biological Contamination, Diagnosis, and Mitigation, Indoor Air'90, Toronto, Canada, August, 1990.

Models for Predicting Air Quality, Indoor Air'90, Toronto, Canada, August, 1990.

Microbes in Building Materials and Systems, Indoor Air '93, Helsinki, Finland, July, 1993.

Microorganisms in Indoor Air Assessment and Evaluation of Health Effects and Probable Causes, Walnut Creek, CA, February 27, 1997.

Controlling Microbial Moisture Problems in Buildings, Walnut Creek, CA, February 27, 1997.

Scientific Advisory Committee, Roomvent 98, 6th International Conference on Air Distribution in Rooms, KTH, Stockholm, Sweden, June 14-17, 1998.

Moisture and Mould, Indoor Air '99, Edinburgh, Scotland, August, 1999.

Ventilation Modeling and Simulation, Indoor Air '99, Edinburgh, Scotland, August, 1999.

Microbial Growth in Materials, Healthy Buildings 2000, Espoo, Finland, August, 2000.

Co-Chair, Bioaerosols X- Exposures in Residences, Indoor Air 2002, Monterey, CA, July 2002.

Chair, Environmental Tobacco Smoke in Multi-Family Homes, Indoor Air 2008, Copenhagen, Denmark, July 2008.

Co-Chair, ISIAQ Task Force Workshop; HVAC Hygiene, Indoor Air 2002, Monterey, CA, July 2002.

Chair, ETS in Multi-Family Housing: Exposures, Controls, and Legalities Forum, Healthy Buildings 2009, Syracuse, CA, September 14, 2009.

Chair, Energy Conservation and IAQ in Residences Workshop, Indoor Air 2011, Austin, TX, June 6, 2011.

Chair, Electronic Cigarettes: Chemical Emissions and Exposures Colloquium, Indoor Air 2016, Ghent, Belgium, July 4, 2016.


## SPECIAL CONSULTATION

Provide consultation to the American Home Appliance Manufacturers on the development of a standard for testing portable air cleaners, AHAM Standard AC-1.

Served as an expert witness and special consultant for the U.S. Federal Trade Commission regarding the performance claims found in advertisements of portable air cleaners and residential furnace filters.

Conducted a forensic investigation for a San Mateo, CA *pro se* defendant, regarding an alleged homicide where the victim was kidnapped in a steamer trunk. Determined the air exchange rate in the steamer trunk and how long the person could survive.

Conducted *in situ* measurement of human exposure to toluene fumes released during nailpolish application for a plaintiffs attorney pursuing a California Proposition 65 product labeling case. June, 1993.

Conducted a forensic *in situ* investigation for the Butte County, CA Sheriff's Department of the emissions of a portable heater used in the bedroom of two twin one year old girls who suffered simultaneous crib death.

Consult with OSHA on the 1995 proposed new regulation regarding indoor air quality and environmental tobacco smoke.

Consult with EPA on the proposed Building Alliance program and with OSHA on the proposed new OSHA IAQ regulation.

Johnson Controls Audit/Certification Expert Review; Milwaukee, WI.  May 28-29, 1997.

Winner of the nationally published 1999 Request for Proposals by the State of Washington to conduct a comprehensive indoor air quality investigation of the Washington State Department of Ecology building in Lacey, WA.

Selected by the State of California Attorney General's Office in August, 2000 to conduct a comprehensive indoor air quality investigation of the Tulare County Court House.

Lawrence Berkeley Laboratory IAQ Experts Workshop:  "Cause and Prevention of Sick Building Problems in Offices: The Experience of Indoor Environmental Quality Investigators", Berkeley, California, May 26-27, 2004.

Provide consultation and chemical emission rate testing to the State of California Attorney General's Office in 2011regarding formaldehyde emissions from Brazilian Blowout hair straitening product.

Provide hazard assessment to the State of California Attorney General's Office in 2013-2015 regarding the chemical emissions from e-cigarettes.


**PEER-REVIEWED PUBLICATIONS :**

F.J.Offermann, C.D.Hollowell, and G.D.Roseme, "Low-Infiltration Housing in Rochester, New York: A Study of Air Exchange Rates and Indoor Air Quality," *Environment International*, *8*, pp. 435-445, 1982.

W.W.Nazaroff, F.J.Offermann, and A.W.Robb, "Automated System for Measuring Air Exchange Rate and Radon Concentration in Houses," *Health Physics*, *45*, pp. 525-537, 1983.

F.J.Offermann, W.J.Fisk, D.T.Grimsrud, B.Pedersen, and K.L.Revzan, "Ventilation Efficiencies of Wall- or Window-Mounted Residential Air-to-Air Heat Exchangers," *ASHRAE Annual Transactions*, *89-2B*, pp 507-527, 1983.

W.J.Fisk, K.M.Archer, R.E Chant, D. Hekmat, F.J.Offermann, and B.Pedersen, "Onset of Freezing in Residential Air-to-Air Heat Exchangers," *ASHRAE Annual Transactions*, *91-1B*, 1984.

W.J.Fisk, K.M.Archer, R.E Chant, D. Hekmat, F.J.Offermann, and B.Pedersen, "Performance of Residential Air-to-Air Heat Exchangers During Operation with Freezing and Periodic Defrosts," *ASHRAE Annual Transactions*, *91-1B*, 1984.

R.G.Sextro, F.J.Offermann, W.W.Nazaroff, and A.V.Nero, "Effects of Aerosol Concentrations on Radon Progeny," Aerosols, Science, & Technology, and Industrial Applications of Airborne Particles, editors B.Y.H.Liu, D.Y.H.Pui, and H.J.Fissan, p525, Elsevier, 1984.

K.Sexton, S.Hayward, F.Offermann, R.Sextro, and L.Weber, "Characterization of Particulate and Organic Emissions from Major Indoor Sources, <u>Third International Conference on Indoor Air Quality and Climate</u>, Stockholm, Sweden, August 20-24, 1984.

F.J.Offermann, R.G.Sextro, W.J.Fisk, D.T.Grimsrud, W.W.Nazaroff, A.V.Nero, and K.L.Revzan, "Control of Respirable Particles with Portable Air Cleaners," *Atmospheric Environment*, Vol. 19, pp.1761-1771, 1985.

R.G.Sextro, F.J.Offermann, W.W.Nazaroff, A.V.Nero, K.L.Revzan, and J.Yater, "Evaluation of Indoor Control Devices and Their Effects on Radon Progeny Concentrations," *Atmospheric Environment*, *12*, pp. 429-438, 1986.

W.J. Fisk, R.K.Spencer, F.J.Offermann, R.K.Spencer, B.Pedersen, R.Sextro, "Indoor Air Quality Control Techniques," *Noyes Data Corporation*, Park Ridge, New Jersey, (1987).

F.J.Offermann, "Ventilation Effectiveness and ADPI Measurements of a Forced Air Heating System," *ASHRAE Transactions* , Volume 94, Part 1, pp 694-704, 1988.

F.J.Offermann and D. Int-Hout "Ventilation Effectiveness Measurements of Three Supply/Return Air Configurations," *Environment International* , Volume 15, pp 585-592 1989.

F.J. Offermann, S.A. Loiselle, M.C. Quinlan, and M.S. Rogers, "A Study of Diesel Fume Entrainment in an Office Building," *IAQ '89*, The Human Equation: Health and Comfort, pp 179-183, ASHRAE, Atlanta, GA, 1989.

R.G.Sextro and F.J.Offermann, "Reduction of Residential Indoor Particle and Radon Progeny Concentrations with Ducted Air Cleaning Systems," submitted to *Indoor Air*, 1990.

L.A. Gundel, J.M. Daisey, and F.J. Offermann, "A Sampling and Analytical Method for Gas Phase Polycyclic Aromatic Hydrocarbons", Proceedings of the 5th International Conference on Indoor Air Quality and Climate, <u>Indoor Air '90</u>, July 29-August 1990.

A.T. Hodgson, J.M. Daisey, and F.J. Offermann "Development of an Indoor Sampling and Analytical Method for Particulate Polycyclic Aromatic Hydrocarbons", Proceedings of the 5th International Conference on Indoor Air Quality and Climate, <u>Indoor Air '90</u>, July 29-August, 1990.

S.A.Loiselle, A.T.Hodgson, and F.J.Offermann, "Development of An Indoor Air Sampler for Polycyclic Aromatic Compounds", *Indoor Air* , Vol 2, pp 191-210, 1991.

F.J.Offermann, S.A.Loiselle, A.T.Hodgson, L.A. Gundel, and J.M. Daisey, "A Pilot Study to Measure Indoor Concentrations and Emission Rates of Polycyclic Aromatic Compounds", *Indoor Air* , Vol 4, pp 497-512, 1991.

F.J. Offermann, S. A. Loiselle, R.G. Sextro, "Performance Comparisons of Six Different Air Cleaners Installed in a Residential Forced Air Ventilation System," _IAQ'91_, Healthy Buildings, pp 342-350, ASHRAE, Atlanta, GA (1991).

F.J. Offermann, J. Daisey, A. Hodgson, L. Gundell, and S. Loiselle, "A Pilot Study to Measurwe Indoor Concentrations and Emission Rates of Polycyclic Aromatic Compounds", _Indoor Air,_ Vol 4, pp 497-512 (1991).

F.J. Offermann, S. A. Loiselle, R.G. Sextro, "Performance of Air Cleaners Installed in a Residential Forced Air System," _ASHRAE Journal_, pp 51-57, July, 1992.

F.J. Offermann and S. A. Loiselle, "Performance of an Air-Cleaning System in an Archival Book Storage Facility," _IAQ'92_, ASHRAE, Atlanta, GA, 1992.

S.B. Hayward, K.S. Liu, L.E. Alevantis, K. Shah, S. Loiselle, F.J. Offermann, Y.L. Chang, L. Webber, "Effectiveness of Ventilation and Other Controls in Reducing Exposure to ETS in Office Buildings," Indoor Air '93, Helsinki, Finland, July 4-8, 1993.

F.J. Offermann, S. A. Loiselle, G. Ander, H. Lau, "Indoor Contaminant Emission Rates Before and After a Building Bake-out," _IAQ'93_, Operating and Maintaining Buildings for Health, Comfort, and Productivity, pp 157-163, ASHRAE, Atlanta, GA, 1993.

L.E. Alevantis, Hayward, S.B., Shah, S.B., Loiselle, S., and Offermann, F.J. "Tracer Gas Techniques for Determination of the Effectiveness of Pollutant Removal From Local Sources," _IAQ '93_, Operating and Maintaining Buildings for Health, Comfort, and Productivity, pp 119-129, ASHRAE, Atlanta, GA, 1993.

L.E. Alevantis, Liu, L.E., Hayward, S.B., Offermann, F.J., Shah, S.B., Leiserson, K. Tsao, E., and Huang, Y., "Effectiveness of Ventilation in 23 Designated Smoking Areas in California Buildings," _IAQ '94_,  Engineering Indoor Environments, pp 167-181, ASHRAE, Atlanta, GA, 1994.

L.E. Alevantis, Offermann, F.J., Loiselle, S., and Macher, J.M., "Pressure and Ventilation Requirements of Hospital Isolation Rooms for Tuberculosis (TB) Patients: Existing Guidelines in the United States and a Method for Measuring Room Leakage", Ventilation and Indoor Air Quality in Hospitals, M. Maroni, editor, Kluwer Academic publishers, Netherlands, 1996.

F.J. Offermann, M. A. Waz, A.T. Hodgson, and H.M. Ammann, "Chemical Emissions from a Hospital Operating Room Air Filter," _IAQ'96_, Paths to Better Building Environments, pp 95-99, ASHRAE, Atlanta, GA, 1996.

F.J. Offermann, "Professional Malpractice and the Sick Building Investigator," _IAQ'96_, Paths to Better Building Environments, pp 132-136, ASHRAE, Atlanta, GA, 1996.

F.J. Offermann, "Standard Method of Measuring Air Change Effectiveness," _Indoor Air,_ Vol 1, pp.206-211, 1999.

F. J. Offermann, A. T. Hodgson, and J. P. Robertson, "Contaminant Emission Rates from PVC Backed Carpet Tiles on Damp Concrete", Healthy Buildings 2000, Espoo, Finland, August 2000.

K.S. Liu, L.E. Alevantis, and F.J. Offermann, "A Survey of Environmental Tobacco Smoke Controls in California Office Buildings", *Indoor Air*, Vol 11, pp. 26-34, 2001.

F.J. Offermann, R. Colfer, P. Radzinski, and J. Robertson, "Exposure to Environmental Tobacco Smoke in an Automobile", Indoor Air 2002, Monterey, California, July 2002.

F. J. Offermann, J.P. Robertson, and T. Webster, "The Impact of Tracer Gas Mixing on Airflow Rate Measurements in Large Commercial Fan Systems", Indoor Air 2002, Monterey, California, July 2002.

M. J. Mendell, T. Brennan, L. Hathon, J.D. Odom, F.J.Offermann, B.H. Turk, K.M. Wallingford, R.C. Diamond, W.J. Fisk, "Causes and prevention of Symptom Complaints in Office Buildings: Distilling the Experience of Indoor Environmental Investigators", Indoor Air 2005, Beijing, China, September 4-9, 2005.

F.J. Offermann, "Ventilation and IAQ in New Homes With and Without Mechanical Outdoor Air Systems", Healthy Buildings 2009, Syracuse, CA, September 14, 2009.

F.J. Offermann and A.T. Hodgson, "Emission Rates of Volatile Organic Compounds in New Homes", Indoor Air 2011, Austin, TX, June, 2011.

P. Jenkins, R. Johnson, T. Phillips, and F. Offermann, "Chemical Concentrations in New California Homes and Garages", Indoor Air 2011, Austin, TX, June, 2011.

W. J. Mills, B. J. Grigg, F. J. Offermann, B. E. Gustin, and N. E. Spingarm, "Toluene and Methyl Ethyl Ketone Exposure from a Commercially Available Contact Adhesive", Journal of Occupational and Environmental Hygiene, 9:D95-D102 May, 2012.

F. J. Offermann, R. Maddalena, J. C. Offermann, B. C. Singer, and H, Wilhelm, "The Impact of Ventilation on the Emission Rates of Volatile Organic Compounds in Residences", HB 2012, Brisbane, AU, July, 2012.

F. J. Offermann, A. T. Hodgson, P. L. Jenkins, R. D. Johnson, and T. J. Phillips, "Attached Garages as a Source of Volatile Organic Compounds in New Homes", HB 2012, Brisbane, CA, July, 2012.

R. Maddalena, N. Li, F. Offermann, and B. Singer, "Maximizing Information from Residential Measurements of Volatile Organic Compounds", HB 2012, Brisbane, AU, July, 2012.

W. Chen, A. Persily, A. Hodgson, F. Offermann, D. Poppendieck, and K. Kumagai, "Area-Specific Airflow Rates for Evaluating the Impacts of VOC emissions in U.S.

Single-Family Homes", <u>Building and Environment</u>, Vol. 71, 204-211, February, 2014.

F. J. Offermann, A. Eagan A. C. Offermann, and L. J. Radonovich, "Infectious Disease Aerosol Exposures With and Without Surge Control Ventilation System Modifications", <u>Indoor Air 2014</u>, Hong Kong, July, 2014.

F. J. Offermann, A. Eagan A. C. Offermann, S. Subhash, S. Miller, and L. J. Radonovich, "Potential airborne pathogen transmission in a hospital with and without surge control ventilation system modifications. <u>Building and Environment</u>, Volume 106, Pages 175-180.

F. J. Offermann, "Chemical Emissions from E-Cigarettes: Direct and Indirect Passive Exposures", <u>Building and Environment</u>, Vol. 93, Part 1, 101-105, November, 2015.

F. J. Offermann, "Formaldehyde Emission Rates From Lumber Liquidators Laminate Flooring Manufactured in China", <u>Indoor Air 2016</u>, Belgium, Ghent, July, 2016.

F. J. Offermann, "Formaldehyde and Acetaldehyde Emission Rates for E-Cigarettes", <u>Indoor Air 2016</u>, Belgium, Ghent, July, 2016.

F. J. Offermann, "Formaldehyde Emission Rates From Laminate Flooring", <u>ASHRAE Journal</u>, Atlanta, GA, March, 2017.

F. J. Offermann and A.T. Hodgson "Accuracy of Three Types of Formaldehyde Passive Samplers", <u>Indoor Air 2018</u>, Philadelphia, PA, July, 2018.

F. J. Offermann and M. Nicas "Use With Adequate Ventilation ?", <u>ASHRAE Journal</u>, Atlanta, GA, May, 2018.


**OTHER REPORTS:**

W.J.Fisk, P.G.Cleary, and F.J.Offermann, "Energy Saving Ventilation with Residential Heat Exchangers," a Lawrence Berkeley Laboratory brochure distributed by the Bonneville Power Administration, 1981.

F.J.Offermann, J.R.Girman, and C.D.Hollowell, "Midway House Tightening Project: A Study of Indoor Air Quality," Lawrence Berkeley Laboratory, Berkeley, CA, Report LBL-12777, 1981.

F.J.Offermann, J.B.Dickinson, W.J.Fisk, D.T.Grimsrud, C.D.Hollowell, D.L.Krinkle, and G.D.Roseme, "Residential Air-Leakage and Indoor Air Quality in Rochester, New York," Lawrence Berkeley Laboratory, Berkeley, CA, Report LBL-13100, 1982.

F.J.Offermann, W.J.Fisk, B.Pedersen, and K.L.Revzan, Residential Air-to-Air Heat Exchangers: A Study of the Ventilation Efficiencies of Wall- or Window- Mounted Units," Lawrence Berkeley Laboratory, Berkeley, CA, Report LBL-14358, 1982.

F.J.Offermann, W.J.Fisk, W.W.Nazaroff, and R.G.Sextro, "A Review of Portable Air Cleaners for Controlling Indoor Concentrations of Particulates and Radon Progeny," An interim report for the Bonneville Power Administration, 1983.

W.J.Fisk, K.M.Archer, R.E.Chant, D.Hekmat, F.J.Offermann, and B.S. Pedersen, "Freezing in Residential Air-to-Air Heat Exchangers: An Experimental Study," Lawrence Berkeley Laboratory, Berkeley, CA, Report LBL-16783, 1983.

R.G.Sextro, W.W.Nazaroff, F.J.Offermann, and K.L.Revzan, "Measurements of Indoor Aerosol Properties and Their Effect on Radon Progeny," Proceedings of the American Association of Aerosol Research Annual Meeting, April, 1983.

F.J.Offermann, R.G.Sextro, W.J.Fisk, W.W. Nazaroff, A.V.Nero, K.L.Revzan, and J.Yater, "Control of Respirable Particles and Radon Progeny with Portable Air Cleaners," Lawrence Berkeley Laboratory, Berkeley, CA, Report LBL-16659, 1984.

W.J.Fisk, R.K.Spencer, D.T.Grimsrud, F.J.Offermann, B.Pedersen, and R.G.Sextro, "Indoor Air Quality Control Techniques: A Critical Review," Lawrence Berkeley Laboratory, Berkeley, CA, Report LBL-16493, 1984.

R.Otto, J.Girman, F.Offermann, and R.Sextro,"A New Method for the Collection and Comparison of Respirable Particles in the Indoor Environment," Lawrence Berkeley Laboratory, Berkeley, CA, Special Director Fund's Study, 1984.

A.T.Hodgson and F.J.Offermann, "Examination of a Sick Office Building," Lawrence Berkeley Laboratory, Berkeley, CA, an informal field study, 1984.

F.J.Offermann, "Tracer Gas Measurements of Laboratory Fume Entrainment at a Semi-Conductor Manufacturing Plant," an Indoor Environmental Engineering R&D Report, 1986.

F.J.Offermann, "Tracer Gas Measurements of Ventilation Rates in a Large Office Building," an Indoor Environmental Engineering R&D Report, 1986.

F.J.Offermann, "Measurements of Volatile Organic Compounds in a New Large Office Building with Adhesive Fastened Carpeting," an Indoor Environmental Engineering R&D Report, 1986.

F.J.Offermann, "Designing and Operating Healthy Buildings", an Indoor Environmental Engineering R&D Report, 1986.

F.J.Offermann, "Measurements and Mitigation of Indoor Spray-Applied Pesticides", an Indoor Environmental Engineering R&D Report, 1988.

F.J.Offermann and S. Loiselle, "Measurements and Mitigation of Indoor Mold Contamination in a Residence", an Indoor Environmental Engineering R&D Report, 1989.

F.J.Offermann and S. Loiselle, "Performance Measurements of an Air Cleaning System in a Large Archival Library Storage Facility", an Indoor Environmental Engineering R&D Report, 1989.

F.J. Offermann, J.M. Daisey, L.A. Gundel, and A.T. Hodgson, S. A. Loiselle, "Sampling, Analysis, and Data Validation of Indoor Concentrations of Polycyclic Aromatic Hydrocarbons", Final Report, Contract No. A732-106, California Air Resources Board, March, 1990.

F.J. Offermann, J.O. Sateri, "Tracer Gas Measurements in Large Multi-Room Buildings", Indoor Air '93, Helsinki, Finland, July 4-8, 1993.

F.J.Offermann, M. T. O'Flaherty, and M. A. Waz "Validation of ASHRAE 129 - Standard Method of Measuring Air Change Effectiveness", Final Report of ASHRAE Research Project 891, December 8, 1997.

S.E. Guffey, F.J. Offermann et. al., "Proceedings of the Workshop on Ventilation Engineering Controls for Environmental Tobacco smoke in the Hospitality Industry", U.S. Department of Labor Occupational Safety and Health Administration and ACGIH, 1998.

F.J. Offermann, R.J. Fiskum, D. Kosar, and D. Mudaari, "A Practical Guide to Ventilation Practices & Systems for Existing Buildings", *Heating/Piping/Air Conditioning Engineering* supplement to April/May 1999 issue.

F.J. Offermann, P. Pasanen, "Workshop 18: Criteria for Cleaning of Air Handling Systems", Healthy Buildings 2000, Espoo, Finland, August 2000.

F.J. Offermann, Session Summaries:   Building Investigations, and Design & Construction, Healthy Buildings 2000, Espoo, Finland, August 2000.

F.J. Offermann, "The IAQ Top 10", Engineered Systems, November, 2008.

L. Kincaid and F.J. Offermann, "Unintended Consequences: Formaldehyde Exposures in Green Homes, AIHA Synergist, February, 2010.

F.J. Offermann, " IAQ in Air Tight Homes", ASHRAE Journal, November, 2010.

F.J. Offermann, "The Hazards of E-Cigarettes", ASHRAE Journal, June, 2014.

**PRESENTATIONS :**

"Low-Infiltration Housing in Rochester, New York: A Study of Air Exchange Rates and Indoor Air Quality," Presented at the International Symposium on Indoor Air Pollution, Health and Energy Conservation, Amherst, MA, October 13-16,1981.

"Ventilation Efficiencies of Wall- or Window-Mounted Residential Air-to-Air Heat Exchangers," Presented at the American Society of Heating, Refrigeration, and Air Conditioning Engineers Summer Meeting, Washington, DC, June, 1983.

"Controlling Indoor Air Pollution from Tobacco Smoke: Models and Measurements," Presented at the Third International Conference on Indoor Air Quality and Climate, Stockholm, Sweden, August 20-24, 1984.

"Indoor Air Pollution: An Emerging Environmental Problem", Presented to the Association of Environmental Professionals, Bar Area/Coastal Region 1, Berkeley, CA, May 29, 1986.

"Ventilation Measurement Techniques," Presented at the Workshop on Sampling and Analytical Techniques, Georgia Institute of Technology, Atlanta, Georgia, September 26, 1986 and September 25, 1987.

"Buildings That Make You Sick: Indoor Air Pollution", Presented to the Sacramento Association of Professional Energy Managers, Sacramento, CA, November 18, 1986.

"Ventilation Effectiveness and Indoor Air Quality", Presented to the American Society of Heating, Refrigeration, and Air Conditioning Engineers Northern Nevada Chapter, Reno, NV, February 18, 1987, Golden Gate Chapter, San Francisco, CA, October 1, 1987, and the San Jose Chapter, San Jose, CA, June 9, 1987.

"Tracer Gas Techniques for Studying Ventilation," Presented at the Indoor Air Quality Symposium, Georgia Tech Research Institute, Atlanta, GA, September 22-24, 1987.

"Indoor Air Quality Control: What Works, What Doesn't," Presented to the Sacramento Association of Professional Energy Managers, Sacramento, CA, November 17, 1987.

"Ventilation Effectiveness and ADPI Measurements of a Forced Air Heating System," Presented at the American Society of Heating, Refrigeration, and Air Conditioning Engineers Winter Meeting, Dallas, Texas, January 31, 1988.

"Indoor Air Quality, Ventilation, and Energy in Commercial Buildings", Presented at the Building Owners &Managers Association of Sacramento, Sacramento, CA, July 21, 1988.

"Controlling Indoor Air Quality: The New ASHRAE Ventilation Standards and How to Evaluate Indoor Air Quality", Presented at a conference "Improving Energy Efficiency and Indoor Air Quality in Commercial Buildings," National Energy Management Institute, Reno, Nevada, November 4, 1988.

"A Study of Diesel Fume Entrainment Into an Office Building," Presented at Indoor Air '89: The Human Equation: Health and Comfort, American Society of Heating, Refrigeration, and Air Conditioning Engineers, San Diego, CA, April 17-20, 1989.

"Indoor Air Quality in Commercial Office Buildings," Presented at the Renewable Energy Technologies Symposium and International Exposition, Santa Clara, CA June 20, 1989.

"Building Ventilation and Indoor Air Quality", Presented to the San Joaquin Chapter of the American Society of Heating, Refrigeration, and Air Conditioning Engineers, September 7, 1989.

"How to Meet New Ventilation Standards: Indoor Air Quality and Energy Efficiency," a workshop presented by the Association of Energy Engineers; Chicago, IL, March 20-21, 1989; Atlanta, GA, May 25-26, 1989; San Francisco, CA, October 19-20, 1989; Orlando, FL, December 11-12, 1989; Houston, TX, January 29-30, 1990; Washington D.C., February 26-27, 1990; Anchorage, Alaska, March 23, 1990; Las Vegas, NV, April 23-24, 1990; Atlantic City, NJ, September 27-28, 1991; Anaheim, CA, November 19-20, 1991; Orlando, FL, February 28 - March 1, 1991; Washington, DC, March 20-21, 1991; Chicago, IL, May 16-17, 1991; Lake Tahoe, NV, August 15-16, 1991; Atlantic City, NJ, November 18-19, 1991; San Jose, CA, March 23-24, 1992.

"Indoor Air Quality," a seminar presented by the Anchorage, Alaska Chapter of the American Society of Heating, Refrigeration, and Air Conditioning Engineers, March 23, 1990.

"Ventilation and Indoor Air Quality", Presented at the 1990 HVAC & Building Systems Congress, Santa, Clara, CA, March 29, 1990.

"Ventilation Standards for Office Buildings", Presented to the South Bay Property Managers Association, Santa Clara, May 9, 1990.

"Indoor Air Quality", Presented at the Responsive Energy Technologies Symposium & International Exposition (RETSIE), Santa Clara, CA, June 20, 1990.

"Indoor Air Quality - Management and Control Strategies", Presented at the Association of Energy Engineers, San Francisco Bay Area Chapter Meeting, Berkeley, CA, September 25, 1990.

"Diagnosing Indoor Air Contaminant and Odor Problems", Presented at the ASHRAE Annual Meeting, New York City, NY, January 23, 1991.

"Diagnosing and Treating the Sick Building Syndrome", Presented at the Energy 2001, Oklahoma, OK, March 19, 1991.

"Diagnosing and Mitigating Indoor Air Quality Problems" a workshop presented by the Association of Energy Engineers, Chicago, IL, October 29-30, 1990; New York, NY, January 24-25, 1991; Anaheim, April 25-26, 1991; Boston, MA, June 10-11, 1991; Atlanta, GA, October 24-25, 1991; Chicago, IL, October 3-4, 1991; Las Vegas, NV, December 16-17, 1991; Anaheim, CA, January 30-31, 1992; Atlanta, GA, March 5-6, 1992; Washington, DC, May 7-8, 1992; Chicago, IL, August 19-20, 1992; Las Vegas, NV, October 1-2, 1992; New York City, NY, October 26-27, 1992, Las Vegas, NV, March 18-19, 1993; Lake Tahoe, CA, July 14-15, 1994; Las Vegas, NV, April 3-4, 1995; Lake Tahoe, CA, July 11-12, 1996; Miami, Fl, December 9-10, 1996.

"Sick Building Syndrome and the Ventilation Engineer", Presented to the San Jose Engineers Club, May, 21, 1991.

"Duct Cleaning: Who Needs It ? How Is It Done ? What Are The Costs ?" What Are the Risks ?, Moderator of Forum at the ASHRAE Annual Meeting, Indianapolis ID, June 23, 1991.

"Operating Healthy Buildings", Association of Plant Engineers, Oakland, CA, November 14, 1991.

"Duct Cleaning Perspectives", Moderator of Seminar at the ASHRAE Semi-Annual Meeting, Indianapolis, IN, June 24, 1991.

"Duct Cleaning: The Role of the Environmental Hygienist," ASHRAE Annual Meeting, Anaheim, CA, January  29, 1992.

"Emerging IAQ Issues", Fifth National Conference on Indoor Air Pollution, University of Tulsa, Tulsa, OK, April 13-14, 1992.

"International Symposium on Room Air Convection and Ventilation Effectiveness", Member of Scientific Advisory Board, University of Tokyo, July 22-24, 1992.

"Guidelines for Contaminant Control During Construction and Renovation Projects in Office Buildings," Seminar paper at the ASHRAE Annual Meeting, Chicago, IL, January 26, 1993.

"Outside Air Economizers: IAQ Friend or Foe", Moderator of Forum at the ASHRAE Annual Meeting, Chicago, IL, January  26, 1993.

"Orientation to Indoor Air Quality," an EPA two and one half day comprehensive indoor air quality introductory workshop for public officials and building property managers; Sacramento, September 28-30, 1992; San Francisco, February 23-24, 1993; Los Angeles, March 16-18, 1993; Burbank, June 23, 1993; Hawaii, August 24-25, 1993; Las Vegas, August 30, 1993; San Diego, September 13-14, 1993; Phoenix, October 18-19, 1993; Reno, November 14-16, 1995; Fullerton, December 3-4, 1996; Fresno, May 13-14, 1997.

"Building Air Quality: A Guide for Building Owners and Facility Managers," an EPA one half day indoor air quality introductory workshop for building owners and facility managers. Presented throughout Region IX 1993-1995.

"Techniques for Airborne Disease Control",  EPRI Healthcare Initiative Symposium; San Francisco, CA; June 7, 1994.

"Diagnosing and Mitigating Indoor Air Quality Problems", CIHC Conference; San Francisco, September 29, 1994.

"Indoor Air Quality: Tools for Schools," an EPA one day air quality management workshop for school officials, teachers, and maintenance personnel; San Francisco, October 18-20, 1994; Cerritos, December 5, 1996; Fresno, February 26, 1997; San Jose, March 27, 1997; Riverside, March 5, 1997; San Diego, March 6, 1997; Fullerton, November 13, 1997; Santa Rosa, February 1998; Cerritos, February 26, 1998; Santa Rosa, March 2, 1998.

ASHRAE 62 Standard "Ventilation for Acceptable IAQ", ASCR Convention; San Francisco, CA, March 16, 1995.

"New Developments in Indoor Air Quality: Protocol for Diagnosing IAQ Problems", AIHA-NC; March 25, 1995.

"Experimental Validation of ASHRAE SPC 129, Standard Method of Measuring Air Change Effectiveness", 16th AIVC Conference, Palm Springs, USA, September 19-22, 1995.

"Diagnostic Protocols for Building IAQ Assessment", American Society of Safety Engineers Seminar:  'Indoor Air Quality – The Next Door'; San Jose Chapter, September 27, 1995; Oakland Chapter, 9, 1997.

"Diagnostic Protocols for Building IAQ Assessment", Local 39; Oakland, CA, October 3, 1995.

"Diagnostic Protocols for Solving IAQ Problems", CSU-PPD Conference; October 24, 1995.

"Demonstrating Compliance with ASHRAE 62-1989 Ventilation Requirements", AIHA; October 25, 1995.

"IAQ Diagnostics:   Hands on Assessment of Building Ventilation and Pollutant Transport", EPA Region IX; Phoenix, AZ, March 12, 1996; San Francisco, CA, April 9, 1996; Burbank, CA, April 12, 1996.

"Experimental Validation of ASHRAE 129P: Standard Method of Measuring Air Change Effectiveness", Room Vent '96 / International Symposium on Room Air Convection and Ventilation Effectiveness"; Yokohama, Japan, July 16-19, 1996.

"IAQ Diagnostic Methodologies and RFP Development", CCEHSA 1996 Annual Conference, Humboldt State University, Arcata, CA, August 2, 1996.

"The Practical Side of Indoor Air Quality Assessments", California Industrial Hygiene Conference '96, San Diego, CA, September 2, 1996.

 "ASHRAE Standard 62: Improving Indoor Environments", Pacific Gas and Electric Energy Center, San Francisco, CA, October 29, 1996.

"Operating and Maintaining Healthy Buildings", April 3-4, 1996, San Jose, CA; July 30, 1997, Monterey, CA.

"IAQ Primer", Local 39, April 16, 1997; Amdahl Corporation, June 9, 1997; State Compensation Insurance Fund's Safety & Health Services Department, November 21, 1996.

"Tracer Gas Techniques for Measuring Building Air Flow Rates", ASHRAE, Philadelphia, PA, January 26, 1997.

"How to Diagnose and Mitigate Indoor Air Quality Problems"; Women in Waste; March 19, 1997.

"Environmental Engineer:  What Is It?", Monte Vista High School Career Day; April 10, 1997.

"Indoor Environment Controls:  What's Hot and What's Not", Shaklee Corporation; San Francisco, CA, July 15, 1997.

"Measurement of Ventilation System Performance Parameters in the US EPA BASE Study", Healthy Buildings/IAQ'97, Washington, DC, September 29, 1997.

"Operations and Maintenance for Healthy and Comfortable Indoor Environments", PASMA; October 7, 1997.

"Designing for Healthy and Comfortable Indoor Environments", Construction Specification Institute, Santa Rosa, CA, November 6, 1997.

"Ventilation System Design for Good IAQ", University of Tulsa 10th Annual Conference, San Francisco, CA, February 25, 1998.

"The Building Shell", Tools For Building Green Conference and Trade Show, Alameda County Waste Management Authority and Recycling Board, Oakland, CA, February 28, 1998.

"Identifying Fungal Contamination Problems In Buildings", The City of Oakland Municipal Employees, Oakland, CA, March 26, 1998.

"Managing Indoor Air Quality in Schools:  Staying Out of Trouble", CASBO, Sacramento, CA, April 20, 1998.

"Indoor Air Quality", CSOOC Spring Conference, Visalia, CA, April 30, 1998.

"Particulate and Gas Phase Air Filtration", ACGIH/OSHA, Ft. Mitchell, KY, June 1998.

"Building Air Quality Facts and Myths", The City of Oakland / Alameda County Safety Seminar, Oakland, CA, June 12, 1998.

"Building Engineering and Moisture", Building Contamination Workshop, University of California Berkeley, Continuing Education in Engineering and Environmental Management, San Francisco, CA, October 21-22, 1999.

"Identifying and Mitigating Mold Contamination in Buildings", Western Construction Consultants Association, Oakland, CA, March 15, 2000; AIG Construction Defect Seminar, Walnut Creek, CA, May 2, 2001; City of Oakland Public Works Agency, Oakland, CA, July 24, 2001; Executive Council of Homeowners, Alamo, CA, August 3, 2001.

"Using the EPA BASE Study for IAQ Investigation / Communication", Joint Professional Symposium 2000, American Industrial Hygiene Association, Orange County & Southern California Sections, Long Beach, October 19, 2000.

"Ventilation," Indoor Air Quality: Risk Reduction in the 21st Century Symposium, sponsored by the California Environmental Protection Agency/Air Resources Board, Sacramento, CA, May 3-4, 2000.

"Workshop 18: Criteria for Cleaning of Air Handling Systems", Healthy Buildings 2000, Espoo, Finland, August 2000.

"Closing Session Summary:  'Building Investigations' and 'Building Design & Construction', Healthy Buildings 2000, Espoo, Finland, August 2000.

"Managing Building Air Quality and Energy Efficiency, Meeting the Standard of Care", BOMA, MidAtlantic Environmental Hygiene Resource Center, Seattle, WA, May 23rd, 2000; San Antonio, TX, September 26-27, 2000.

"Diagnostics & Mitigation in Sick Buildings: When Good Buildings Go Bad," University of California Berkeley, September 18, 2001.

"Mold Contamination:  Recognition and What To Do and Not Do", Redwood Empire Remodelers Association; Santa Rosa, CA, April 16, 2002.

"Investigative Tools of the IAQ Trade", Healthy Indoor Environments 2002; Austin, TX; April 22, 2002.

"Finding Hidden Mold:  Case Studies in IAQ Investigations", AIHA Northern California Professionals Symposium; Oakland, CA, May 8, 2002.

"Assessing and Mitigating Fungal Contamination in Buildings", Cal/OSHA Training; Oakland, CA, February 14, 2003 and West Covina, CA, February 20-21, 2003.

"Use of External Containments During Fungal Mitigation", Healthy Indoor Environments, Anaheim, CA, April 3, 2003 and ACGIH Mold Remediation Symposium (Invited Speaker), Orlando, FL, November 3-5, 2003.

Building Operator Certification (BOC), 106-IAQ Training Workshops, Northwest Energy Efficiency Council; Stockton, CA, December 3, 2003; San Francisco, CA, December 9, 2003; Irvine, CA, January 13, 2004; San Diego, January 14, 2004; Irwindale, CA, January 27, 2004; Downey, CA, January 28, 2004; Santa Monica, CA,  March 16, 2004; Ontario, CA, March 17, 2004; Ontario, CA, November 9, 2004, San Diego, CA, November 10, 2004; San Francisco, CA, November 17, 2004; San Jose, CA, November 18, 2004; Sacramento, CA, March 15, 2005.

 "Mold Remediation: The National QUEST for Uniformity Symposium", Invited Speaker, Orlando, Florida, November 3-5, 2003.

"Mold and Moisture Control", Indoor Air Quality workshop for The Collaborative for High Performance Schools (CHPS), San Francisco, December 11, 2003.

"Advanced Perspectives In Mold Prevention & Control Symposium", Invited Speaker, Las Vegas, Nevada, November 7-9, 2004.

"Building Sciences: Understanding and Controlling Moisture in Buildings", American Industrial Hygiene Association, San Francisco, CA, February 14-16, 2005.

"Indoor Air Quality Diagnostics and Healthy Building Design", University of California Berkeley, Berkeley, CA, March 2, 2005.

"Improving IAQ = Reduced Tenant Complaints", Northern California Facilities Exposition, Santa Clara, CA, September 27, 2007.

"Defining Safe Building Air", Criteria for Safe Air and Water in Buildings, ASHRAE Winter Meeting, Chicago, IL, January 27, 2008.

"Update on USGBC LEED and Air Filtration", Invited Speaker, NAFA 2008 Convention, San Francisco, CA, September 19, 2008.

"Ventilation and Indoor air Quality in New California Homes", National Center of Healthy Housing, October 20, 2008.

"Indoor Air Quality in New Homes", California Energy and Air Quality Conference, October 29, 2008.

"Mechanical Outdoor air Ventilation Systems and IAQ in New Homes", ACI Home Performance Conference, Kansas City, MO, April 29, 2009.

"Ventilation and IAQ in New Homes with and without Mechanical Outdoor Air Systems", Healthy Buildings 2009, Syracuse, CA, September 14, 2009.

"Ten Ways to Improve Your Air Quality", Northern California Facilities Exposition, Santa Clara, CA, September 30, 2009.

"New Developments in Ventilation and Indoor Air Quality in Residential Buildings", Westcon meeting, Alameda, CA, March 17, 2010.

"Intermittent Residential Mechanical Outdoor Air Ventilation Systems and IAQ", ASHRAE SSPC 62.2 Meeting, Austin, TX, April 19, 2010.

 "ASHRAE 62.2 Intermittent Residential Ventilation: What's It Good For, Intermittently Poor IAQ", IAQVEC 2010, Syracuse, CA, April 21, 2010.

 "Measured IAQ in Homes", ACI Home Performance Conference, Austin, TX, April 21, 2010.

"Respiration: IEQ and Ventilation", AIHce 2010, How IH Can LEED in Green buildings, Denver, CO, May 23, 2010.

"IAQ Considerations for Net Zero Energy Buildings (NZEB)", Northern California Facilities Exposition, Santa Clara, CA, September 22, 2010.

"Energy Conservation and Health in Buildings", Berkeley High SchoolGreen Career Week, Berkeley, CA, April 12, 2011.

"What Pollutants are Really There ?", ACI Home Performance Conference, San Francisco, CA, March 30, 2011.

"Energy Conservation and Health in Residences Workshop", Indoor Air 2011, Austin, TX, June 6, 2011.

"Assessing IAQ and Improving Health in Residences", US EPA Weatherization Plus Health, September 7, 2011.

"Ventilation: What a Long Strange Trip It's Been", Westcon, May 21, 2014.

 "Chemical Emissions from E-Cigarettes: Direct and Indirect Passive Exposures", Indoor Air 2014, Hong Kong, July, 2014.

"Infectious Disease Aerosol Exposures With and Without Surge Control Ventilation System Modifications", Indoor Air 2014, Hong Kong, July, 2014.

"Chemical Emissions from E-Cigarettes", IMF Health and Welfare Fair, Washington, DC, February 18, 2015.

"Chemical Emissions and Health Hazards Associated with E-Cigarettes", Roswell Park Cancer Institute, Buffalo, NY, August 15, 2014.

"Formaldehyde Indoor Concentrations, Material Emission Rates, and the CARB ATCM", Harris Martin's Lumber Liquidators Flooring Litigation Conference, WQ Minneapolis Hotel, May 27, 2015.

"Chemical Emissions from E-Cigarettes: Direct and Indirect Passive Exposure", FDA Public Workshop: Electronic Cigarettes and the Public Health, Hyattsville, MD June 2, 2015.

"Creating Healthy Homes, Schools, and Workplaces", Chautauqua Institution, Athenaeum Hotel, August 24, 2015.

"Diagnosing IAQ Problems and Designing Healthy Buildings", University of California Berkeley, Berkeley, CA, October 6, 2015.

"Diagnosing Ventilation and IAQ Problems in Commercial Buildings", BEST Center Annual Institute, Lawrence Berkeley National Laboratory, January 6, 2016.

"A Review of Studies of Ventilation and Indoor Air Quality in New Homes and Impacts of Environmental Factors on Formaldehyde Emission Rates From Composite Wood Products", AIHce2016, May, 21-26, 2016.

"Admissibility of Scientific Testimony", Science in the Court, Proposition 65 Clearinghouse Annual Conference, Oakland, CA, September 15, 2016.

"Indoor Air Quality and Ventilation", ASHRAE Redwood Empire, Napa, CA, December 1, 2016.

"Energy Conservation and Health in Buildings", Berkeley High School Green Career Week, Berkeley, CA, March 8, 2017.

F. J. Offermann and M. Nicas "What Does 'Use With Adequate Ventilation' Mean ?", Indoor Air 2018, Philadelphia, PA, July, 2018.

# EXHIBIT B



**Blue Heaven Technologies**

2820 S. English Station Rd.
Louisville, Ky 40299
Tel: (502) 357-0132
Fax: (502) 267-8379

| | |
|---|---|
| Date: | 23-Oct-17 |
| Report No. | 17-618 |
| MODIFIED CADR CHAMBER TEST | |
| TEST REPORT SUMMARY | |
| Chamber Smoke Concentration Decay Test | |
| MERV 13 vs. MERV 8 w/GPS Device | |

## FILTER DESCRIPTION

| | |
|---|---|
| Manufacturer | Generic MERV 13, MERV 8 |
| Filter Model | 1" Pleated |
| Test requested by: | Charlie Waddell |
| | Global Plasma Solutions (GPS) |
| Nom. Dims. (H x W x D), in. | 24" x 24" x 1" |
| Rated Airflow, cfm | 1200 |

GPS Device Mfr. information:

Global Plasma Solutions
10 Mall Terrace, Building C
Savannah, GA  31406
Phone  (912) 356-0155

Approval

Kevin Singer, PE



**Blue Heaven Technologies**

2820 S. English Station Rd.
Louisville, Ky 40299
Tel: (502) 357-0132
Fax: (502) 267-8379

| Date: | 23-Oct-17 |
|---|---|
| Report No. | 17-618 |
| MODIFIED CADR CHAMBER TEST | |
| TEST REPORT SUMMARY | |
| Chamber Smoke Concentration Decay Test | |
| MERV 13 vs. MERV 8 w/GPS Device | |

**Test Description**

1. Comparative tests were conducted to compare the performance of a 1" MERV 13 Panel filter to that of a 1" MERV 8 Panel Filter with GPS Technology in cleaning a 1,000 FT3 room of cigarette smoke with a beginning concentration of approximately 3,000 particles per cm3.

2. It was determined that the 1" MERV 13 Panel filter reduced particle count from 2,730,958 to 808 particles in a timeframe of 34 minutes.

3. It was determined that the 1" MERV 8 Panel filter with GPS Technology reduced particle count from 3,645,943 to 745 particles in a timeframe of 16 hours.

4. It was determined that the 1" MERV 8 Panel filter with GPS Technology reduced particle count from 2,753,181 to 745 particles in a timeframe of 15 hours - 40 minutes in comparison to the MERV 13 at 34 minutes.

**Test Results**

**MERV 13 Filter**

| Elapsed | Microns | | | | | | | | # total | #/cm3 |
|---|---|---|---|---|---|---|---|---|---|---|
| Time, Min. | 0.30 | 0.40 | 0.55 | 0.70 | 1.00 | 1.30 | 1.60 | 2.20 | Particles | Concentration |
| 4 | 1805492 | 738537 | 144867 | 40941 | 865 | 153 | 96 | 3 | 2730958 | 2730 |
| 34 | 636 | 101 | 25 | 23 | 8 | 5 | 2 | 5 | 808 | 0.81 |

**MERV 8 Filter with GPS Technology**

| Elapsed | Microns | | | | | | | | # total | #/cm3 |
|---|---|---|---|---|---|---|---|---|---|---|
| Time, Min. | 0.30 | 0.40 | 0.55 | 0.70 | 1.00 | 1.30 | 1.60 | 2.20 | Particles | Concentration |
| 5 | 1958081 | 1222632 | 332433 | 129698 | 2610 | 341 | 136 | 6 | 3645943 | 3645 |
| 19 | 1876059 | 736434 | 117644 | 22892 | 116 | 11 | 20 | 5 | 2753181 | 2753 |
| 16 hours | 619 | 90 | 12 | 17 | 2 | 1 | 2 | 2 | 745 | 0.74 |

**Approval**

Kevin Singer, PE



**STUDY REPORT**

STUDY TITLE

Evaluation of Antimicrobial Activity of a Cold Plasma Generator

**Virus:  Feline Calicivirus**

PRODUCT IDENTITY

GPS-2400-1 Cold Plasma Generator

AUTHOR

Mary J. Miller, M.T.
Senior Virologist

STUDY COMPLETION DATE

May 28, 2013

PERFORMING LABORATORY

ATS Labs
1285 Corporate Center Drive, Suite 110
Eagan, MN 55121

SPONSOR

Global Plasma Solutions
10 Mall Terrace
Building C
Savannah, GA  31406

PROJECT NUMBER

A14991

Page 1 of 9



# STUDY REPORT

## GENERAL STUDY INFORMATION

**Study Title:**          Evaluation of Antimicrobial Activity of a Cold Plasma Generator

**Project Number:**       A14991

**TRF Number:**           GPS01042913.FCAL

## TEST SUBSTANCE IDENTITY

**Test Substance Name:**  GPS-2400-1 Cold Plasma Generator

## STUDY DATES

**Date Sample Received:**     May 9, 2013
**Study Initiation Date:**    May 9, 2013
**Experimental Start Date:**  May 10, 2013
**Experimental End Date:**    May 17, 2013
**Study Completion Date:**    May 28, 2013

## TEST PARAMETERS

**Product Preparation:**      The middle support bracket was attached to the bar containing one GPS-2400-1 Cold Plasma Generator at each end of the bar. The generators were placed, with the carbon fiber brushes pointing down, in the back of a hood with the hood sash closed.

**Virus:**                    Feline Calicivirus, ATCC VR-782, Strain F-9

**Exposure Time:**            30 minutes

**Exposure Temperature:**     Room temperature (22.0°C)

**Organic Soil Load:**        1% fetal bovine serum

**Test Medium:**              Minimum Essential Medium (MEM) supplemented with 5% heat-inactivated fetal bovine serum, 100 units/mL penicillin, 10 µg/mL gentamicin, and 2.5 µg/mL amphotericin B

**Indicator Cell Cultures:**  Feline kidney (CRFK) cells

Project No. A14991        Global Plasma Solutions

TRF Number: GPS01042913.FCAL        Page 3 of 9      ATS LABS

## EXPERIMENTAL DESIGN

Preparation of Virus Films

Films of virus were prepared by spreading 200 µL of virus inoculum uniformly over the bottom of four 100 X 15 mm sterile glass petri dishes (without touching the sides of the petri dish).  The virus films were air-dried at 20.0°C in a relative humidity of 50% until visibly dry (20 minutes).

Input Virus Control (TABLE 1)

On the day of testing, the stock virus utilized in the assay was titered by 10-fold serial dilution and assayed for infectivity to determine the starting titer of the virus.  The results of this control are for informational purposes only.

Treatment of Virus Films with the Test Substance (TABLE 2)

For each of the two replicates, the bar containing one GPS-2400-1 Cold Plasma Generator at each end of the bar was placed in the back of the hood.  For each replicate, one GPS-2400-1 Cold Plasma Generator was placed directly over the top of one of the two carriers (petri dishes) containing the dried virus films and the generator was plugged in.  (Only one carrier was placed under each GPS-2400-1 Cold Plasma Generator.)  The carbon fiber brushes on the GPS-2400-1 Cold Plasma Generators were pointing downward toward the carriers at a distance of approximately 1 inch from the carriers. The carriers were held open under the GPS-2400-1 Cold Plasma Generator at room temperature (22.0°C) for the 30 minute exposure time.  The sash on the hood was closed for the exposure and the green light, between the brushes of each GPS-2400-1 Cold Plasma Generator, was illuminated.  At the end of the exposure time, a 2.00 mL aliquot of test medium was added to each of the two carriers and the carriers were individually scraped with a cell scraper to resuspend the contents of the carrier.  The contents of each carrier were immediately passed through an individual Sephadex column utilizing the syringe plunger in order to detoxify the mixture.  Each filtrate ($10^{-1}$ dilution) was then titered by 10-fold serial dilution and assayed for infectivity and/or cytotoxicity.

Dried Virus Control (TABLE 1)

Two virus control films were run in parallel to the test virus but a 2.00 mL aliquot of test medium was added in lieu of exposure to the GPS-2400-1 Cold Plasma Generator.  The virus control films were held covered for the 30 minute exposure time at room temperature (22.0°C).  Just prior to the end of each exposure time, the virus films were individually scraped to resuspend the contents and at the end of the exposure time the mixtures were immediately passed through individual Sephadex columns utilizing the syringe plungers.  The filtrates ($10^{-1}$ dilution) were then titered by 10-fold serial dilution and assayed for infectivity.

Case 4:21-cv-02884-JSW   Document 30-2   Filed 08/13/21   Page 37 of 94

Project No. A14991
TRF Number: GPS01042913.FCAL

Global Plasma Solutions

Page 4 of 9

ATS LABS

Cytotoxicity Control (TABLE 3)

A cytotoxicity control was performed for the GPS-2400-1 Cold Plasma Generator in parallel to the test, however test medium containing the Sponsor requested organic soil load was dried on a 100 X 15 mm sterile glass petri dish in lieu of virus. The petri dish with the dried test medium film was held open under the GPS-2400-1 Cold Plasma Generator at room temperature (22.0°C) for 60 minutes. At the end of the exposure time, a 2.00 mL aliquot of test medium was added to the petri dish and the dish was scraped with a cell scraper to resuspend the contents. The contents of the petri dish were immediately passed through a Sephadex column utilizing the syringe plunger in order to detoxify the mixture. The filtrate ($10^{-1}$ dilution) was then titered by 10-fold serial dilution and assayed for cytotoxicity. Cytotoxicity of the CRFK cell cultures was scored at the same time as the virus-test substance and virus control cultures.

Neutralization Control (TABLE 3)

A neutralization control was performed by inoculating a 100 µL aliquot of the $10^{-1}$ to $10^{-3}$ dilutions of the cytotoxicity control dilutions into the indicator cell cultures in quadruplicate. A 100 µL aliquot of low titer stock virus was inoculated into each cell culture well and the indicator cell cultures were incubated along with the test and virus control plates. Dilutions that showed virucidal activity were not considered in determining reduction of the virus by the test substance.

Infectivity Assays

The CRFK cell line, which exhibits cytopathic effect (CPE) in the presence of Feline Calicivirus, was used as the indicator cell line in the infectivity assays. Cells in multiwell culture dishes were inoculated in quadruplicate with 100 µL of the dilutions prepared from test and control groups. The input virus control was inoculated in duplicate. Uninfected indicator cell cultures (cell controls) were inoculated with test medium alone. Cultures are incubated at 31-35°C in a humidified atmosphere of 5-7% $CO_2$ in sterile disposable cell culture labware. The cultures were scored periodically for seven days for the absence or presence of CPE, cytotoxicity and for viability.

Calculations

The average titer ($TCID_{50}$) was calculated for the test and dried virus control replicates. The average percent and log reductions in viral titer achieved by the GPS-2400-1 Cold Plasma Generator were calculated using the average titer ($TCID_{50}$) of the dried virus control.

Per Sponsor's direction, the study was not required to be conducted under US EPA 40 CFR Part 160 or US FDA 21 CFR Part 58.



## CONCLUSION

Under the conditions of this investigation and in the presence of a 1% fetal bovine serum organic soil load, the GPS-2400-1 Cold Plasma Generator **did not demonstrate complete inactivation** of Feline Calicivirus following a 30 minute exposure time at room temperature (22.0°C). A 93.5% average reduction in viral titer was demonstrated following a 30 minute exposure time, as compared to the average titer of the dried virus control. The average log reduction in viral titer was 1.19 $\log_{10}$.

Project No. A14991
Global Plasma Solutions
TRF Number:  GPS01042913.FCAL
Page 6 of 9



## STUDY RESULTS

### TABLE 1:  Virus Control Results

**Input Virus Control and Dried Virus Controls Following 30 Minute Exposure Time**

| Dilution | Input Virus Control | Dried Virus Control | |
|---|---|---|---|
| | | Replicate #1 | Replicate #2 |
| Cell Control | 0 0 | 0 0 0 0 | 0 0 0 0 |
| $10^{-1}$ | + + | + + + + | + + + + |
| $10^{-2}$ | + + | + + + + | + + + + |
| $10^{-3}$ | + + | + + + + | + + + + |
| $10^{-4}$ | + + | + + + + | + + + + |
| $10^{-5}$ | + + | + + + + | + + + + |
| $10^{-6}$ | + + | 0 0 0 + | + + + + |
| $10^{-7}$ | + + | 0 0 0 0 | + + + 0 |
| $10^{-8}$ | + + | 0 0 0 0 | 0 + 0 0 |
| $10^{-9}$ | 0 0 | NT | NT |
| $TCID_{50}/100 \ \mu L$ | $10^{8.50}$ | $10^{5.75}$ | $10^{7.50}$ |
| Average $TCID_{50}/100 \ \mu L$ | NA | $10^{7.21}$ | |

(+) = Positive for the presence of test virus
(0) = No test virus recovered and/or no cytotoxicity present
(NT) = Not tested
(NA) = Not Applicable

Project No. A14991
TRF Number: GPS01042913.FCAL

Global Plasma Solutions
Page 7 of 9



### TABLE 2:  Test Substance Assay Results

**Effects of GPS-2400-1 Cold Plasma Generator Following a 30 Minute Exposure to Feline Calicivirus Dried on an Inanimate Surface**

| Dilution | Feline Calicivirus + GPS-2400-1 Cold Plasma Generator | |
|---|---|---|
| | Replicate #1 | Replicate #2 |
| Cell Control | 0 0 0 0 | 0 0 0 0 |
| $10^{-1}$ | + + + + | + + + + |
| $10^{-2}$ | + + + + | + + + + |
| $10^{-3}$ | + + + + | + + + + |
| $10^{-4}$ | + + + + | + + + + |
| $10^{-5}$ | + + + + | + + + + |
| $10^{-6}$ | + + + 0 | 0 0 0 0 |
| $10^{-7}$ | 0 0 0 0 | 0 0 0 0 |
| $10^{-8}$ | 0 0 0 0 | 0 0 0 0 |
| $TCID_{50}/100\ \mu L$ | $10^{6.25}$ | $10^{5.50}$ |
| Average $TCID_{50}/100\ \mu L$ | $10^{6.02}$ | |
| Average Log Reduction | 1.19 $Log_{10}$ | |
| Average Percent Reduction | 93.5% | |

(+) = Positive for the presence of test virus
(0) = No test virus recovered and/or no cytotoxicity present

Project No. A14991
Global Plasma Solutions
TRF Number: GPS01042913.FCAL
Page 8 of 9



**TABLE 3:**   **Cytotoxicity Control and Neutralization Control**

| Dilution | Cytotoxicity Control | Neutralization Control |
|---|---|---|
| Cell Control | 0 0 0 0 | 0 0 0 0 |
| $10^{-1}$ | 0 0 0 0 | + + + + |
| $10^{-2}$ | 0 0 0 0 | + + + + |
| $10^{-3}$ | 0 0 0 0 | + + + + |
| $TCD_{50}/100\ \mu L$ | $\leq 10^{0.50}$ | See below |

(+) = Positive for the presence of test virus
(0) = No test virus recovered and/or no cytotoxicity present

Results of the neutralization control (non-virucidal level control) indicate that the test substance was neutralized at a $TCID_{50}/100\ \mu L$ of $\leq 0.50\ \log_{10}$.

Project No. A14991
TRF Number:  GPS01042913.FCAL

Global Plasma Solutions
Page 9 of 9



**PREPARED BY:**

_Mary J. Miller_        5-28-13

Mary J. Miller, M.T.
Senior Virologist        Date

---

**The use of the ATS Labs name, logo or any other representation of ATS Labs without the written approval of ATS Labs is prohibited.  In addition, ATS Labs may not be referred to in any form of promotional materials, press releases, advertising or similar materials (whether by print, broadcast, communication or electronic means) without the expressed written permission of ATS Labs.**



# FINAL REPORT

Efficacy of a Bipolar Ionization System

ORDER Number
371208933

PREPARED FOR:

Global Plasma Solutions
10 Mall Terrace, Building C
Savannah, GA 31406

Jason Dobranic, Ph.D.
EMSL Analytical, Inc.
200 Rt. 130 N, Cinnaminson, NJ 08077
Phone: (856) 858-4800  Fax: (856)786-0262 Web: http://www.emsl.com

**EMSL Analytical, Inc.**

Global Plasma Solutions
371106420

# Certificate of Analysis

**Client:** Global Plasma Solutions

**Contact:** Charles Waddell
**Project:** Bipolar Ionization System

**Product :** GPS-IBAR-36
**EMSL NO:** 371208933

**Sample received:** 6/11/2011
**Start date:** 6/18/2011
**Report date:** 6/26/2011
**Challenge Bacteria:** *Clostridium difficile* ATCC 70057

**Experimental Summary:** The testing procedure was designed after discussions between EMSL Analytical, the testing company, and the client, Global Plasma Solutions. The testing was conducted on the GPS-IBAR-36 for its ability to disinfect (kill) bacteria on a solid surface. The testing was conducted in our Cinnaminson Microbiology Laboratory.

## Procedure:

**Bacteria**
*Clostridium difficile* (*C. difficile*) was innoculated on Tryptic Soy agar + 5% sheep blood (TSAB) and incubated at 35°C for 48 h under anaerobic conditions. A single isolated colony was then taken and innoculated into Reinforced Clostridium Medium (RCM) and incubated at 35°C for 24 h under anaerobic conditions. This solution was then washed three times with Phosphate buffer at 3,000 x g for 10 min. This solution was then used to inoculate the test carrier.

**Inoculation of the Test Carrier**
Two sterile Petri dishes were labeled as follows: Control and 30 minutes. Two carriers were then placed into each respective Petri dish. 100µL of the bacterial solution was then placed into the middle of the carrier and spread evenly. This was repeated in triplicate for each time point and the control(a total of 6 slides). The Petri dish containing the inoculated carriers was then allowed to dry for 4 hours in a biological hood.

**Efficacy Testing**
The GPS-IBAR-36, a bipolar ionization system, was first set up facing down with 5 cm of clearance from the surface. The test carriers in their respective Petri dishes were then placed under the GPS-IBAR-36 and system was turned on.



**EMSL Analytical, Inc.**

Global Plasma Solutions
371106420

The control was not exposed to the ionizer and instead placed directly into 10 mL of PBS. After 30 minutes the 30 min Petri dish was removed and the three carriers placed into 10 mL of PBS.

Serial dilutions were then created for each carrier by taking 1mL out and placing it into 9 mL of PBS. For each dilution 100µL was plated onto a TSAB plate.

The inoculated plates were then incubated in anaerobic conditions at 37°C for 48 − 72 h. The colonies were counted and recorded.

### Experimental Results:

**Table 1:** Reduction of *C. difficile*

| *C. difficile* Control | | | *C. difficile* Test | |
|---|---|---|---|---|
| Time (min) | Avg CFU | Log10 | LR | %Reduction |
| Control | $1.07 \times 10^4$ | 4.03 | | |
| 30 | $1.40 \times 10^3$ | 3.15 | 0.88 | 86.87% |

Log Reduction and %Reduction compares initial CFU and specified CFU
A negative LR or %Reduction is the result of an increase in cells.

### Conclusions/Observations:

The efficacy of the GPS-IBAR-36, a bipolar ionization system, to disinfect a solid surface against *C. difficile* was tested. It was observed that the Log Reduction was 0.88 for 30 min, refer to Table 1.

In conclusion, the GPS-IBAR-36 demonstrated the ability to disinfect *C. difficile* on a solid surface with an observed percent reduction of 86.87% in 30 minutes.

.

Jason Dobranic, Ph.D.
National Director of Microbiology



# FINAL REPORT

Efficacy of a Bipolar Ionization System

ORDER Number
371106420

PREPARED FOR:

Global Plasma Solutions
714 Mall Blvd., Suite 3
Savannah, GA 31406

EMSL Analytical, Inc.
200 Rt. 130 N, Cinnaminson, NJ 08077
Phone: (856) 858-4800   Fax: (856)786-0262 Web: http://www.emsl.com



**EMSL** EMSL Analytical, Inc.

Global Plasma Solutions
371106420

## Certificate of Analysis

**Client:** Global Plasma Solutions

**Contact:**  Charles Waddell
**Project:**  Bipolar Ionization System

**Product :** GPS-IBAR-36
**EMSL NO:** 371106420

**Sample received:** 5/25/2011
**Start date:** 6/7/2011
**Report date:** 7/21/2011
**Challenge Bacteria:** *Escherichia coli* ATCC 8739

Experimental Summary:

The testing procedure was designed after discussions between EMSL Analytical, the testing company, and the client, Global Plasma Solutions.  The testing was conducted on the GPS-IBAR-36 for its ability to disinfect (kill) bacteria in the air. The testing was conducted in our Cinnaminson Microbiology Laboratory.

Procedure:

**Bacteria**
*Escherichia coli (E. coli)* was innoculated on Tryptic Soy agar (TSA) and incubated at 35°C for 24 h.  A single isolated colony was then taken and innoculated into Tryptic Soy broth (TSB) and incubated at 35°C for 24 h.  This solution was then washed three times with Phosphate buffer at 3,000 x g for 20 min.  A one to ten dilution was then made by removing 1 mL of innoculated TSB and placing it into 9 mL of Phosphate buffer.  One milliliter of this dilution was then placed into the base of the nebulizer and mixed with 99 mL of Phosphate buffer to create an additional 1:100 dilution.

**Environmental Chamber**
The environmental chamber was set-up as per the instructions included.  One computer fan was placed in the center of the chamber to provide air movement and the two ionizers were placed on either side about 1 inch off the ground. Before testing began the entire chamber was disinfected with a disinfectant solution (5% Hydrogen peroxide with accompanying silver ionic solution), as well as cleaning the fans and ionizers with alcohol wipes.  Additionally, between all testing the disinfectant solution was sprayed throughout the chamber and allowed to air out with the fans running for at least 2 hr.



EMSL Analytical, Inc.

Global Plasma Solutions
371106420

**Inoculation of the Test Chamber**

The nebulizer was connected to an air compressor with ¼ inch plastic tubing and to the environmental test chamber through one of the testing openings created. The fan was turned on to create an air flow in the chamber but the ionizers were not turned on until after the initial sampling.  Once testing was ready to begin 60 psi of compressed air was pumped through the nebulizer, creating the release of 10.8 mL/h of aerosolized solution.  This was run for 28 min allowing for a total of 5 mL of solution being aerosolized into the test chamber.

**Organism Collection**

Immediately, following inoculation of the test chamber an initial collection of the bacteria was taken without the use of the bipolar ionizer.  The bacteria were collected with an Anderson impactor at the sample time points 1 min (75 L), 5 min (100 L), 15 min (100 L), 30 min (150 L) and 60 min (200 L) in order to determine the natural rate of decay for *E. coli*.  This data was then compared to the data collected when the ionizer was run to create a corrected Log Reduction. The test run was then completed identically the same with the exception that the bipolar ionizer was turned on.  Bacteria were collected using TSAB plates and incubated at 35°C for 24 h.  Afterwards, colonies were counted and statistics were performed on the data.  All samples were completed in triplicate.

**Experimental Results:**

**Table 1:** Reduction of *E. coli*

| E. coli Control | | | E. coli Test | | | |
|---|---|---|---|---|---|---|
| Time (min) | CFU/m³ | Log10 | CFU/m³ | Log10 | Corrected LR | %Reduction |
| 1 | $6.50 \times 10^3$ | 3.81 | $5.65 \times 10^3$ | 3.75 | 0.06 | 13.03 |
| 5 | $6.27 \times 10^3$ | 3.80 | $4.55 \times 10^2$ | 2.66 | 1.08 | 91.65% |
| 15 | $4.25 \times 10^3$ | 3.63 | $1.17 \times 10^1$ | 1.07 | 2.50 | 99.68% |
| 30 | $1.47 \times 10^3$ | 3.17 | $5.83 \times 10$ | 0.77 | 2.34 | 99.54% |
| 60 | $7.46 \times 10^2$ | 2.87 | $5.0 \times 10$ | 0.77 | 2.11 | 99.23% |

Corrected LR = Log Reduction that has been compared to natural rate of decay for *E. coli*
Log Reduction and %Reduction compares initial CFU and specified CFU
A negative LR or %Reduction is the result of an increase in cells

EMSL Analytical, Inc.

Global Plasma Solutions
371106420

**Figure 1.1:**  Reduction of *E. coli*



D value = amount of time it takes for *E. coli* to be reduced by 1 log

200 Rt. 130 N, Cinnaminson, NJ 08077
Phone: (856) 858-4800   Fax: (856)786-0262



EMSL Analytical, Inc.

Global Plasma Solutions
371106420

**Conclusions/Observations:**

The efficacy of the GPS-IBAR-36, a bipolar ionization system, to disinfect the air of *E. coli* was analyzed.  After correcting for the natural rate of decay it was observed that there was a 2.34 log reduction after 30 min exposure and a 2.11 log reduction after 60 min exposure (Table 1).  Furthermore, a D-value was calculated using the reciprocal of the slopes in Figure 1 and a linear regression was computed from log D-value versus time giving us a D-value of 22.72 min.  In laymen terms with the use of the bipolar ionization device an expected 90% reduction (1 log) of *E. coli* will occur every 24 min, until a maximum reduction is achieved.

In conclusion, the GPS-IBAR-36 demonstrated the ability to disinfect *E. coli* from the air with a 99.54% reduction after 30 min exposure and a 99.23% reduction after 60 min exposure.  Furthermore, these results demonstrate that the bipolar ionization system tested does not require direct line of sight to produce kill rates like ultraviolet light. The bipolar ionization system's kill rates are indicative of those in the entire space.

Farbod Nekouei, M.S., Laboratory Manager
or Other Approved Signatory



# FINAL REPORT

Efficacy of a Cold Plasma System

ORDER Number
371106420

PREPARED FOR:

Global Plasma Solutions
714 Mall Blvd., Suite 3
Savannah, GA 31406

EMSL Analytical, Inc.

200 Rt. 130 N, Cinnaminson, NJ 08077

Phone: (856) 858-4800   Fax: (856)786-0262 Web: http://www.emsl.com

**EMSL** EMSL Analytical, Inc.

# Certificate of Analysis

**Client:** Global Plasma Solutions

**Contact:**  Joe Christiansen
**Project:**  Cold Plasma - Needlepoint Bipolar Ionization System

**Product :** GPS-IBAR-36
**EMSL NO:** 371106420

**Sample received:** 5/25/2011
**Start date:** 6/2/2011
**Report date:** 6/13/2011
**Challenge Bacteria:** Methicillin Resistant *Staphylococcus aureus* (MRSA) ATCC 33591

**Experimental Summary:** The testing procedure was designed after discussions between EMSL Analytical, the testing company, and the client, Global Plasma Solutions.  The testing was conducted on the GPS-IBAR-36 for its ability to disinfect (kill) bacteria in the air. The testing was conducted in our Cinnaminson Microbiology Laboratory.

## Procedure:

**Bacteria**
Methicillin Resistant *S. aureus* (MRSA) was innoculated on Tryptic Soy agar (TSA) and incubated at 35°C for 24 h.  A single isolated colony was then taken and innoculated into Tryptic Soy broth (TSB) and incubated at 35°C for 24 h. This solution was then washed three times with Phosphate buffer at 3,000 ug for 20 min.  A one to ten dilution was then made by removing 1 mL of innoculated TSB and placing it into 9 mL of Phosphate buffer.  One milliliter of this dilution was then placed into the base of the nebulizer and mixed with 99 mL of Phosphate buffer to create an additional 1:100 dilution.

**Environmental Chamber**
The environmental chamber was set-up as per the instructions included.  One computer fan was placed in the center of the chamber to provide air movement and the two ionizers were placed on either side about 1 inch off the ground. Before testing began the entire chamber was disinfected with a disinfectant solution (5% Hydrogen peroxide with accompanying silver ionic solution), as well as cleaning the fans and ionizers with alcohol wipes.  Additionally, between all testing the disinfectant solution was sprayed throughout the chamber and allowed to air out with the fans running for at least 2 hr.



EMSL Analytical, Inc.

Global Plasma Solutions
371106420

## Inoculation of the Test Chamber

The nebulizer was connected to an air compressor with ¼ inch plastic tubing and to the environmental test chamber through one of the testing openings created. The fan was turned on to create an air flow in the chamber but the ionizers were not turned on until after the initial sampling.  Once testing was ready to begin 60 psi of compressed air was pumped through the nebulizer, creating the release of 10.8 mL/h of aerosolized solution.  This was run for 28 min allowing for a total of 5 mL of solution being aerosolized into the test chamber.

## Organism Collection

Immediately, following inoculation of the test chamber an initial collection of the bacteria was taken without the use of the bipolar ionizer.  The bacteria were collected with an Anderson impactor at the sample time points 1 min (50 L), 5 min (75 L), 15 min (100 L) and 30 min (150 L) in order to determine the natural rate of decay for MRSA.  This data was then compared to the data collected when the ionizer was run to create a corrected Log Reduction. The test run was then completed identically the same with the exception that the cold plasma generator was turned on.  Bacteria were collected using TSA plates and incubated at 35°C for 24 h.  Afterwards, colonies were counted and statistics were performed on the data.  All samples were completed in triplicate.

## Experimental Results:

**Table 1:** Reduction of MRSA

| Time (min) | MRSA Control | | MRSA Test | | | |
|---|---|---|---|---|---|---|
| | CFU/m$^3$ | Log10 | CFU/m$^3$ | Log10 | Corrected LR | %Reduction |
| 1 | 1.96x10$^8$ | 8.29 | 1.05x10$^8$ | 8.02 | 0.00 | 0 |
| 5 | 1.97x10$^8$ | 8.29 | 8.28x10$^7$ | 7.92 | 0.10 | 21.37% |
| 15 | 6.11x10$^7$ | 7.79 | 2.07x10$^7$ | 7.32 | 0.20 | 36.88% |
| 30 | 3.72x10$^7$ | 7.57 | 7.50x10$^5$ | 5.88 | 1.43 | 96.24% |
| | | | | | | |

Corrected LR = Log Reduction that has been compared to natural rate of decay for MRSA
Log Reduction and %Reduction compares initial CFU and specified CFU

EMSL Analytical, Inc.

Global Plasma Solutions
371106420

**Figure 1:** Reduction of MRSA over time when exposed to the GPS-IBAR-36



200 Rt. 130 N, Cinnaminson, NJ 08077
Phone: (856) 858-4800   Fax: (856)786-0262

EMSL Analytical, Inc.

Global Plasma Solutions
371106420

## Conclusions/Observations:

The efficacy of the GPS-IBAR-36, a bipolar ionization (cold plasma) system, to disinfect the air of MRSA was analyzed.  After correcting for the natural rate of decay it was observed that there was a 1.43 log reduction after 30 min exposure (Table 1).  Furthermore, a D-value was calculated using the reciprocal of the slopes in Figure 1 and a linear regression was computed from log D-value versus time giving us a D-value of 24 min.

An expected 90% reduction (1 log) of MRSA will occur every 24 min.

In conclusion, the GPS-IBAR-36 demonstrated the ability to disinfect MRSA from the air with a 96.24% reduction after 30 min exposure.  Furthermore, these results demonstrate that the bipolar ionization system tested does not require direct line of sight to produce kill rates like ultraviolet light.  The bipolar ionization system's kill rates are indicative of those in the entire space.

Farbod Nekouei, M.S., Laboratory Manager
or Other Approved Signatory



# FINAL REPORT

Efficacy of a Bipolar Ionization System

ORDER Number
371106420

PREPARED FOR:

Global Plasma Solutions
714 Mall Blvd., Suite 3
Savannah, GA 31406

EMSL Analytical, Inc.
200 Rt. 130 N, Cinnaminson, NJ 08077
Phone: (856) 858-4800   Fax: (856)786-0262 Web: http://www.emsl.com



**EMSL** EMSL Analytical, Inc.

## Certificate of Analysis

**Client:** Global Plasma Solutions

**Contact:**  Charles Waddell
**Project:**  Bipolar Ionization System

**Product :** GPS-IBAR-36
**EMSL NO:** 371106420

**Sample received:** 5/25/2011
**Start date:** 6/28/2011
**Report date:** 7/15/2011
**Challenge Bacteria:** *Mycobacterium terrae* ATCC 15755

**Experimental Summary:**
The testing procedure was designed after discussions between EMSL Analytical, the testing company, and the client, Global Plasma Solutions.  The testing was conducted on the GPS-IBAR-36 for its ability to disinfect (kill) bacteria in the air. The testing was conducted in our Cinnaminson Microbiology Laboratory.

**Procedure:**

**Bacteria**

*Mycobacterium terrae* (*M. terrae*) is commonly used as a surrogate test for *Mycobacterium turberculosis* as it demonstrates similar physical characteristics and is slightly more resistant but is far less dangerous.  *M. terrae* first was innoculated on Tryptic Soy agar + 5% sheep blood (TSAB) and incubated at 35°C for 5 days under carbon dioxide conditions.  A sterile inoculation loop was then used to collect colonies and place them into 5 mL of normal saline solution. This solution was then washed three times with Phosphate buffer at 3,000 x g for 20 min.   Ten milliliter of this dilution was then placed into the base of the nebulizer and mixed with 90 mL of Phosphate buffer to create an additional 1:10 dilution.

**Environmental Chamber**
The environmental chamber was set-up as per the instructions included.  One computer fan was placed in the center of the chamber to provide air movement and the two ionizers were placed on either side about 1 inch off the ground. Before testing began the entire chamber was disinfected with a disinfectant solution (5% Hydrogen peroxide with accompanying silver ionic solution), as well as cleaning the fans and ionizers with alcohol wipes.  Additionally, between all



EMSL Analytical, Inc.

Global Plasma Solutions
371106420

testing the disinfectant solution was sprayed throughout the chamber and allowed to air out with the fans running for at least 2 hr.

**Inoculation of the Test Chamber**
The nebulizer was connected to an air compressor with ¼ inch plastic tubing and to the environmental test chamber through one of the testing openings created. The fan was turned on to create an air flow in the chamber but the ionizers were not turned on until after the initial sampling.  Once testing was ready to begin 60 psi of compressed air was pumped through the nebulizer, creating the release of 10.8 mL/h of aerosolized solution.  This was run for 28 min allowing for a total of 5 mL of solution being aerosolized into the test chamber.

**Organism Collection**
Immediately, following inoculation of the test chamber an initial collection of the bacteria was taken without the use of the bipolar ionizer.  The bacteria were collected with an Anderson impactor at the sample time points 1 min (100 L), 5 min (100 L), 15 min (100 L), 30 min (150 L) and 60 min (150 L) in order to determine the natural rate of decay for *M. terrae*.  This data was then compared to the data collected when the ionizer was run to create a corrected Log Reduction.  The test run was then completed identically the same with the exception that the bipolar ionizer was turned on.  Bacteria were collected using TSAB plates and incubated at 35°C for 5 days under carbon dioxide conditions. Afterwards, colonies were counted and statistics were performed on the data.  All samples were completed in triplicate.

**Experimental Results:**

**Table 1:** Reduction of *M. terrae*

| *M. terrae* Control | | | *M. terrae* Test | | | |
|---|---|---|---|---|---|---|
| Time (min) | CFU/m$^3$ | Log10 | CFU/m$^3$ | Log10 | Corrected LR | %Reduction |
| 1 | 1.28x10$^4$ | 4.11 | 3.67x10$^4$ | 4.56 | 0.00 | 0 |
| 5 | 1.01x10$^4$ | 4.01 | 2.44x10$^4$ | 4.39 | 0.18 | 33.58% |
| 15 | 8.50x10$^3$ | 3.93 | 1.47x10$^4$ | 4.17 | 0.22 | 39.48% |
| 30 | 6.51x10$^3$ | 3.81 | 7.83x10$^3$ | 3.89 | 0.38 | 57.99% |
| 60 | 4.61x10$^3$ | 3.66 | 4.08x10$^3$ | 3.61 | 0.51 | 69.09% |

Corrected LR = Log Reduction that has been compared to natural rate of decay for *M. terrae*
Log Reduction and %Reduction compares initial CFU and specified CFU
A negative LR or %Reduction is the result of an increase in cells



EMSL Analytical, Inc.

Global Plasma Solutions
371106420

**Conclusions/Observations:**

The efficacy of the GPS-IBAR-36, a bipolar ionization system, to disinfect the air against *M. terrae* was analyzed.  After correcting for the natural rate of decay it was observed that there was a 0.38 log reduction after 30 min exposure and a 0.51 log reduction after 60 min exposure (Table 1).

In conclusion, the GPS-IBAR-36 was observed to reduce *M. terrae* by 69.09%. Furthermore, these results demonstrate that the bipolar ionization system tested does not require direct line of sight to produce kill rates like ultraviolet light. The bipolar ionization system's kill rates are indicative of those in the entire space.

_____

Farbod Nekouei, M.S., Laboratory Manager
or Other Approved Signatory

# EXHIBIT C

# Beware
# The COVID-19 Snake Oil Salesmen Are Here

Francis J. Offermann PE CIH
Indoor Environmental Engineering
www.iee-sf.com
November 5, 2020

The snake oil salesmen are here and they are out to sell you air cleaners that promise to eliminate the SARS-CoV-2 airborne virus that causes COVID-19. Beware, at best these air cleaners provide little to no removal of airborne virus and may actually produce dangerous chemicals, such as ozone and formaldehyde.



The Snake Oil Salesman (Morgan Weistling)

Many of these air cleaners claim to use electrostatic effects (e.g., bipolar ionization, negative ion generation, cold plasma, etc.) to reduce indoor air contaminants, including virus and bacteria, by more than 98%. These air cleaners are not new, and have been re-incarnated many times since the early 1900s. I have reviewed test data from many of these devices and I have never found that these devices significantly remove air contaminants from the indoor air.

Nor should we expect these ionization devices to have a significant effect on airborne concentrations. While ionization of air can increase the deposition rates of particulates onto indoor surfaces, this effect is small compared to the overall removal by ventilation and filtration, and hence ionization does not significantly reduce indoor concentrations.

Regarding bipolar ionization, ASHRAE states in "Filtration/Disinfection" (https://www.ashrae.org/technical-resources/filtration-disinfection)

*Bipolar Ionization/Corona Discharge / Needlepoint Ionization and Other Ion or Reactive Oxygen Air Cleaners*
"Convincing scientifically-rigorous, peer-reviewed studies do not currently exist on this emerging technology; manufacturer data should be carefully considered."

So let's do just that, and look carefully into the manufacturer's test data behind one of these ionization devices.

I have been conducting performance tests of air cleaning devices for 30 years and served as an expert witness and special consultant for the U.S. Federal Trade Commission regarding the performance claims found in advertisements of portable air cleaners and residential furnace filters. I also provided consultation to the American Home Appliance Manufacturers (AHAM) on the development of a standard for testing portable air cleaners, AHAM Standard AC-1, which is used to measure the Clean Air Delivery Rates (CADR) for air cleaners.

I have selected Global Plasma Technologies (GPS), which sells a product advertised as "Needlepoint Bipolar Ionization (NPBI $^{TM}$)"

I note that there are similar devices by other manufacturers that advertise "Needlepoint Bipolar Ionization (NPBI)", and I have selected GPS as an example for this technology as there were more test data available for this product. Our analyses of the test data for other ionization devices, including negative ion generators and electrostatic filters, indicate indoor contaminant removal capabilities similar to those determined below for the GPS system.

The GPS ionization system is an electrostatic ionization bar and power supply that is installed in the HVAC system. According to GPS, the "optimal location to mount the GPS-iMOD is between the filter and the cooling coil". The cost of an GPS-iMOD ionization bar and power supply is approximately $3,000 - $4,000



Figure 1. Photo of a GPS-iMod ionizer bar on left with power supply and an installation above the cooling coil of an HVAC system.

According to the GPS web page;

"GPS' NPBI technology safely cleans indoor air. This patented technology produces a high concentration of positive and negative ions, delivering them to the space via the ventilation system. Within the air stream, ions attach to particles, where they combine, become larger and are more easily filtered from the air. When ions come in contact with pathogens, they disrupt the pathogens' surface proteins, rendering them inactive."

Also, according to the GPS web page and specific to virus;



So what test data does GPS have to support that installation of a GPS ionizer into an HVAC system reduces the indoor airborne concentrations of virus, bacteria, or any other air contaminants?

The following are the test reports listed on the GPS web page as of 10/28/20.



In addition, there are two other test reports listed on the GPS web page as of 6/13/20 (see the Way Back Machine Test Report listing below);

Particle Removal Testing – Blue Heaven Technologies Report

Evaluation of Antimicrobial Activity of Cold Plasma Generator



Let's look at these two reports first.

# Particle Removal Testing
Blue Heaven Technologies

Test Chamber Particle Removal Test (modified CADR test): Comparison MERV 13 filter and MERV 8 filter + GPS

Chamber Volume: 1,000 ft$^3$
Particulate Tested: Environmental Tobacco Smoke (0.3 to 2.2 μm)
Particulate Instrumentation: Optical Particle Counter

Clean Air Delivery Rates (CADR) Test Results
MERV 13 filter:  271 cfm
MERV 8 filter + GPS: 20 cfm at 14 minutes and 9 cfm at 936 minutes.

These tests reveal that the GPS ionizer provides very little removal of small (i.e., 0.3 to 2.2 μm) indoor airborne particles. The AHAM recommendation for air cleaning is to use an air cleaner capable of a CADR cfm that is equal to 2/3 of the floor area (ft$^2$) of the

room that the air cleaner is installed. Thus, the CADRs of 9 to 20 cfm measured for the MERV 8 filter + GPS, translate into recommended room sizes of just 14 ft$^2$ to 30 ft$^2$. By contrast the MERV 13 filter tested had a CADR of 271 cfm, which translates into a 405 ft$^2$ room size.

Since, MERV 13 filters can be installed in most HVAC systems that can accommodate a 2 inch filter, the conclusion from the Blue Heavens Technology study is that upgrading from MERV 8 to MERV 13 provides more than ten times removal of particulates than a MERV 8 filter with GPS.

# Evaluation of Antimicrobial Activity of Cold Plasma Generator
## ATS Labs

Don't be fooled by this test report, which was prepared by ATS Labs (Eagan, MN).

The Evaluation of Antimicrobial Activity of Cold Plasma Generator report is a test of *Feline Calicivirus* in petri dishes with and without a GPS ionizer positioned above the surface of the petri dish for a period of 30 minutes. These tests compare the concentration of viable virus in a control sample (not exposed to GPS ionizer) and a test sample (exposed to GPS ionizer). The concentration of viable virus in the test sample was reduced by 93.5%.

A reduction of 93.5% sounds pretty good, right ? But that reduction is for a GPS ionizer positioned directly above an inoculated surface (i.e. the petri dish). How does this translate to applications of the GPS ionizers in an HVAC system for removal of airborne *Feline Calicivirus* ?

In the ATS Labs test the GPS ionizer was positioned 1 inch above petri dish of *Feline Calicivirus* for a 30-minute period. In an HVAC system the airborne *Feline Calicivirus* is moving, and only a fraction of the air in the HVAC system duct is briefly within the 1 inch distance from the ionizer (the same distance used for the petri dish tests).

Let's calculate the reduction of *Feline Calicivirus* in the air of a ventilation system using the GPS ionizer 30-minute petri dish test data and the contact time that airborne *Feline Calicivirus* has with the ionization field. For this calculation, I assumed that the ion density in the HVAC system air that is equivalent to that for the petri dish test (i.e. ionizer placed 1 inch above the petri dish), is present 1 inch directly under the 1 inch ionizer bar as well as 1 inch to the left and right of the bar for a total air duct length of 3 inches. In addition, I further assumed that this ion density extends without reduction across the full height of the air duct. These are conservative assumptions, as the actual ion density will decrease with the distance from the ionizer and will also be decreased by the airflow across the ionizer

The air speed in a typical HVAC system at the air filters and cooling coils, is 500 feet per minute. The contact time for air passing through a 3 inch length of air duct containing the GPS ionizers is just 0.0005 min (0.03 seconds). So accounting for the brief airborne exposure of *Feline Calicivirus* in an HVAC system to the GPS ionization field (0.0005

minutes for the HVAC airborne exposure and a 30 minutes for the petri dish exposure), the reduction of *Feline Calicivirus* in the air of the HVAC system is calculated to be just 0.0016%. Contact time matters.

# Pathogen Testing Reports

**Pathogen Testing Reports**
GPS CDIFF Test Results
GPS E-Coli Test Results
GPS MRSA Test Results
GPS TB Test Results

These four test reports were all conducted by EMSL.

The GPS CDIFF Test Report is a test similar to the ATS Labs test with *Feline Calicivirus*. This EMSL test used *Clostridium difficile* bacteria in petri dishes with and without a GPS ionizer placed 5 cm (2 inches) above the surface of the petri dish for a period of 30 minutes. This test compares the concentration of viable bacteria in a control sample (not exposed to GPS ionizer) and a test sample (exposed to GPS ionizer). The concentration of viable bacteria in the test sample were reduced by 86.87%.

A reduction of 86.87% also sounds pretty good, but as with the ATS Labs test with *Feline Calicivirus*, because the contact time of the air passing through the air duct containing the GPS ionizers is so short, the reduction of airborne bacteria in the air of the HVAC system is negligible. For this calculation, I assumed that the ion density in the HVAC system air that is equivalent to that for the petri dish test (i.e. ionizer placed 2 inches above the petri dish), is also present 2 inches directly under the 1 inch ionizer bar as well as 2 inches to the left and right of the 1 inch wide bar for a total air duct length of 5 inches. For an HVAC system with an air speed of 500 feet per minute, the contact time for air passing through a 5 inch length of air duct containing the GPS ionizers is just 0.00083 min (0.05 seconds). So accounting for the brief airborne exposure of *Clostridium difficile* in an HVAC system to the GPS ionization field (0.00083 minutes for the HVAC airborne exposure and a 30 minutes for the petri dish exposure), the reduction of *Clostridium difficile* in the air of the HVAC system is calculated to be just 0.002%.

The remaining three EMSL tests, GPS E-Coli Test Results, GPS MRSA Test Results, and GPS TB Test Results, are each airborne reduction tests of viable bacteria conducted in a test chamber. The GPS TB Test Results were conducted with *mycobacterium terrae* as a surrogate for *mycobacterium tuberculosis* (TB). For each test, a solution containing the test bacteria was nebulized into the test chamber air and the concentrations of airborne bacteria were measured over a 30-60 minute test period (i.e., at 1, 5, 10, 15, 30, 60 minutes). Samples were collected onto TSA plates with an Andersen impactor, following which the plates were incubated and the resulting colonies counted. Two tests were conducted for each bacteria, one without GPS ionizers and one with two GPS ionizers operating one inch off the floor of the test chamber and on either side of a computer fan in the center of the room.

Test Chamber Airborne Bacteria Reduction Test (modified CADR test)

Chamber Volume: 280 ft$^3$ (the chamber air volume is not in the test report but EMSL estimated the chamber air volume to be 8 m$^3$, or 6.5 ft x 6.5 ft x 6.5 ft, 282 ft$^3$).

The following are the Clean Air Delivery Rates (CADR) for the three bacteria tests.

E-Coli: 23 cfm
MRSA: 31 cfm
M. Terrae (TB surrogate): 6 cfm

These tests show that use of two GPS ionizers in a relatively small test chamber results in very small CADRs for the three airborne bacteria tested. The AHAM recommendation for air cleaning is to use an air cleaner capable of a CADR cfm that is equal to 2/3 of the floor area (ft$^2$) of the room that the air cleaner is installed. Thus, the measured CADRs for these three airborne bacteria, 6 to 31 cfm, translate into recommended room sizes of just 9 ft$^2$ to 35 ft$^2$.

# Customer Site Testing Reports

The following are the GPS Customer Site Testing Reports

Customer Site Testing Reports

⬇ *Airport Particulate Test Report*

⬇ *Valencia College Lake Nona Campus*

⬇ *Valencia College Bipolar Ionization System*

⬇ *Mold Reduction Report*

⬇ *Office Pollutant Test*

⬇ *School Bipolar Ionization Study*

These customer field reports all lack the necessary test controls for an accurate measurement of the improvement in air quality produced by the GPS ionization systems. Some studies only measured the indoor air contaminants with the GPS ionization system installed, and thus preclude any assessment of the improvement of the air quality created by the GPS system. Other studies that attempted to quantify the improvement of the air quality created by the GPS system by conducting measurements on different days with and without the GPS system operating, lacked the measurements of the outdoor air ventilation rates and indoor contaminant emission rates that are necessary to assess of the improvement of the air quality created by the GPS system.

## Conclusions and Recommendations

As we all look forward to safely re-opening schools and businesses during the COVID-19 pandemic, it is important for controlling the far field airborne exposures to the SARS-CoV-2 virus that the indoor air spaces have mechanical outdoor air ventilation that at least meets the minimum code required rates, and in addition that the HVAC system have air filters with a minimum efficiency of MERV 13 (ASHRAE 52.2).

Additional removal of airborne SARS-CoV-2 virus can be achieved by installing portable air cleaners that have an AHAM certified Clean Air Delivery Rate (CADR cfm for tobacco smoke) that is equal to 2/3 of the floor area ($ft^2$) of the room.

WARNING !!! Only use HVAC air filters that are ASHRAE MERV rated and portable air cleaners that have an AHAM CADR rating. Do not use air filters or portable air cleaners that utilize electrostatics, ultraviolet light (UV), ozone, or photo-catalytic oxidation (PCO). Most of these devices do not have test data showing they provide any significant removal of indoor air contaminants, and some may produce harmful chemicals such as formaldehyde and ozone.

It is important to recognize that while outdoor air ventilation and air filtration can reduce the risk of far field airborne exposures to SARS-CoV-2 (e.g., greater than 6 feet), no amount of ventilation or air filtration can reduce risk of close exposure to an infected individual, only masks and social distancing can reduce this risk.

# EXHIBIT D

Building and Environment 195 (2021) 107750



Contents lists available at ScienceDirect

# Building and Environment

journal homepage: http://www.elsevier.com/locate/buildenv





# Evaluating a commercially available in-duct bipolar ionization device for pollutant removal and potential byproduct formation

Yicheng Zeng [a], Prashik Manwatkar [a], Aurélie Laguerre [b], Marina Beke [a], Insung Kang [a], Akram S. Ali [a], Delphine K. Farmer [c], Elliott T. Gall [b], Mohammad Heidarinejad [a], Brent Stephens [a, *]

[a] *Department of Civil, Architectural, and Environmental Engineering, Illinois Institute of Technology, Chicago, IL, USA*
[b] *Department of Mechanical and Materials Engineering, Portland State University, Portland, OR, USA*
[c] *Department of Chemistry, Colorado State University, Fort Collins, CO, USA*

## ARTICLE INFO

*Keywords:*
Indoor air quality
Air cleaner
Ionizer
Particulate matter
Volatile organic compounds

## ABSTRACT

We conducted a series of experiments to evaluate the gas and particle removal effectiveness and potential for byproduct formation resulting from the operation of a commercially available in-duct bipolar ionization device. Laboratory tests were conducted with the ionizer installed in a small air handler serving a large semi-furnished chamber. Chamber experiments were conducted under (i) normal operating conditions to characterize the impact of the ionizer on concentrations of particles (0.01–10 μm), ozone ($O_3$), nitrogen dioxide ($NO_2$), volatile organic compounds (VOCs), and aldehydes, and (ii) particle injection and decay conditions to characterize the impact of the ionizer operation on particle loss rates. The field test involved air sampling of particulates (0.01–10 μm), $O_3$, and VOCs upstream and downstream of an operating ionizer device installed in an air handling unit serving an occupied office building. Both the chamber and field tests suggested that the use of the tested bipolar ionization unit led to a decrease in some hydrocarbons (e.g., xylenes) among the lists of compounds we were able to analyze, but an increase in others, most prominently oxygenated VOCs (e.g., acetone, ethanol) and toluene. Ionizer operation appeared to minimally impact particle, $O_3$, and $NO_2$ concentrations during normal operating conditions. Particle injection and decay experiments in the chamber suggest that operation of the ionizer unit led to a small increase in loss rates for ultrafine particles (<0.15 μm) and a small decrease in loss rates for larger particles (>0.3 μm), but with negligible net changes in estimated $PM_{2.5}$ loss rates.

## 1. Introduction

As a result of recent global air quality challenges, including smoke from historically large wildfires in the U.S [1] and the increasing recognition of the potential for aerosol transmission of COVID-19 in poorly ventilated indoor environments [2], there has been an unprecedented level of interest and investment in indoor air cleaning technologies. The marketplace for air cleaning devices has become inundated with an array of technologies to meet the demand, including high-efficiency fibrous-media filters, disinfectant misters, and a variety of electronic air cleaners including ultraviolet germicidal irradiation (UVGI) lights, plasma generators, hydroxyl radical generators, ionizers, and more [3,4,5,6,7]. While fibrous media filters are routinely tested for their ability to remove particles [8,9], many electronic air cleaning technologies are not evaluated by any federal agency or industry standards organizations for their efficacy or their potential for unintended consequences, including the generation of chemical byproducts [10].

One such air cleaning technology that has garnered significant interest is air ionization, which involves the introduction of ions to a space. Air ionization devices include those that generate only negative ions (i.e., *unipolar* ionizers) and those that generate both positive and negative ions (i.e., *bipolar* ionizers). Air ionization has been shown in some peer-reviewed studies to decrease bacterial deposition to surfaces [11], inactivate airborne bacteria [12,13], remove airborne particles [14], and increase submicron particle deposition to surfaces [15]. While the efficacy for some of these constituents has been demonstrated in some peer-reviewed studies, the literature remains sparse and limited to a narrow range of technologies.

* Corresponding author. Professor and Department Chair, Department of Civil, Architectural, and Environmental Engineering, Illinois Institute of Technology, Alumni Hall Room 228E, 3201 S Dearborn Street, Chicago, IL, 60616, USA.
*E-mail address:* brent@iit.edu (B. Stephens).

https://doi.org/10.1016/j.buildenv.2021.107750
Received 17 December 2020; Received in revised form 22 February 2021; Accepted 23 February 2021
Available online 7 March 2021
0360-1323/© 2021 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

Y. Zeng et al. Building and Environment 195 (2021) 107750

More commonly, efficacy is demonstrated in test reports provided by commercial laboratories, although these tests commonly have limitations such as multiple ionizers in small (or unreported) volume test chambers or with high (or unreported) ion concentrations. Moreover, the potential for byproduct formation resulting from ionizer operation has been investigated in much less depth. Early tests on ionizer devices revealed the potential to form harmful byproducts such as ozone during operation [16], but manufacturers have since developed other forms of ionization technologies that have been shown to avoid ozone emissions [13]. However, a limited number of other studies have shown the potential for ionization to form other products, including nitrogen oxides ($NO_x$) and VOC oxidation intermediates [17], although little peer-reviewed literature exists on byproduct formation in either laboratory or field settings.

Two recent studies evaluated the impacts of air ionization on markers of human health. One study investigated the short-term effects of a negative ion generating air purifier on cardiovascular and respiratory outcomes in healthy adults in Beijing [18]. The study concluded that exposure to negative ions ($\sim$60,000 ions/cm$^3$) was associated with increased systemic oxidative stress levels (a biomarker of cardiovascular health), and even though the use of the ionizers decreased indoor particulate matter concentrations, there were no beneficial changes in other markers of respiratory health. This phenomenon was hypothesized to be due to byproducts formed from reactions with negative ions, although byproducts were not measured. Another recent study found similar outcomes in 11–14 year old children resulting from the use of air ionizers in school classrooms in Beijing, whereby some positive effects on respiratory health were measured at elevated ion concentrations of $\sim$13,000 #/cm$^3$, albeit at the expense of negative effects on cardiac health [19]. These studies demonstrate the potential for air ionization to be effective in reducing particulate matter, but also suggest the potential for ionization to generate potentially harmful byproducts during their operation.

One of the most widely used ionization approaches currently in the U.S. appears to be *bipolar ionization*, which is commonly reported to (i) reduce airborne particulate matter by causing them to cluster or agglomerate and form larger particles that can settle out of the air more rapidly or be filtered more effectively, (ii) neutralize odors and break down volatile organic compounds (VOCs), (iii) inactivate or kill viruses and other microorganisms, and (iv) reduce the amount of required outdoor air. Many engineers have been recommending bipolar ionization devices because of relatively low upfront costs for purchase and installation, low maintenance and materials costs, and they do not introduce additional pressure drop to air handling units. In fact, the Building Owners and Managers Association (BOMA) currently recommends to "explore the possible use and efficacy of bi-polar ionization and other technology for the HVAC system that are effective against COVID" [20].

Conversely, ASHRAE summarizes the literature on electronic air cleaners, including ionizers, in their Epidemic Task Force (ETF) Filtration and Disinfection Guidance, as well as in their most recent position document on filtration and air cleaning, as ranging from "ineffective" to "very effective" in reducing airborne particle concentrations [21,22]. ASHRAE's COVID-19 resources also cite a statement from a representative from the US Centers for Disease Control and Prevention (CDC) that recommends consumers "request efficacy performance data that quantitatively demonstrates a clear protective benefit under conditions consistent with those for which the consumer is intending to apply the technology" and that "the documented performance data under as-used conditions should be available from multiple sources, some of which should be independent, third party sources." Recent guidance from the CDC considers ionization and other air disinfection technologies as "emerging" technologies "in the absence of an established body of peer-reviewed evidence showing proven efficacy and safety under as-used conditions" [23]. We are not aware of investigations of the effectiveness or potential for byproduct formation of bipolar ionization

devices used in realistic settings, which presents a knowledge gap that this work intends to fill.

## 2. Methods

We conducted a series of experiments to evaluate the gas and particle removal effectiveness and potential for byproduct formation resulting from the operation of a commercially available bipolar ionization device in two different test settings: one laboratory (large chamber) setting in Chicago, IL, USA and one field setting in a city in Eastern Oregon (OR) USA. The same make and model 'needlepoint' bipolar ionization device (Global Plasma Solutions, GPS-FC48-AC, Charlotte, NC USA) was tested in each location. We did not assess efficacy in inactivating microbes or potential pathogens.

### 2.1. Laboratory (large chamber) experiments (Chicago, IL)

Because ions added to indoor environments can react with other compounds present in indoor air, potentially leading to the formation of intermediates and oxidation byproducts, we conducted a series of experiments in a large (36.7 m$^3$) aluminum environmental chamber recently constructed on the main campus of Illinois Institute of Technology in Chicago, IL USA (Fig. 1). The chamber is located in a large laboratory space and was not directly heated or cooled, but was served by a small custom-built air-handling unit supplying air from the surrounding conditioned laboratory space. Laboratory air was pulled through a charcoal fiber filter (Hydrofarm IGSCFF4, Petaluma, CA USA) on the return side and ducted into the chamber via a flexible aluminum duct. The air handler and ductwork were operated in a single pass-through mode to provide approximately 40–120 m$^3$/h, depending on the fan speed setting, of filtered air from outside the chamber into the chamber without any recirculation. The surrounding laboratory space was minimally occupied by researchers during testing.

A variety of (mostly aged) material emission sources were introduced into the chamber prior to testing to simulate a partially furnished office or similar environment with a variety of relatively constant VOC emission sources that introduce a 'challenge' indoor VOC mixture with which ions generated by the tested ionizer would conceivably interact. Materials introduced to the chamber included a used table, rug, plastic and metal chairs, suit jackets, a scarf, window shades, paper posters, foam packaging materials, multiple boxes of dissertations ranging in publication date from the 1960s–1990s, a used painting tray, and more. Several dissertations were also left open on the table to encourage emissions. Transient VOC emission sources were specifically avoided in order to ensure reasonably steady-state conditions could be achieved. A small fan was placed in the corner of the chamber to encourage mixing throughout testing. A $CO_2$ injection and decay test with three $CO_2$ monitors (calibrated via co-location tests) located in three different locations within the chamber confirmed reasonably well-mixed conditions (Fig. S1).

A single GPS-FC48-AC bipolar ionization unit was installed inside the small air-handling unit serving the chamber, positioned upstream of the fan in a small custom-fabricated return plenum. The ionizer was secured to the bottom surface of the return plenum and connected to a 120 VAC power source. The on/off switch for the device extended to the outside of the air handler to allow for powering on the ionizer without disrupting airflow conditions. The manufacturer data sheet for the GPS-FC48-AC unit states that it is designed to accommodate airflows from 0 to 4800 ft$^3$/min ($\sim$8155 m$^3$/h) and generates >400 million ions/cc/sec [24].

The goal of this test setup was to deliver ions into the chamber space at an ion concentration that followed our understanding of manufacturer recommendations as closely as possible and at an air change rate with the surrounding environment that was (i) similar to that commonly observed in offices and other commercial buildings (e.g., 1–1.5 per hour [25,26]) and that also (ii) allowed for reasonably rapid approaches to

Y. Zeng et al. Building and Environment 195 (2021) 107750



**Fig. 1.** Photos of the environmental test chamber: (a) exterior with instruments set up outside and (b) inside of the chamber with mock-up furnishings and materials.

steady-state conditions for air sampling and for comparisons of pollutant concentrations between ionizer off and on conditions. Air change rates with the surrounding lab air were measured periodically inside the chamber using $CO_2$ injection and decay to ensure these conditions were met. Repeated $CO_2$ injection and decay experiments before and after testing confirmed a typical chamber air change rate with air from the surrounding lab area of ~1.2–1.6 per hour (1/h). The system was a single pass system without recirculation.

Initial measurements of total volatile organic compound (TVOC) concentrations inside and outside the chamber, both before and after introducing furnishing and materials, were made using a ppbRAE 3000 photoionization detector (PID) monitor (RAE Systems, San Jose, CA USA), which confirmed that the introduction of furnishings and materials led to an increase in TVOC concentrations (reported as isobutylene equivalents) inside the chamber compared to background conditions and that approximately steady-state conditions could be reached within ~2-3 h (Fig. S2). Additionally, measurements of ion concentrations were made periodically inside and outside the chamber, both with and without the ionizer operating, using an AlphaLab Air Ion Counter (Gerdien Tube meter) prior to testing (AlphaLab, Inc., Salt Lake City, UT USA). Background ion concentrations inside the laboratory (outside the chamber) and inside the chamber typically ranged between ~300 and ~700 ions/cm³. Operation of the ionizer increased ion concentrations inside the chamber to steady-state concentrations of ~1400–2000 ions/cm³, which is consistent with the manufacturer recommended target of 1500–2000 ions/cm³ in spaces in which they are installed [27], albeit lower than ~13,000 ions/cm³ and ~60,000 ions/cm³ reported in the recent studies of short-term health outcomes associated with using a different type of ionizer as previously mentioned [11,21] and much lower than the high concentrations (i.e., >10⁶ ions/cm³) that have been associated with lower depression scores [28]. While this installation and setup is not the same as a real-life installation in an occupied building, the resulting combination of ion concentrations, ventilation conditions, and, to an extent, indoor VOC concentrations, reasonably represent conditions of a realistic unoccupied indoor space with this ionization unit installed in the air handler serving the space.

Once the chamber, air handler, and ionizer were set up, a series of experiments were conducted over multiple test days to evaluate the gas and particle removal effectiveness and potential for byproduct formation resulting from ionizer operation. The experimental design was intended to capture the effects of ionizer operation under (i) normal operating conditions and (ii) particle injection and decay conditions.

### 2.1.1. Normal operating conditions

First, a series of experiments were conducted under normal operating conditions (i.e., without any particle or pollutant injection other than from the supplied laboratory air and the materials and furnishings inside the chamber) to measure a variety of constituents inside and outside the chamber with the air handler operating, once with the ionizer powered on and once with the ionizer powered off. We repeated the same normal operating conditions experiments on multiple test days under similar conditions, once on October 15, 2020 to primarily focus on measurements of VOCs inside and outside of the chamber (which required sampling and offline analysis at a commercial laboratory), followed by another test day on October 24, 2020 to focus on measurements of particles, ozone, and nitrogen oxides inside and outside of the chamber.

During these experiments, we measured the following constituents inside and/or outside the chamber: (i) airborne particles using a TSI Model 3910 NanoScan Scanning Mobility Particle Sizer (SMPS; ~0.01–0.4 µm; TSI Shoreview, MN USA) and a TSI Model 3330 Optical Particle Sizer (OPS; 0.3–10 µm), (ii) ozone ($O_3$) using a 2B Technologies Model 211 ozone analyzer (2B Technologies, Boulder, CO USA), (iii) nitrogen oxides ($NO_x$) using a 2B Technologies Model 405 $NO_x$ analyzer, and (iv) $CO_2$ using Extech SD800 $CO_2$ monitors located inside and outside the chamber (Extech, Nashua, NH USA). After the October 15, 2020 test day, the particulate matter (PM) and $NO_x$ sampling instruments were each connected to automated switching valves (Swagelok Model SS-43GXS4-42DCX electrically actuated three-way ball valves; one each for PM and $NO_x$; Swagelok, Solon, OH USA) to alternately measure concentrations inside and outside the chamber at 20-min intervals throughout the duration of testing [29,30,31]. The switching valve was controlled automatically by an electronic timer (Sestos B3S-2R-24; Hong Kong). The $O_3$ instrument was not connected to a switching valve.

On the October 15, 2020 sampling day conducted to characterize gas-phase organics, we sampled for (i) VOCs using SUMMA canisters (Entech 1.4L Silonite Coated stainless steel Minicans with a flow restrictor providing approximately 30 min fill duration), with off-line analysis conducted via EPA method TO-15 as well as a NIST library compound search to tentatively identify compounds not on the TO-15 list, and (ii) aldehydes and carbonyls following EPA method TO-11A using 2,4-Dinitrophenylhydrazine (DNPH) sampling tubes connected to sampling pumps (Buck Libra Model L-4) with off-line analysis conducted via high-performance liquid chromatography (HPLC). Off-line chemical analysis was conducted at a commercial laboratory (STAT Analysis, Chicago, IL), as described in more detail later in this section. Sampling pump flow rates for TO-11A sampling were confirmed after sampling to be ~1.6–1.7 L/min prior to sampling using a Sensidyne Gilian Gilibrator-2 bubble flow meter (Sensidyne, St. Petersburg, FL USA). Time-integrated VOC and aldehyde samples were collected using the SUMMA canisters and DNPH tubes, respectively, beginning at least 2 h after perturbation of the chamber (i.e., both before and after the ionizer was switched on) such that the chamber should have approached steady-state conditions by the time of sampling. All sampling devices (except for one $CO_2$ monitor) were located outside the chamber with sampling lines running into the chamber through openings approximately 0.36 m off the floor, which were sealed with cardboard and tape. Particle instruments were connected to rigid stainless steel sampling lines ~1.5 m in length and ~0.5 cm in diameter via TSI conductive tubing; $O_3$, $NO_x$, and SUMMA canisters were connected to flexible

Y. Zeng et al.

Building and Environment 195 (2021) 107750

polytetrafluoroethylene (PTFE) tubing for sampling. Temperature and relative humidity were measured continuously both inside and outside the chamber using a combination of Onset HOBO U12-012 (Onset, Bourne, MA USA) and Extech SD800 $CO_2$ monitors.

The timeline of the normal operating condition experiments on the single VOC sampling day (October 15, 2020) is shown in Fig. 2. The air handling unit serving the chamber was turned on around 9:45 a.m. local time, with the ionizer off for the first several hours of measurements. The chamber operated at this condition for nearly 3 h to allow for approaching steady-state baseline conditions inside the chamber. VOCs were then sampled inside and outside the chamber during these baseline (ionizer off) conditions beginning around 12:30 p.m. The SUMMA canister valves were opened for approximately 30 min and the DNPH samplers were operated from about 12:30 p.m. to 2:57 p.m. for inside sampling and 1:10 p.m. to 2:57 p.m. for outside sampling. After VOC sampling with the ionizer off was completed, the ionizer was turned on at 3:16 p.m. The ionizer remained on for the duration of the rest of the tests. After approximately 2 h of operating the system, around 5:16 p.m., we again began sampling for VOCs and aldehydes inside and outside the chamber using new SUMMA canisters and DNPH tubes, respectively. Again, the SUMMA canister valves were opened for approximately 30 min and the DNPH personal air sampling pumps were operated with new DNPH tubes from ~5:16 p.m. until ~7:45 p.m. A blank DNPH tube was placed outside the chamber throughout testing to serve as our blank control sample. Finally, $CO_2$ injection and decay was conducted around 7:45 p.m. to measure the air change rate in the chamber.

After sampling, the DNPH cartridges and field blanks were individually capped and wrapped in aluminum foil and kept in a refrigerator held at ~4 °C. The following day, a total of five DNPH tubes (placed in a thermally insulated box) and four SUMMA canisters were returned to a commercial laboratory for chemical analysis (STAT Analysis, Chicago, IL), including two inside chamber samples (one with ionizer off; one with ionizer on); two outside chamber samples (one with ionizer off; one with ionizer on); and one blank. STAT Analysis originally supplied the evacuated SUMMA canisters for VOC sampling and DNPH cartridges for aldehyde sampling. The SUMMA canisters were analyzed via a purge and trap volatile autosampler on an Agilent 6890 gas chromatograph (GC) with an Agilent 5973 mass selective detector (MS). This results in a chromatogram that shows mass spectral data for any detected compound as well as retention time. The commercial laboratory has a calibrated list of compounds that it can quantitate against. The MS also allowed for an assessment of tentatively identified compounds (TICs), which have peaks and spectrum show up in the chromatogram, but are not a part of the calibrated list. These TICs were reported from comparing the MS data to a known NIST library of compounds; library compound search reports were provided by the lab for subsequent analysis. DNPH cartridges were also acquired from the same commercial laboratory and returned for analysis, which involved extraction in solvent and analysis on an Agilent 1100 HPLC system against a list of known compounds from the TO-11A list. Concentrations from DNPH sampling were calculated by dividing mass values provided by STAT Analysis by the volume of the sample (calculated as the pump flow rate times the sample time). STAT Analysis calibrates their analytical systems to the list of compounds in TO-15 and TO-11A; the TICS allow for some

semi-quantitative assessment of additional TICs not in these lists. Full lists of compounds from the TO-15 and TO-11A analysis are provided in Appendix 1 and Appendix 2. Method blanks were included with each run and verified that target compounds were below reporting limits (RL).

On the October 24, 2020 sampling day, which was designed to characterize impacts on particles , $O_3$, and $NO_x$ during normal operating conditions, all instruments were set to log data at 1-min intervals. To analyze the resulting measurements of particulate matter and $NO_x$ concentrations from the instruments connected to automated switching valves, we noted the time that initial sampling began with the automated valves sampling from inside the chamber, and then flagged the data points in each 20-min sampling interval as either inside or outside the chamber in alternating fashion. Transition points between inside and outside sampling periods were identified visually in the data and excluded from analysis. Ratios of the concentrations of constituents inside and outside of the chamber (i.e., I/O ratios) were calculated using summary statistics (mean, standard deviation) from each 20-min interval of inside chamber sampling, lagged by the previous 20-min interval of outside chamber sampling.

### 2.1.2. Particle injection and decay

After conducting experiments during normal operating conditions, a series of particle injection and decay experiments were conducted to explore the impact of ionizer operation on particle decay rates in the chamber. These experiments were conducted on two separate days: one day with the ionizer operating (October 31, 2020) and one day without the ionizer operating (November 8, 2020). The chamber was maintained at approximately the same airflow and environmental conditions for both days of testing, which were also similar to the normal operating condition experiments. Particles were generated by burning two sticks of incense placed on a shelf on the desk inside of the chamber. Incense sticks were allowed to burn to completion to avoid researcher entry into the chamber, extinguishing after approximately 30 min, and then particle concentrations were allowed to decay for 2–4 h under each test condition.

Measurements of particle concentrations during these experiments were made again using a TSI NanoScan SMPS and TSI OPS to measure particle number concentrations in size ranges from ~0.01 μm to ~10 μm at 1-min intervals, again connected to the sampling system with an electronically controlled automated switching valve, alternating between 20-min periods sampling inside the chamber and 20-min periods sampling outside the chamber. $CO_2$ was also injected into the chamber at the same time as incense burning to simultaneously measure the air change rate with the surrounding lab.

### 2.1.3. Data analysis and parameter estimation

Particle injection and decay data were first visually explored on a size-resolved basis (up to 13 bins for SMPS and up to 16 bins for OPS). For simplicity in making comparisons, integral measures total particle number concentrations measured by each instrument were used in the analysis. The Nanoscan SMPS has known issues with counting efficiencies, especially in size ranges >0.15 μm, during some conditions due to the method used to fit distributions required because of the use of a unipolar charger in the instrument [32,30]. Total number



**Fig. 2.** Timeline of the VOC sampling day experiments conducted during normal operating conditions (October 15, 2020).

Y. Zeng et al.                                                                                                              Building and Environment 195 (2021) 107750

concentrations measured by each instrument (SMPS and OPS, respectively) were calculated at each 1-min measurement interval as the sum of the concentrations measured in each size bin measured by each instrument (i.e., 0.01–0.15 μm for the SMPS and 0.3–10 μm for the OPS). Additionally, integral measures of $PM_{2.5}$ mass concentrations were estimated at each time interval by calculating the mass concentration in each size bin smaller than 2.5 μm from combination of the SMPS and OPS, assuming spherical shape and constant unit density m [33,34]. We acknowledge that the assumption of unit density may result in an underestimate of $PM_{2.5}$ mass [35] but it does not affect loss rate estimates.

We used a dynamic mass balance approach to model the time-varying inside particle concentration for all SMPS and OPS size bins in the well-mixed chamber after the incense sticks extinguished (i.e., in the absence of indoor particle sources), as shown in following Equation (1).

$$\frac{dC_{in}}{dt} = P\lambda C_{out} - (\lambda + k)C_{in} \qquad (1)$$

where $P$ is penetration factor (−), $\lambda$ is the air change rate of the chamber (1/hr), $k$ is the particle deposition loss rate constant (1/hr), $C_{out}$ and $C_{in}$ are the outside and inside particle concentrations at time $t$, respectively ($\#/cm^3$ or $\#/m^3$).

To solve for the total particle loss rate constant ($\lambda + k$), we used a first-order linear regression solution to the natural logarithm of the particle concentration data measured inside the chamber minus that measured inside the chamber during background conditions applied only to the decay period, as shown in Equation (2).

$$-ln\frac{C_{in,t} - C_{bg}}{C_{in,t=0} - C_{bg}} = (\lambda + k)t \qquad (2)$$

where $C_{in,t}$ and $C_{in,t=0}$ are the inside particle concentrations at time $t$ and $t=0$, respectively. $C_{bg}$ is the average particle concentration measured inside the chamber during approximately steady-state conditions either immediately prior to or after the particle injection and decay periods.

For each test using $CO_2$ as a tracer gas, the air change rate ($\lambda$) was estimated by regressing the natural logarithm of the inside and outside $CO_2$ concentrations versus time, as shown in Equation (3).

$$-ln\frac{Y_{in,t} - Y_{out}}{Y_{in,t=0} - Y_{out}} = \lambda t \qquad (3)$$

where $Y_{in,t}$ and $Y_{in,t=0}$ are the $CO_2$ concentrations (ppm) measured inside the chamber at time $t$ and $t = 0$, respectively. $Y_{out}$ is the average $CO_2$ concentration (ppm) measured outside the chamber using a second monitor during the test period. The two $CO_2$ monitors had been previously calibrated to each other via co-location tests.

## 2.2. Field measurements (Oregon, USA)

A separate set of measurements were made at a field site in Oregon, USA with an operating 'needlepoint' bipolar ionization system (again, GPS-FC48-AC) installed in the air handling unit (AHU). The study site was a 360 m² office building that was occupied during the measurements. Between five and eight people were present for the duration of monitoring, and two other individuals also entered the space for short durations. The building was served by two AHUs and one ionizer unit was installed into both air handlers. We conducted sampling upstream and downstream of the ionizer unit in the AHU that served a conference room, two offices, a restroom, and an archive room, consisting of ~178 m² of floor area. The supply duct was approximately 0.61 m × 0.53 m and the design supply air flow rate was 1000 ft³/min (1700 m³/h).

We conducted air sampling in four locations in the building: 1) ~0.75 m upstream the ionizer unit in the supply duct, 2) ~0.75 m downstream the ionizer unit in the supply duct (Fig. 3), 3) in the outdoor air supply duct, and 4) inside an 11.5 m² office served by the AHU where upstream and downstream sampling occurred. At each location, we measured particulate matter, size-resolved in 27 bins between 0.01 μm and 10 μm using a TSI Model 3910 Nanoscan SMPS and a TSI Model 3330 OPS, $O_3$ using a 2B Technologies Model 106-OEM-L, and VOCs sampled onto AirToxic glass sorbent tubes (PerkinElmer), packed with 180 mg of Carbotrap B followed by 70 mg of Carboxen 1000, and analyzed by thermal desorption–gas chromatography–mass spectrometry (TD-GC-MS). Details regarding the TD-GC-MS method are provided in Appendix 3. In all locations except the location downstream of the ionizer, temperature and relative humidity were measured continuously (Onset, S-THB-M002).

The ionizer unit in the field location was turned on at the beginning of the workday, ~8:00 a.m. local time, with measurements beginning at approximately 11:30 a.m. local time. The ionizer remained on for the duration of the tests. For measurements made in the supply duct, we measured air pollutant concentrations over a 1 h period. For particle measurements, we sampled air upstream and downstream of the ionizer through two runs of ~1.5 m of ³/₈" conductive tubing (bev-a-line) that was installed through a sampling port drilled into the aluminum duct. Every 5 min, we manually switched the line attached to the instruments from the upstream to downstream (or vice versa), recording the time-stamp of the switch in a laboratory notebook. For ozone, we similarly sampled from air upstream and downstream the ionizer through two runs of ~1.5 m of ¼" perfluoroalkoxy (PFA) tubing, switching every 5 min manually. Upstream of the ionizer system, we inserted the temperature and relative humidity (RH) probe into the center of the supply air duct. Particles, ozone, temperature, and RH were all recorded in a 1-min interval. VOC measurements were time-integrated in each location upstream and downstream the ionizer, with two sampling pumps



**Fig. 3.** Schematic of the AHU in the field site with sampling locations marked. Arrows indicate the direction of airflow through the AHU. MERV = Minimum efficiency reporting value, NPBI™ = needlepoint bipolar ionizer, $O_3$ = ozone, T = temperature, RH = relative humidity.

Y. Zeng et al.                                                        Building and Environment 195 (2021) 107750

drawing air through two runs of ~0.5 m of 1/8" diameter PFA tubing with a target flow rate of ~50 mL/min for each pump. VOCs were sampled in duplicate at each location for 1 h, for a total sample volume of ~3 L in each sorbent cartridge. In outdoor air in the office, we sampled particles, ozone, temperature and RH, and VOCs in two 30-min sampling events occurring in series. VOC samples were made with single replicate during outdoor sampling and in duplicate during indoor air sampling.

We sampled in the supply duct upstream and downstream of the ionizer to isolate and observe immediate impacts of the ionization unit. Additional measurements made in the indoor space and outdoor space were made to compare supply, indoor, and outdoor concentrations. Note that we did not have capability to control the indoor space, including occupancy, behaviors, and activities. We also did not have access to the mechanical systems such that we could shut off the ionizer system; therefore, we do not have field data that include a control where the air handling system is operating but the ionization system is off.

## 3. Results

### 3.1. Laboratory (large chamber) experiments (Chicago, IL)

In this section, we present data from the large chamber laboratory experiments in Chicago, first for the normal operating condition experiments, then followed by the particle injection and decay experiments. Table 1 summarizes the chamber test days and their measurement focus, and also provides average (standard deviation, SD) temperature and relative humidity measured during each experiment, as well as the measured air change rate with the surrounding laboratory air. Air change rates of 1.2–1.6 per hour were achieved during the test periods approximately as intended, including ~1.25 per hour with the air handling unit set to low fan speed and ~1.6 per hour with the air handling unit set to medium fan speed.

#### 3.1.1. Normal operating condition experiments

This section summarizes particle concentrations, select VOC concentrations, $O_3$, and $NO_x$ concentrations measured during the normal operating condition experiments conducted in the large chamber.

##### 3.1.1.1. Particle concentrations. Fig. 4 shows particle concentrations measured inside and outside the chamber on the October 24, 2020 test day under normal operating conditions with periods of ionizer on and off marked in time. Each data point represents a 1-min interval reading, and readings alternate from 20-min sampling periods inside followed by 20-min sampling periods outside. Fig. 4a shows total number concentrations measured by the SMPS (Total SMPS: ~0.01–0.3 μm); Fig. 4b shows total number concentrations measured by the OPS (Total OPS: 0.3–10 μm); and Fig. 4c shows estimates of $PM_{2.5}$ concentrations made using data from both the SMPS and OPS. Particle concentrations inside the chamber were lower than concentrations outside the chamber, but closely tracked outside chamber concentrations over time. There was a spike in OPS-measured and estimated $PM_{2.5}$ mass concentrations outside

the chamber immediately prior to and immediately after switching on the ionizer, likely due to the movements and activities of research personnel. Comparing ionizer on and off periods visually, there were no obvious periods of particle generation or removal inside the chamber for any of the particle measures.

Fig. 5 shows inside/outside (I/O) chamber concentration ratios measured throughout the October 24, 2020 test day. I/O ratios are calculated for each of the three particle measures (total SMPS, total OPS, and $PM_{2.5}$) using the mean inside chamber concentration in a given 20-min sampling interval divided by the mean outside chamber concentration in the prior 20-min interval. Uncertainty in I/O ratios at each 40-min combined I/O sample interval is estimated by adding the relative standard deviations of the inside and outside concentrations at each interval in quadrature. I/O ratios are important to use for comparison purposes because Mann-Whitney U tests revealed significant differences in the absolute number concentrations of all particle measures (total SMPS, total OPS, and $PM_{2.5}$) measured outside the chamber between the ionizer on and off periods (p < 0.05, Fig. 4), as well as inside the chamber between the ionizer on and off periods (p < 0.05, Fig. 4). Normalizing inside chamber concentrations to outside chamber concentrations accounts for these variations over time that are likely unrelated to ionizer usage. Fig. 5a shows I/O ratios for each 40-min combined I/O sample interval over time, with periods of ionizer on and off marked in time. Fig. 5b shows mean (SD) I/O ratios from the same data, grouped by ionizer on and off periods.

Large standard deviations in I/O ratios were apparent immediately before and after switching on the ionizer, driven by large fluctuations in particle concentrations (OPS, >0.3 μm) outside the chamber. Otherwise, I/O ratios were relatively steady throughout the test day with both the ionizer on and off. The mean (±SD) I/O ratio for the total SMPS concentrations was $0.41 \pm 0.04$ with the ionizer off and $0.37 \pm 0.02$ with the ionizer on (~10% decrease), but differences in these values were not statistically significant (p = 0.09, Mann-Whitney U test). The mean (±SD) I/O ratio for the total OPS concentrations was $0.72 \pm 0.05$ with the ionizer off and $0.70 \pm 0.03$ with the ionizer on (~3% decrease), but differences in these values were not statistically significant (p = 0.39, Mann-Whitney U test). The mean (±SD) I/O ratio for estimated $PM_{2.5}$ concentrations was $0.40 \pm 0.10$ with the ionizer off and $0.38 \pm 0.08$ with the ionizer on (~5% decrease), but differences in these values were also not statistically significant (p = 0.67, Mann-Whitney U test). These results suggest that while I/O ratios for each measure of particulate matter were slightly lower with the ionizer on than with the ionizer off, the differences were not statistically significant, and may have been affected by variations in concentrations outside the chamber during the test period. Note that the Mann-Whitney U tests applied to these data are also underpowered, with small sample sizes of n = 6 intervals with the ionizer on and n = 4 intervals with the ionizer off.

##### 3.1.1.2. VOC and aldehyde concentrations. Tables 2 and 3 show results for the detection and quantification of organic compounds on the VOC sampling day (October 15, 2020). Table 2 shows compounds identified and quantified using the TO-15 and TO-11A target list of compounds;

**Table 1**
Large chamber test condition summary, with average temperature and RH inside and outside the chamber during each test condition.

| Date | Condition | Target | Sample Location | Temperature (°C) Mean (SD) | RH (%) Mean (SD) | Air Change Rate (1/hr) |
|------|-----------|--------|-----------------|----------------------------|------------------|------------------------|
| Oct 15, 2020 | Normal operation | VOCs | Inside | 23.4 (1.2) | 26.5 (4.4) | 1.25 |
|  |  |  | Outside | 24.2 (1.2) | 25.0 (4.5) |  |
| Oct 24, 2020 | Normal operation | PM, $O_3$, $NO_x$ | Inside | 26.9 (2.7) | 26.2 (1.3) | 1.59 |
|  |  |  | Outside | 23.9 (0.1) | 25.6 (0.8) |  |
| Oct 31, 2020 | Injection & Decay | PM | Inside | 24.3 (1.0) | 29.8 (0.6) | 1.26 |
|  |  |  | Outside | 22.1 (0.7) | 31.2 (1.3) |  |
| Nov 8, 2020 | Injection & Decay | PM | Inside | 25.7 (0.3) | 39.0 (1.7) | 1.26 |
|  |  |  | Outside | 24.3 (0.1) | 48.4 (0.5) |  |

Y. Zeng et al.

Building and Environment 195 (2021) 107750



**Fig. 4.** Particle concentrations measured inside and outside the chamber, alternating every 20 min, on the October 24, 2020 sampling day with the ionizer on and off periods marked: a) total number concentrations measured by the TSI NanoScan SMPS (~0.01–0.3 μm), b) total number concentrations measured by the TSI OPS (0.3–10 μm), and c) estimated PM$_{2.5}$ mass concentrations made using both the SMPS and OPS data.



**Fig. 5.** Inside/outside (I/O) chamber concentration ratios calculated for three particle measures (total SMPS, total OPS, and PM$_{2.5}$) on the October 24, 2020 sampling day under normal operating conditions with the ionizer on and off periods marked: a) I/O ratios for each 40-min combined I/O sample interval over time, and b) mean (SD) I/O ratios, grouped by ionizer on and off periods. I/O ratios are calculated for each of the three particle measures using the mean inside chamber concentration in a given 20-min sampling interval divided by the mean outside chamber concentration in the prior 20-min interval. Uncertainty in I/O ratios at each 40-min combined I/O sample interval is estimated by adding the relative standard deviations of the inside and outside concentrations at each interval in quadrature.

confidence in both detection and quantification in Table 2 is high given the analytical laboratory's calibrations for these target analytes. Table 3 shows concentrations of organic analytes tentatively identified and pseudo-quantified in the library compound search of spectral peaks detected outside of the TO-15 target list from the SUMMA canister samples.

Table 2 reveals several key observations regarding air composition inside and outside the chamber during testing. First, the summation of total organic compounds (TOC) from the combination of TO-15 and TO-11A analyses shows that summed VOC concentrations were higher in the chamber (84 μg/m$^3$) than outside of the chamber (59 μg/m$^3$) during baseline (ionizer off) conditions (i.e., an I/O chamber ratio of ~1.4).

Y. Zeng et al.

Building and Environment 195 (2021) 107750

**Table 2**
Organic compound analysis for the TO-15 and TO-11A analyte lists applied to samples collected inside (I) and outside (O) the chamber during ionizer on and off conditions on October 15, 2020.

| Test Method | Analyte | MW (g/mol) | Ionizer Off | | | Ionizer On | | | % Change in I/O Ratio[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Inside (µg/m³) | Outside (µg/m³) | I/O Ratio | Inside (µg/m³) | Outside (µg/m³) | I/O Ratio | |
| TO-11A | Formaldehyde | 30 | 11.4 | 5.9 | 1.95 | 10.6 | 5.3 | 1.98 | +2% |
| TO-11A | Acetaldehyde | 44 | 5.9 | 5.4 | 1.10 | 5.7 | 4.6 | 1.25 | +13% |
| TO-15 | Acetone | 58 | 23 | 36 | 0.64 | 41 | 37 | 1.11 | +73% |
| TO-11A | Butyraldehyde | 72 | 2.1 | 2.0 | 1.06 | 2.2 | 1.6 | 1.35 | +28% |
| TO-15 | Toluene | 92 | 2.6 | 4.5 | 0.58 | 3.4 | 5.1 | 0.67 | +15% |
| TO-15 | 1,2-Dichloroethane | 99 | 4.1 | <2.4 | >1.7 | <2.4 | <2.4 | n/a | At least −42% |
| TO-15 | Ethylbenzene | 106 | 7.5 | <2.7 | >2.8 | <2.7 | <2.7 | n/a | At least −44% |
| TO-15 | m,p-Xylene | 106 | 24 | <5.2 | >4.6 | <5.2 | <5.2 | n/a | At least −78% |
| TO-15 | Dichlorodifluoromethane | 121 | 3.6 | <3.0 | >1.2 | <3.0 | <3.0 | n/a | At least −17% |
| Total | Summed TOC[2] | n/a | 84.2 | 58.9 | 1.43 | 68.0 | 58.8 | 1.16 | −19% |

[1] Inside/outside (I/O) chamber ratios are calculated for each ionizer on and off period. The % change in I/O ratio shows comparisons between all inside/outside (I/O) chamber values when possible. When an analyte was reduced inside the chamber below reporting limit (<RL) and/or when the outside chamber concentration of an analyte also found inside the chamber was < RL, then the % change in I/O ratio for that analyte was estimated to be "at least" the shown percent change.

[2] The summation of total organic compounds (TOC) is the sum of the concentrations of each of the analytes shown for each sample. The I/O ratio for summed TOC is calculated as the summed TOC value for inside chamber values divided by the summed TOC value for outside chamber values for each of the ionizer on and off conditions.

**Table 3**
Organic compound analysis for analytes tentatively identified in a compound search (TICS) of the GC-MS analysis of SUMMA canister samples collected inside (I) and outside (O) the chamber during ionizer on and off conditions on October 15, 2020. (ND = not detected).

| Test Method | Tentatively Identified Analyte (Quality) | MW (g/mol) | Ionizer Off | | | Ionizer On | | | % Change in I/O Ratio[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Inside (µg/m³) | Outside (µg/m³) | I/O Ratio | Inside (µg/m³) | Outside (µg/m³) | I/O Ratio | |
| TICS | Acetonitrile (<10) | 44 | ND | ND | ≪ 1 | 17.3 | ND | ≪ 1 | n/a |
| TICS | Ethanol (<10 ionizer off; >50 ionizer on) | 46 | 13.8 | 15.9 | 0.87 | 12.8 | 8.3 | 1.54 | +78% |
| TICS | 3-Butenamide (10) | 85 | ND | ND | n/a | 1.9 | ND | >1 | ↑ |
| TICS | 4-Penten-1-ol (27) | 86 | ND | 1.8 | <1 | ND | ND | n/a | n/a |
| TICS | Hexanal (40) | 100 | ND | 2.1 | <1 | ND | 2.5 | n/a | n/a |
| TICS | Hexane, 3,3-dimethyl- (64) | 114 | 3.8 | ND | >1 | 2.5 | ND | >1 | ↓ |
| TICS | Hexane, 2,3,5-trimethyl- (50) | 128 | 2.8 | ND | >1 | ND | ND | n/a | ↓ |
| TICS | 1R-.alpha.-Pinene (76) | 136 | ND | 2.2 | <1 | ND | ND | n/a | n/a |
| TICS | Cyclohexene, 4-ethenyl-1,4-dimethyl (50) | 136 | ND | ND | n/a | 1.9 | ND | >1 | n/a |
| TICS | 3-Phenyl-1-butanol (<10) | 150 | 2 | ND | >1 | ND | ND | n/a | ↓ |
| TICS | Nonane, 4,5-dimethyl (64) | 156 | 1.8 | ND | >1 | ND | ND | n/a | ↓ |
| TICS | Decane, 4-ethyl- (59) | 170 | ND | ND | n/a | 9.2 | ND | ≫ 1 | ↑ |
| TICS | Undecane, 4,6-dimethyl- (72) | 184 | ND | ND | n/a | 5.7 | ND | ≫ 1 | ↑ |
| TICS | Undetermined[2] (<10) | und. | ND | ND | n/a | 17.9 | ND | ≫ 1 | ↑ |
| Total | Summed TOC | – | 24.2 | 28.0 | 0.86 | 51.9 | 28.1 | 1.85 | +114% |

[1] Inside/outside (I/O) chamber ratios are calculated for each ionizer on and off period. The % change in I/O ratio shows comparisons between all inside/outside (I/O) chamber values when possible. Given the uncertainties in both identification and quantification of the compounds from the TICS, the % change in I/O ratios is shown for only a limited number of constituents, and otherwise shows qualitative increases or decreases with an up or down arrow.

[2] Tentatively identified compound possibilities include: ethylene oxide (44 g/mol; quality <10), carbon dioxide (44 g/mol; quality <10), octodrine (129 g/mol; quality <10), or 2-Heptanamine, 5-methyl- (129 g/mol; quality <10).

Present in the indoor challenge mixture in the greatest amounts were: m, p-Xylene (~24 µg/m³), acetone (~23 µg/m³), and formaldehyde (~11 µg/m³). These compounds and their magnitudes are reasonably consistent with medians and means observed in the US EPA Building Assessment Survey and Evaluation Study (BASE) study of office buildings [36] and in a recent study of a variety of commercial retail buildings in California [37]. Second, summed TOC values for these targeted analytes in Table 2 were similar outside the chamber during both ionizer on and off conditions (~59 µg/m³), suggesting reasonably constant conditions during testing in the lab area surrounding the chamber.

Third, summed TOC values for these targeted TO-15 and TO-11A analytes were lower during the ionizer on period than the ionizer off period, with summed TOC concentrations inside chamber decreasing from 84 µg/m³ to 68 µg/m³ (19% decrease in I/O chamber ratio). However, the ionizer operation appeared to lead to varying responses for individual compounds, with some increasing in concentration and others decreasing. For example, concentrations of higher molecular

weight compounds (>95 g/mol) 1,2-dichloroethane, ethylbenzene, m,p-xylene, and dichlorodifluoromethane were each reduced from above detection limits prior to ionization to below detection limits during ionization, with percent reductions in I/O chamber ratios ranging from at least 17% to >78% for these compounds. Conversely, concentrations of some of the lower molecular weight compounds identified in the TO-15 and TO-11A analyte lists increased during ionizer operation, including acetone with a ~73% increase in I/O ratio (and from 23 µg/m³ to 41 µg/m³ inside the chamber with fairly constant concentrations outside the chamber), butyraldehyde (i.e., butanal) with a ~28% increase in I/O ratio (with some potential attribution to variations in concentrations outside the chamber), and toluene with a ~15% increase in I/O ratio (from 2.6 µg/m³ to 3.4 µg/m³ inside the chamber).

These data suggest that while ionization led to a decrease in some hydrocarbons, the ionization process appears to have led to partial decomposition of some hydrocarbons, resulting in the observed increases in some oxygenated VOCs. This proposed phenomenon of

Y. Zeng et al.                                                                                                                                    Building and Environment 195 (2021) 107750

incomplete VOC degradation is consistent with the ionization process charging VOCs, and then those VOC ions (VOC+ or VOC-, depending on ionization mechanism) either decomposing to a smaller VOC and an accompanying ion, or going on to react with molecular oxygen (O$_2$). The resulting ion-molecule cluster (e.g., [VOC·O2]+) could then undergo a rearrangement to form a carbonyl group (C=O), producing the observed enhancements in some oxygenated VOCs (oVOCs). Some of the carbonyl-containing compounds did not increase, but that may be a function of analytical detection limits and the original concentration of precursors to form those aldehydes. The observed increase in toluene from use of the ionizer was unexpected, as toluene is an oxygen-free hydrocarbon, but we hypothesize that it is a decomposition or fragmentation product following ionization of larger aromatics. Further, the net formation of acetone provides further insight on potential VOC degradation - and oVOC production - mechanisms. Acetone has an ionization energy (IE) of 9.7 eV, so ambient acetone should be ionized in the bipolar ionization device. However, the net formation of acetone indicates that it is also being produced, either as a decomposition product of other, larger ketones, or as an oxidation product following the charged VOC + ions binding with O$_2$ and undergoing subsequent rearrangement and/or decomposition reactions.

Table 3 further demonstrates some compound-specific effects of the ionizer operation, albeit with much less certainty in identification and quantification than the TO-15 and TO-11A results in Table 2 because of high uncertainties in the TICS process. Quality values from the NIST library compound search are reported in Table 3 and should be interpreted as general indicators of quality that primarily serve to distinguish between highly uncertain identification (i.e., lower quality values < 20) and more certain identification (i.e., higher quality values > 50) (but these are not well-defined thresholds). Several tentatively identified compounds were detected only in outside chamber samples and not inside chamber samples with both low and high quality values. Ethanol was detected in all samples and appeared to lead to an increase in I/O chamber ratio of more than 50%, with inside chamber concentrations remaining fairly constant during both ionizer on and off periods, while outside chamber concentrations decreased during ionizer operation.

Several tentatively identified compounds with higher identification confidence (i.e., quality >50) were reduced from some level of identification and quantification to no identification or quantification during ionizer operation, including potentially 3,3-dimethyl-Hexane, 2,3,5-trimethyl-Hexane, and 4,5-dimethyl-Nonane, each with likely identified MW > 100 g/mol. Conversely, several tentatively identified compounds were detected during ionizer operation that were not originally identified without ionizer operation, including potentially 3-Butenamide (small increase, low quality), 4-ethenyl-1,4-dimethyl-Cyclohexene (small increase, moderate quality), 4-ethyl-Decane (larger increase, higher quality), and 4,6-dimethyl-Undecane (larger increase, higher quality), each with MW > 80 g/mol. There was also an increase in an indeterminable compound, with mass spectral peaks at either 44 g/mol or 129 g/mol, that could not be identified with high enough quality to yield further insight. While these TICS comparisons should be interpreted with caution (i.e., tentative in identification and even less confidence in quantification), these results further support findings in Table 2 of varied responses in individual compounds in the chamber presumably due to the ionization process, including some being detected or increasing only with the ionizer on and some only with the ionizer off.

### 3.1.1.3. O$_3$ and NO$_2$ concentrations.

Fig. 6 shows O$_3$ and NO$_2$ concentrations measured inside the chamber during one of the normal operating condition experiments with and without the ionizer operating, conducted on October 24, 2020. Concentrations of both constituents inside the chamber were low (i.e., median of ~1.5–2 ppb for O$_3$ and ~4 ppb for NO$_2$) both with and without the ionizer operating, as is fairly typical for an indoor environment with no known sources of either constituent [38–40], and with moderate gas-phase filtration on the air intake. There were no significant differences (i.e., neither an increase nor a decrease) in NO$_2$ concentrations measured inside the chamber with or without the ionizer operating (Mann-Whitney $U$ test p = 0.29). There was a small, statistically significant decrease in O$_3$ concentrations inside the chamber with the ionizer operating compared to ionizer off conditions (Mann-Whitney $U$ test p < 0.05), with median values of ~2 ppb and ~1.5 ppb, respectively. However, this difference was within instrument uncertainty and O$_3$ concentrations outside the chamber were not measured but could have varied as well. Operation of the ionizer as described in the chamber clearly did not generate detectable O$_3$ or NO$_2$ emissions, nor did it appear to substantially decrease concentrations of either O$_3$ or NO$_2$ at these low concentrations. A time-series of O$_3$ concentration in the chamber is shown in Fig. S3, which illustrates this small decrease, as well as a lack of detectable O$_3$ emissions. Our finding of no O$_3$ emissions is consistent with publicly available reports of standardized testing of this same technology using UL Standards 867 and 2998.

### 3.1.2. Particle injection and decay experiments

This section details results from the particle injection and decay experiments conducted on October 31, 2020 (with the ionizer on) and November 8, 2020 (with the ionizer off). Fig. 7 shows profiles of integral measures of particle number concentrations (i.e., total SMPS for particle sizes ~0.01–0.15 μm and total OPS for particle sizes 0.3–10 μm) during the entire injection and decay process. Burning of incense in the chamber increased total particle concentrations in the 0.01–0.15 μm size range from less than 10,000 #/cm$^3$ during baseline conditions to ~160,000 #/cm$^3$ at peak concentrations, and subsequently decayed back to baseline values over time. Similarly, burning of incense in the chamber increased total particle concentrations in the 0.3–10 μm size range from less than 200 #/cm$^3$ during baseline conditions to ~2500 #/cm$^3$ at peak concentrations, and also subsequently decayed back to




**Fig. 6.** Concentrations of (a) O$_3$ and (b) NO$_2$ measured inside the chamber during the normal operating condition experiment with the ionizer on and off on October 24, 2020.

*Y. Zeng et al.*                                                                                        *Building and Environment 195 (2021) 107750*



**Fig. 7.** Time-series profiles of total particle concentrations measured by the SMPS (0.01–0.15 μm) and OPS (0.3–10 μm) during particle injection and decay experiments: (a) total SMPS and (b) total OPS on the ionizer test day (October 31, 2020), and (c) total SMPS and (d) total OPS on the test day without the ionizer operating (November 8, 2020). Vertical dashed line in (a) and (b) demonstrate when the ionizer was switched on and off.

baseline values over time. There were no major differences in the injection and decay process with the ionizer on or off conditions, although the ionizer off test period was shorter than the ionizer on period. The estimated $PM_{2.5}$ concentrations averaged ~4–5 μg/m³ during baseline conditions on both test days and peaked between ~750 and ~900 μg/m³ during the height of the injection period. Fig. S4 shows results from air change rate measurements using $CO_2$ injection and decay made during the particle injection and decay experiments conducted on October 31, 2020 (with the ionizer on) and November 8, 2020 (with the ionizer off). On both days, the air change rate with the surrounding space was estimated to be ~1.26 1/h, demonstrating the ability to achieve consistent chamber test conditions on different days of experiments.

Fig. 8 shows estimated total particle loss rates ($\lambda + k$) resulting from the particle injection and decay experiments conducted on October 31, 2020 (with the ionizer on) and November 8, 2020 (with the ionizer off).

for three integral particle measures of (a) $PM_{2.5}$, (b) total number concentrations in the 0.01–0.15 μm size range measured by the SMPS (i.e., "Total SMPS"), and (c) total number concentrations in the 0.3–10 μm size range measured by the OPS (i.e., "Total OPS"). Deposition loss rate constants ($k$) can be estimated by subtracting the air change rate ($\lambda$) from the total loss rate ($\lambda + k$), although since the air change rate was the same in each condition, total loss rates can be used for direct comparison between ionizer on and off conditions.

Fig. 8a demonstrates that the operation of the ionizer did not meaningfully increase $PM_{2.5}$ loss rates in the chamber, as loss rates were ~1.27 1/h with the ionizer off and ~1.28 1/h with the ionizer on. The difference of ~0.01 1/h (<1%) between ionizer on and off conditions is within the uncertainty of the regression approach. Fig. 8b demonstrates that the loss rates of the integral measure of total particles 0.01–0.15 μm measured by the SMPS apparently increased from ~1.31 1/h with the



**Fig. 8.** First-order loss rate constants ($\lambda + k$) with the ionizer on and off for the following: (a) $PM_{2.5}$ mass concentrations, (b) total number concentrations measured by the SMPS (0.01–0.15 μm), and (c) total number concentrations measured by the OPS (0.3–10 μm). Chamber air change rates were measured to be ~1.26 1/h on both test days.

Y. Zeng et al.                                                                                    Building and Environment 195 (2021) 107750

ionizer off to ~1.45 1/h with the ionizer on (an increase in total SMPS loss rates of ~11%). Conversely, Fig. 8c demonstrates that the operation of the loss rates of the integral measure of total particles 0.3–10 µm measured by the OPS apparently decreased from ~1.16 1/h with the ionizer off to ~1.13 1/h with the ionizer on (a small decrease in total OPS loss rates of ~3%). For reference, multiplying these differences in loss rates by the volume of the chamber yields equivalent clean air delivery rate (CADRs) in this test configuration of approximately 0.7 m³/h (0.4 cfm), 5.2 m³/h (3 cfm), and −1.3 m³/h (−0.8 cfm) for PM₂.₅, Total SMPS, and Total OPS particulate matter metrics.

These results suggest that although the operation of the ionizer appeared to have led to some differences in particle loss rates between the ultrafine (i.e., 0.1–0.15 µm measured by the SMPS) and fine and coarse (0.3–10 µm measured by the OPS) size ranges, the net impacts on estimates of total PM₂.₅ loss rates were negligible. This observation of an increase in loss rates for ultrafine particles (<0.15 µm), a decrease in loss rates for larger particles (>0.3 µm), and no net change in PM₂.₅ loss rates is conceivably explained in a way that could be consistent with agglomeration of small particles into larger particles, as smaller particles could have grown out of the <0.15 µm size range (thus increasing loss rates in the range) but then appeared in the >0.3 µm size range (thus decreasing loss rates in the range), yet did not grow large enough to encourage more rapid deposition to surfaces in the test chamber. In other words, while these results suggest that the reported mechanism of action of the ionizer (agglomeration or particle growth) may be working, particle mass was still conserved and the ionizer function contributed to shifting the size distribution slightly in the direction of larger particles.

### 3.2. Field measurements (Oregon, USA)

Fig. 9 shows monitoring results for particle size distributions (Fig. 9a), total particle number concentration from 0.01 to 10 µm (Fig. 9b), and ozone concentrations (Fig. 9c) measured in the four locations in the office building described in Section 2.2. Particle number and size distributions upstream and downstream of the ionization unit are similar; it does not appear that particle agglomeration occurred over the short length (~0.75 m) from the ionizer to the downstream sampling location in the supply duct. This finding is not unexpected, given the short residence time in the duct from the upstream to downstream sampling location. However, if an ionization system is installed with the intent to increase the single-pass particle removal efficiency of a filter [41,42] by agglomeration, agglomeration would need to occur within the time-scale of transport from the ionizer to the filter. Data shown in Fig. 9 demonstrate that particle size distributions are not substantially altered in the timeframe of transport from the ionization unit to the downstream sampling location. Further testing is warranted, e.g., following ASHRAE Standard 52.2, to determine the impacts of upstream

ionization on mechanical filtration particle removal efficiency. We observe an increase in particles >1 µm in indoor air compared to measurements made downstream of the ionizer, though we cannot discern whether this effect is due to the ionization unit or the presence of occupants in the indoor space. We also observed similar ozone concentrations upstream and downstream of the ionizer, implying the system is not generating ozone.

In contrast with the particle and ozone measurements, Fig. 10 shows that chemistry initiated by the ionizer appears to impact VOC concentrations within the duct (i.e., from upstream to downstream the ionizer unit). In particular, we observe increases in lower molecular weight, oxygenated species which are expected to be reactive intermediates of the degradation processes initiated by the ionization unit. Ethanol, isopropanol, and acetone increased by approximately 133%, 213%, and 168% respectively, from upstream to downstream of the ionizer. As discussed previously, the ionization energies of these compounds indicate they should be ionized by the unit; net production of these compounds indicates they are also generated as a result of decomposition or rearrangement reactions. We also observed increases in heptane (230%) and methyl methacrylate (429%) and decreases in larger molecular weight fluorinated compounds. Interestingly, and consistent with the observations in the chamber studies, we observed an increase in toluene and a decrease in xylene levels downstream of the ionizer unit (see Appendix 4).

We also semi-quantified select aldehydes, acids, alcohols, and other compounds, shown aggregated in Fig. 10, as we are less confident in quantification and identification than those compounds present in our calibration standard (explained in Appendix 3). Full reporting of compounds shown is in Appendix 4. Indoor concentrations of VOCs (labeled "Office") are higher than downstream the ionizer, primarily due to substantial increases in ethanol, isopropanol, and acetone. These compounds may be generated in the space by ion-initiated chemistry, although they are also emitted from humans [43,44] and other indoor sources [45] such as hand sanitizers and other alcohol-based products. We are unable to discern the relative contribution of the ionizer-initiated chemistry vs. indoor sources to the observed elevated indoor concentrations in this field study.

### 4. Discussion and conclusions

Results from the chamber experiments conducted under normal operating conditions described herein suggest there were small reductions in inside/outside chamber ratios for three particle measures of total SMPS (~0.01–0.3 µm) number concentrations, total OPS (0.3–10 µm) number concentrations, and PM₂.₅ mass concentrations, but the differences were not statistically significant and were partially impacted by simultaneous changes in the surrounding laboratory. Results from the particle injection and decay experiments in the same chamber suggest



**Fig. 9.** a) Particle size distributions, b) particle number concentrations, and c) ozone concentrations in an office building with operating needlepoint bipolar ionization (NPBI™) system. Upstream is the sampling location ~0.75 m upstream the ionizer in the supply air duct, while downstream is ~0.75 m downstream the ionizer in supply air duct. Note that both upstream and downstream sampling locations follow a MERV 8 filter, as described in Section 2.2 of the text.

*Y. Zeng et al.*                                                                                                   *Building and Environment 195 (2021) 107750*



**Fig. 10.** Summary of VOC monitoring in an occupied office building with an operating needlepoint bipolar ionization system. Upstream is the sampling location ~0.75 m upstream the ionizer in the supply air duct, while downstream is ~0.75 m downstream the ionizer in supply air duct. "*" denotes concentrations extrapolated from the calibration curve.

that the operation of the ionization unit in the test chamber appeared to have led to a slight increase in loss rates for ultrafine particles (<0.15 μm) and a slight decrease in loss rates for larger particles (>0.3 μm), resulting in a negligible net change in PM$_{2.5}$ loss rates. This observation is conceivably explained by agglomeration of smaller particles that grew out of the <0.15 μm size range and appeared in the >0.3 μm size range but did not grow large enough to encourage more rapid deposition to surfaces in the test chamber. In other words, while these results suggest that the reported mechanism of action of the ionizer (agglomeration or particle growth) may be occurring, estimated particle mass was still conserved, and the ionizer function shifted the size distribution slightly in the direction of larger particles. Results from the field study revealed similar particle number and size distributions upstream and downstream of the ionization unit, suggesting there were minimal impacts within the short duct length in this installation (which occurred after a MERV 8 particle filter).

O$_3$ was not observed as a byproduct of operation of the tested device. The ionizer used in this study is designed to ionize molecules with ionization energies <12.07 eV [46], which is below the ionization energy of molecular oxygen (O$_2$). This criterion is important, as ionizing O$_2$ is a key method for generating ozone (O$_3$), a known air pollutant, and, as mentioned, a common drawback to many ionizer devices in the past. This approach appears to successfully prevent O$_3$ formation as tested here.

Both the laboratory and field data collected herein suggest that other unintended byproduct formation (e.g., of smaller, potentially oxidized VOCs) is likely occurring, with some consistencies observed in both constituent reductions (e.g., xylenes, ethylbenzene, and 1,2-dichloroethane) and increases (e.g., acetone, ethanol, and toluene), with some consistencies observed between both the chamber tests and field tests. The concept behind ionization with respect to VOCs is that if the ionization energy is below that of the system, the VOCs will lose an electron and become positively charged ions, VOC+. These VOC+ ions could then be removed through electrostatic interactions with surfaces or to a negatively charged plate (if present). Negatively charged VOC ions could be produced through reactions with electrons or other anions in the system. However, between initial ionization and removal, many

chemical reactions can occur, producing uncharged, neutral products that would no longer be easily removed. If the ionizer were able to sequentially ionize these neutral daughter products, then these products would not influence indoor air. However, if the residence time in the ionizing region is insufficient to fully ionize not only the parent VOCs initially in the indoor air, but also the multiple generations of daughter products, then the unintended consequence of ionizers may be to enhance concentrations of smaller, potentially oxidized daughter VOCs.

VOC ions formed in an ionizer have several possible fates in the indoor environment: they may (i) be removed to surfaces or (ii) react with neutral molecules in the gas phase to form an array of products. These ion-molecule reactions include adduct formation, charge transfer, and hydride transfer, and the mechanism of reaction determines the product and potential for formation of ultrafine particles versus oxygenated VOC or other products. Adduct formation, or clustering, can lead to new particle formation if additional molecules or ions continue to cluster to the initial adduct. Researchers have shown that ion-molecule reactions are central to new particle formation: clusters of ions and molecules rapidly grow to form small particles and are clearly correlated to particle growth events in the atmosphere [47].

This work is not without limitations and future directions for improvement. For one, this work was limited to a small number of field and laboratory experiments of a single bipolar ionization device, without replicates. Second, we relied on a limited set of analytical approaches, especially for gas-phase organics detection and quantification. Third, we did not evaluate efficacy for microbiological constituents, despite the high level of interest in these types of technologies for inactivating opportunistic pathogens such as SARS-CoV-2. Regardless of these limitations, this work highlights the need to improve and standardize methods of testing air cleaning technologies to capture the net effects of contaminant removal and/or generation on indoor air.

Given the rapid acceleration in the use of these types of electronic air cleaning technologies and many others, additional work should strive to expand and ultimately standardized test methods for evaluating the efficacy and potential for byproduct formation of these devices, especially those that rely on chemical interactions to remove or inactivate pollutants from air. Ionizer products in particular should be tested in greater

*Y. Zeng et al.*

*Building and Environment 195 (2021) 107750*

quantity and variety, and under other realistic operating configurations (e.g., different ion concentrations, recirculating air configurations, non-well-mixed spaces with varying vertical or horizontal ion distributions). Further efficacy and byproduct testing should explore the impact of other indoor VOC challenge mixtures, including the impact of occupants, perhaps specific to building use types or occupancy scenarios. Test approaches should consider the use of a broader array of analytical approaches, such as additional organic analysis beyond the GC-MS and HPLC approaches and analyte lists used herein, including but not limited to real-time organics analysis, semi-volatile compounds, and especially inactivation of pathogens or surrogate organisms.

## Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## Acknowledgements

We would like to acknowledge Ian Cull for loaning sampling pumps for DNPH cartridges and a ppbRAE PID for real-time VOC detection, STAT Analysis for their analytical support, and several colleagues (who will remain anonymous) who provided their insight on experiences with installations of the tested ionizer and also loaned equipment for our testing.

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.buildenv.2021.107750.

## References

[1] R. Xu, P. Yu, M.J. Abramson, F.H. Johnston, J.M. Samet, M.L. Bell, A. Haines, K. L. Ebi, S. Li, Y. Guo, Wildfires, global climate change, and human health, N. Engl. J. Med. 383 (22) (2020) 2173–2181, https://doi.org/10.1056/NEJMsr2028985.
[2] CDC, Scientific Brief: SARS-CoV-2 and Potential Airborne Transmission, 2020. Coronavirus Disease 2019 (COVID-19). URL https://www.cdc.gov/coronavirus/2019-ncov/more/scientific-brief-sars-cov-2.html.
[3] A. Elejalde-Ruize, What Will it Take to Make Diners Feel Safe Indoors? Nearly 60% Feel Uneasy Eating inside, So Restaurants Try Sterilizing UV Wands, Tabletop Air Purifiers as Winter Looms, 2020 (Chicago Tribune).
[4] Environmental and Modelling Group (EMG), Potential Application of Air Cleaning Devices and Personal Decontamination to Manage Transmission of COVID-19, 2020. Scientific Advisory Group for Emergencies (SAGE).
[5] Johnson Controls, 2020 Johnson Controls Energy Efficiency Indicator Study: COVID-19 Pulse Survey, 2020.
[6] A. Mandavilli, How to Keep the Coronavirus at Bay Indoors, The New York Times, 2020.
[7] R. Ori, Worries about COVID-19 spreading through the vents send Chicago building owners in search of cleaner air. 'You can't put a force field around your property, Chicago Tribune (2020).
[8] ASHRAE, Standard 52.2: method of testing general ventilation air-cleaning devices for removal efficiency by particle size, 2017.
[9] ISO, ISO 16890: Air Filters for General Ventilation, 2016.
[10] US EPA, Residential Air Cleaners: A Technical Summary, third ed., 2018.
[11] S. Meschke, B.D. Smith, M. Yost, R.R. Miksch, P. Gefter, S. Gehlke, H.A. Halpin, The effect of surface charge, negative and bipolar ionization on the deposition of airborne bacteria, J. Appl. Microbiol. 106 (2009) 1133–1139, https://doi.org/10.1111/j.1365-2672.2008.04078.x.
[12] J. Hyun, S.-G. Lee, J. Hwang, Application of corona discharge-generated air ions for filtration of aerosolized virus and inactivation of filtered virus, J. Aerosol Sci. 107 (2017) 31–40, https://doi.org/10.1016/j.jaerosci.2017.02.004.
[13] S.S. Nunayon, H.H. Zhang, X. Jin, A.C.K. Lai, Experimental evaluation of positive and negative air ions disinfection efficacy under different ventilation duct conditions, Build. Environ. 158 (2019) 295–301, https://doi.org/10.1016/j.buildenv.2019.05.027.
[14] B. Pushpawela, R. Jayaratne, A. Nguy, L. Morawska, Efficiency of ionizers in removing airborne particles in indoor environments, J. Electrost. 90 (2017) 79–84, https://doi.org/10.1016/j.elstat.2017.10.002.
[15] Y.-Y. Wu, Y.-C. Chen, K.-P. Yu, Y.-P. Chen, H.-C. Shih, Deposition removal of monodisperse and polydisperse submicron particles by a negative air ionizer, Aerosol Air Qual. Res. 15 (2015) 994–1007, https://doi.org/10.4209/aaqr.2014.08.0166.
[16] Y. Zhang, J. Mo, Y. Li, J. Sundell, P. Wargocki, J. Zhang, J.C. Little, R. Corsi, Q. Deng, M.H.K. Leung, L. Fang, W. Chen, J. Li, Y. Sun, Can commonly-used fan-driven air cleaning technologies improve indoor air quality? A literature review, Atmos. Environ. 45 (2011) 4329–4343, https://doi.org/10.1016/j.atmosenv.2011.05.041.
[17] K.-H. Kim, J.E. Szulejko, P. Kumar, E.E. Kwon, A.A. Adelodun, P.A.K. Reddy, Air ionization as a control technology for off-gas emissions of volatile organic compounds, Environ. Pollut. 225 (2017) 729–743, https://doi.org/10.1016/j.envpol.2017.03.026.
[18] W. Liu, J. Huang, Y. Lin, C. Cai, Y. Zhao, Y. Teng, J. Mo, L. Xue, L. Liu, W. Xu, X. Guo, Y. Zhang, J.J. Zhang, Negative ions offset cardiorespiratory benefits of PM2.5 reduction from residential use of negative ion air purifiers, Indoor Air ina (2020), 12728., https://doi.org/10.1111/ina.12728.
[19] W. Dong, S. Liu, M. Chu, B. Zhao, D. Yang, C. Chen, M.R. Miller, M. Loh, J. Xu, R. Chi, X. Yang, X. Guo, F. Deng, Different cardiorespiratory effects of indoor air pollution intervention with ionization air purifier: findings from a randomized, double-blind crossover study among school children in Beijing, Environ. Pollut. 254 (2019) 113054, https://doi.org/10.1016/j.envpol.2019.113054.
[20] BOMA, Getting Back to Work 2.0: Building Re-entry: Best Practices in a COVID-19 Reality, 2020.
[21] ASHRAE, Filtration/disinfection. ASHRAE COVID-19 resources, 2020. URL, https://www.ashrae.org/technical-resources/filtration-disinfection.
[22] ASHRAE, ASHRAE Position Document on Filtration and Air Cleaning, 2018.
[23] CDC, Coronavirus Disease 2019 (COVID-19): community, work & school - ventilation, 2020. URL https://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.html.
[24] GPS, GPS-FC48-AC Product Data Sheet, 2019.
[25] D.H. Bennett, W. Fisk, M.G. Apte, X. Wu, A. Trout, D. Faulkner, D. Sullivan, Ventilation, temperature, and HVAC characteristics in small and medium commercial buildings in California: small and medium commercial buildings in California, Indoor Air 22 (2012) 309–320, https://doi.org/10.1111/j.1600-0668.2012.00767.x.
[26] A. Persily, J. Gorfain, Analysis of Ventilation Data from the U.S. Environmental Protection Agency Building Assessment Survey and Evaluation (BASE) Study (No. NISTIR 7145), National Institute of Standards and Technology (NIST), 2004.
[27] Direct Supply, 11 questions on a proven pathogen-reducing air cleaning system, 2020. https://www.directsupply.com/blog/11-questions-on-a-proven-pathogen-reducing-air-cleaning-system/.
[28] V. Perez, D.D. Alexander, W.H. Bailey, Air ions and mood outcomes: a review and meta-analysis, BMC Psychiatr. 13 (2013) 29, https://doi.org/10.1186/1471-244X-13-29.
[29] H. Zhao, E.T. Gall, B. Stephens, Measuring the building envelope penetration factor for ambient nitrogen oxides, Environ. Sci. Technol. 53 (2019) 9695–9704, https://doi.org/10.1021/acs.est.9b02920.
[30] H. Zhao, B. Stephens, Using portable particle sizing instrumentation to rapidly measure the penetration of fine and ultrafine particles in unoccupied residences, Indoor Air 27 (2017) 218–229, https://doi.org/10.1111/ina.12295.
[31] H. Zhao, B. Stephens, A method to measure the ozone penetration factor in residences under infiltration conditions: application in a multifamily apartment unit, Indoor Air 26 (2016) 571–581, https://doi.org/10.1111/ina.12228.
[32] M. Yamada, M. Takaya, I. Ogura, Performance evaluation of newly developed portable aerosol sizers used for nanomaterial aerosol measurements, Ind. Health 53 (6) (2015) 511–516, https://doi.org/10.2486/indhealth.2014-0243.
[33] Y.S. Cheng, W.E. Bechtold, C.C. Yu, I.F. Hung, Incense smoke: characterization and dynamics in indoor environments, Aerosol. Sci. Technol. 23 (1995) 271–281, https://doi.org/10.1080/02786829508965312.
[34] X. Ji, O. Le Bihan, O. Ramalho, C. Mandin, B. D'Anna, L. Martinon, M. Nicolas, D. Bard, J.-C. Pairon, Characterization of particles emitted by incense burning in an experimental house, Indoor Air 20 (2010) 147–158, https://doi.org/10.1111/j.1600-0668.2009.00634.x.
[35] S. Patel, S. Sankhyan, E.K. Boedicker, P.F. DeCarlo, D.K. Farmer, A.H. Goldstein, E. Katz, W.W. Nazaroff, Y. Tian, J. Vanhanen, M.E. Vance, Indoor particulate matter during HOMEChem: concentrations, size distributions, and exposures, Environ. Sci. Technol. 54 (2020) 7107–7116, https://doi.org/10.1021/acs.est.0c00740.
[36] US EPA, nd. Summarized data of the building assessment Survey and evaluation study, US EPA Indoor Air Quality. URL, https://www.epa.gov/indoor-air-quality-iaq/summarized-data-building-assessment-survey-and-evaluation-study.
[37] W.R. Chan, S. Cohn, M. Sidheswaran, D.P. Sullivan, W.J. Fisk, Contaminant levels, source strengths, and ventilation rates in California retail stores, Indoor Air 25 (2015) 381–392, https://doi.org/10.1111/ina.12152.
[38] H. Salonen, T. Salthammer, L. Morawska, Human exposure to NO2 in school and office indoor environments, Environ. Int. 130 (2019) 104887, https://doi.org/10.1016/j.envint.2019.05.081.
[39] J. Xu, H. Jiang, H. Zhao, B. Stephens, Mobile monitoring of personal NOx exposures during scripted daily activities in Chicago, IL, Aerosol Air Qual. Res. 17 (2017), https://doi.org/10.4209/aaqr.2017.02.0063, 1999–2009.
[40] S. Zhou, C.J. Young, T.C. VandenBoer, T.F. Kahan, Role of location, season, occupant activity, and chemistry in indoor ozone and nitrogen oxide mixing ratios, Environ. Sci.: Processes Impacts 21 (2019) 1374–1383, https://doi.org/10.1039/C9EM00129H.
[41] J.H. Park, K.Y. Yoon, J. Hwang, Removal of submicron particles using a carbon fiber ionizer-assisted medium air filter in a heating, ventilation, and air-

*Y. Zeng et al.* *Building and Environment 195 (2021) 107750*

conditioning (HVAC) system, Build. Environ. 46 (2011) 1699–1708, https://doi.org/10.1016/j.buildenv.2011.02.010.

[42] B. Shi, L. Ekberg, Ionizer assisted air filtration for collection of submicron and ultrafine particles—evaluation of long-term performance and influencing factors, Environ. Sci. Technol. 49 (2015) 6891–6898, https://doi.org/10.1021/acs.est.5b00974.

[43] D. Pagonis, D.J. Price, L.B. Algrim, D.A. Day, A.V. Handschy, H. Stark, S.L. Miller, J. de Gouw, J.L. Jimenez, P.J. Ziemann, Time-resolved measurements of indoor chemical emissions, deposition, and reactions in a university art museum, Environ. Sci. Technol. 53 (2019) 4794–4802, https://doi.org/10.1021/acs.est.9b00276.

[44] X. Tang, P.K. Misztal, W.W. Nazaroff, A.H. Goldstein, Volatile organic compound emissions from humans indoors, Environ. Sci. Technol. 50 (2016) 12686–12694, https://doi.org/10.1021/acs.est.6b04415.

[45] J. Wooley, W. Nazaroff, A. Hodgson, Release of ethanol to the atmosphere during use of consumer cleaning products, J. Air Waste Manag. Assoc. 40 (1990) 1114–1120.

[46] C. Waddell, An Overview of Needlepoint Bipolar Ionization, 2019.

[47] M. Kulmala, T. Petäjä, M. Ehn, J. Thornton, M. Sipilä, D.R. Worsnop, V.-M. Kerminen, Chemistry of atmospheric nucleation: on the recent advances on precursor characterization and atmospheric cluster composition in connection with atmospheric new particle formation, Annu. Rev. Phys. Chem. 65 (2014) 21–37, https://doi.org/10.1146/annurev-physchem-040412-110014.

# EXHIBIT E

# PARENTS TELL MONTCLAIR DISTRICT: WE'RE WORRIED NEW AIR CLEANERS AREN'T SAFE

*The district is keeping the bipolar ionization systems off for now, while it wades through conflicting reports about their effectiveness and safety.*

April 22, 2021



*Kelly Sikkema via Unsplash*

## By TALIA WIENER

wiener@montclairlocal.news

Several parents are asking the Montclair school system not to use the needlepoint bipolar ionization systems it recently purchased as part of an effort to safeguard against

coronavirus transmission — worried about byproducts they say could be harmful to children.

And schools Superintendent Jonathan Ponds recently said the district will keep the machines off as it researches their safety further — but that the district has been assured by its engineering firm and the manufacturer the systems are safe. The systems were turned off ahead of the April 12 return to elementary schools for hybrid learning — the first time Montclair students have attended class in school buildings since the coronavirus pandemic began.

A complete transformation of the district's aging ventilation systems was estimated to cost $26 million in a November 2020 assessment. But the district has since made several smaller or temporary adjustments meant to improve coronavirus safety.

As described by Dan Daniello of D&B Building Solutions, an HVAC company that worked with the district on its ventilation upgrades, the bipolar ionization system releases ions — positively or negatively charged particles — into the air, which then attach to other, potentially dangerous particles, like the novel coronavirus. That creates larger particles that are easier for mechanical air cleaners to filter out, he said at an April 19 school board meeting.

It's an emerging technology, adopted by many school systems, hospitals and other facilities during the pandemic. But federal health and environmental authorities warn it's also not a wholly proven technology, and can in some cases create harmful byproducts. A Rutgers University civil and environmental engineering professor told Montclair Local she has serious doubts about the technology; concerned parents have reached experts who told the district much the same.

The vendor that provided the systems, Charlotte-based Global Plasma Solutions, says bipolar ionization is safe. GPS itself was recommended to the district by engineering firm EI Associates in the November report, which said "to the best of our knowledge, this is the only [needlepoint bipolar ionization manufacturer] that has had third-party testing on the

SARS-CoV-2 virus to date." It said GPS's system could also break down volatile organic compounds, kill mold sports and bacteria and eliminate odors.

GPS says its system does not create ozone (which can damage lungs and have other negative health impacts, according to the Environmental Protection Agency), or volatile organic compounds (which can have a range of health effects from eye and throat irritation to central nervous system damage when people are exposed over long periods of time).

"Recently, within the last couple months, there has been some banter about some reports," Daniello, who presented materials from GPS at the April 19 meeting, said. "We do not make any VOCs."

## 'EXERCISE CAUTION'

The EPA, in online coronavirus guidance, says "provided manufacturers have data to demonstrate efficacy," they can market bipolar ionization systems to help remove viruses from the air. But the EPA warns bipolar ionization systems can generate ozone or other byproducts "unless specific precautions are taken in the product design and maintenance" — and recommends products be selected and used carefully. The CDC also warns facilities should "exercise caution and to do their homework" when considering emerging air disinfectant technology, and seek documented performance data from multiple third-party sources.

Daniello, at the board meeting, said Intertek Laboratories completed an independent test, published March 31, and found no VOC byproducts at levels above those that would be found normally in the air. GPS this month also published a response to criticisms and outside testing of its systems, arguing against many of the findings.

During the April 19 school board meeting, several concerned parents spoke about their opposition to the air systems, citing scientific papers, articles and letters from experts.

"Based on a growing number of expert opinions in the fields of chemistry, indoor air, children's health, engineering and more, it is clear the bipolar ionization units installed in the classrooms are a health risk to our schools and children," Montclair parent Melanie Robbins told the board.

Montclair parent Suzanne Aptman said the news of the new air systems initially came as relief — she had long been concerned about air ventilation in Montclair schools, worried about poor circulation in classrooms.

"At Edgemont [Montessori School], for example, the buses' exhaust fumes would enter the rooms and just sit there," said Aptman. "So, beyond the claim to deactivate COVID particles, hearing the promise to filter out the VOCs was a relief."

But she and other parents began to do more research on the technology, finding accounts from experts who denounced bipolar ionization, citing a lack of regulation for products that use the technology, limited proof of efficacy, and tests that appeared to show evidence of dangerous byproducts including formaldehyde and other carcinogens.

"There is a marketplace that opened up in schools during COVID," Robbins said at the meeting. "The tests that GPS mentioned are not independent as they claim. They are paid for by the company itself and the data and protocols are not in the public domain."

## SEEKING MORE STUDIES

Rutgers civil and environmental engineering professor Monica Mazurek told Montclair Local she opposes the bipolar ionization systems, and says definitive studies would need to be performed on specific equipment to determine its effectiveness in a classroom. The unvalidated technology and unmonitored conditions after installation do not prevent exposure and transmission of COVID-19, she said.

"Throwing money at a problem without understanding the problem is not a solution," Mazurek, who is also the director and resident air quality expert at the Center for

Advanced Infrastructure and Transportation at Rutgers, said. "Where is the data? Where are the facts? Where are the monitoring data?"

Justin Klabin, another Montclair parent — as well as a consultant on green building and health issues through his company, Klabin Eco Development — wrote a letter to the district on Dec. 8 advising against the installation of the devices.

"Government agencies including the EPA now certify air cleaners as 'ozone free' if they achieve low levels of ozone during use in a test chamber," wrote Klabin. "However, these agencies do not test for other by-products of emission that may have deleterious health effects, including products from ... the intended reaction in the air."

Parents and families have continued to express their concern through emails, letters, and phone calls. During the April 19 school board meeting, Aptman mentioned a March article published in *Building and Environment* that found bipolar ionization systems can lead to an increase in certain VOCs.

In response to Montclair Local inquiries about parents' concerns, GPS made the following statement: "Rigorous, modern testing at independent labs and measurements from a wide-range of real-world installations have continuously proven to create a healthy environment that can neutralize harmful pollutants without introducing elevated levels of ozone, carbon dioxide, volatile organic compounds (VOCs) or other harmful compounds."

A group of concerned Montclair parents reached out to Mount Sinai doctor and Environmental Medicine and Public Health Professor Sarah Evans asking for her opinion on the systems. On Dec. 14, Evans wrote a letter to the district, opposing the systems.

"Our team of pediatricians, scientists, occupational medicine doctors and industrial hygienists have concerns about the safety and efficacy of emerging air cleaning," she wrote. "We recommend against the introduction of these systems in the district."

Aptman said she's been in touch with Evans, and the doctor hasn't yet received a response from the district.

At the board meeting — and at an earlier Board of School Estimate meeting — Ponds thanked those who spoke on the issue, and encouraged them to pass along their materials to the district.

"Factual data and information helps make strong decisions," Ponds said.

Ponds also said he hoped GPS representatives were listening to the meeting and that they would take into consideration all the concerns brought by parents and families.

"They do understand what's going on out there in the field," he said.

Ponds declined to comment for this story.

# EXHIBIT F

# Newark School District to 'Disconnect' $ 360,000 Air Cleaners – fr

May 21, 2021



ⓘ

NEWARK – More than 500 air handlers will be disconnected from Newark classrooms after the school district learns that a class action lawsuit has been filed alleging that the company that makes the devices has misrepresented how they protect against the spread of the coronavirus.

The costume also claimed that the devices could actually make the air worse.

North Carolina-based 'Bipolar Needle Ionization Devices' from Global Plasma Solutions were initially approved for purchase by the Newark Unified School District board in November to help eliminate potential transmission of coronavirus in classrooms and provide "peace of mind" to students. and staff, officials said.

In all, Superintendent Mark Triplett said at a board meeting in April that the district had purchased 556 devices and installed them for a total of $ 359,945.

"They are considered the best at fighting and killing the virus," Triplett said in April of the devices, as the district sought to reassure staff, students and parents, aired in classrooms. class would be safe for a return to school.

The school district was sold largely on the devices by a presentation by a vendor of machines touting their effectiveness in killing the virus that causes COVID-19.

However, the lawsuit claims the manufacturer "overestimates" its product's ability to do so, and "deceptively" represents testing its own product as independent and "preying on people desperate to clean the air," all in an effort to enrich itself.

Global Plasma Solutions' products "make the air worse for people" because they "reduce some volatile organic compounds (VOCs) but actually increase the concentration of other VOCs," says the lawsuit, filed May 7.

Triplett emailed the entire district on Tuesday, saying the district had "been made aware" of a proposed class action lawsuit against Global Plasma Solutions in Delaware federal court earlier this month.

Although Triplett noted that the devices met various safety standards reviewed by government agencies and a heating and air conditioning trade association, he said, "With great caution, Newark Unified has decided to disconnect all of these devices from our HVAC units until further notice. "

The district had also purchased and installed air purifiers with HEPA filters for "every classroom and school office space before the return to in-person learning on April 29," Triplett said in the letter.

"As always, the health and safety of our students and staff remains our top priority, and we will continue to monitor this situation as it evolves," he said.

Triplett did not respond to an interview request for this news article.

In an emailed statement to this news agency on Thursday, a spokesperson for Global Plasma Solutions said in part: "GPS technology works, is safe and can play an important role in making complete purification systems and more efficient air filtration. "

The company said that "the lawsuit is baseless and based on flawed research, and we will be filing a motion to dismiss the case in the coming days. "

The company said it contacted Newark Unified to "share additional data and answer any questions." We are also expanding an offering to perform on-site testing to verify the safety of this technology and the additional benefits and confidence that bipolar ionization offers Newark schools. "

In November 2020, the Newark Unified School District Board of Directors heard a presentation from Nicole Seiderman of San Jose-based Norman S. Wright Corporation, touting the technological advancements of Global Plasma Solutions.

Seiderman noted that the manufacturer had partnerships with the aviation industry that allowed them to test their devices for the virus.

"He revealed that COVID-19 was killed within 30 minutes at a death rate of 99.4 percent. So they tested their ionization product directly on our biggest concern today, "Seiderman said.

But that same claim was one of many claimed in the lawsuit as misleading or false, citing information from Boeing which performed "limited testing" of the product and "was unable to replicate supplier results." .

The plane's manufacturer wrote that "the ionization of the air did not show significant disinfection efficiency," the lawsuit said.

Seiderman also said that "Global Plasma Solutions" had "figured out how to do ionization without harmful byproducts," another claim disputed by the lawsuit.

The district said at the time that the devices would be paid for from the CARES Act funds received by the district.

Staff recommended the purchase after conducting "collaborative research" with consultants, including McCracken Woodman, based in Lafayette, RGMK, based in Concord, "and in consultation with other districts and industry representatives. , According to staff reports.

In a Kaiser Health News article in early May, Marwa Zaatari – a member of the ASHRAE epidemic working group, the American Society of Heating, Refrigerating and Air-Conditioning Engineers – questioned the effectiveness of the devices. .

"It's a high cost for nothing," Zaatari said in the article. Global Plasma Solutions sued her and another air quality consultant for criticizing their devices, according to Kaiser Health News.

The company noted that its products met ASHRAE "zero ozone" certification standards, which Triplett had also noted in previous presentations.

"It's really amazing technology that has been developed," Triplett said at the November board meeting when introducing the idea of buying the devices to the board.

"I think it could really give a lot of peace of mind to our staff, students and families with the goal of actually improving air quality," said Triplett.

"I will say that the cost is not insignificant," said Triplett, "but we really feel like it really is money well spent because it is about the safety and health of our people. students and our staff. "