**MCGUIREWOODS LLP**
JENNY YI (SBN 314530)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: jyi@mcguirewoods.com

**MCGUIREWOODS LLP**
LUCY JEWETT WHEATLEY (*pro hac vice*)
AMANDA L. DEFORD (*pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-7877
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
         adeford@mcguirewoods.com

**MCGUIREWOODS LLP**
ROBERT MUCKENFUSS (*pro hac vice*)
201 North Tryon Street, Suite 300
Charlotte, NC 28202
Tel: (704) 343-2052
Fax: (704) 444-8707
Email: rmuckenfuss@mcguirewoods.com

**MCGUIREWOODS LLP**
CORINNE S. HOCKMAN (*pro hac vice*)
501 Fayetteville Street, Suite 500
Raleigh, NC 27610
Tel: (919) 775-6572
Fax: (919) 835-5943
Email: chockman@mcguirewoods.com

Attorneys for Global Plasma Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Global Plasma Solutions, Inc.,<br><br>  Plaintiff,<br><br>  vs.<br><br>IEE Indoor Environmental Engineering,<br><br>  Defendant. | CASE NO. 4:21-cv-02884-JSW<br>**ORDER GRANTING**<br>**JOINT STIPULATION TO STAY CASE**<br>**PENDING SETTLEMENT**<br>**NEGOTIATIONS**<br> **AS MODIFIED**<br>Assigned Judged: Hon. Jeffrey S. White |

JOINT STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE CASE DEADLINES

|   |   |
|---|---|
| 1 | Plaintiff Global Plasma Solutions, Inc. ("Plaintiff") and Defendant IEE Indoor |
| 2 | Environmental Engineering ("Defendant") (collectively, "the Parties"), through their respective |
| 3 | attorneys of record, hereby stipulate and request that the Court stay the above-captioned matter for |
| 4 | forty-five (45) days, including all Ordered deadlines, discovery deadlines, deadlines set by the |
| 5 | Federal Rules, and other case deadlines, while the Parties engage in meaningful settlement |
| 6 | negotiations.  In support of this request, the Parties submit as follows: |
| 7 | WHEREAS, the Parties have been engaging in meaningful settlement negotiations and |
| 8 | believe in good faith that they are getting close to an agreed settlement; |
| 9 | WHEREAS, the Parties wanted to notify the Court of this development and request a stay |
| 10 | of all deadlines in this action—including but not limited to all deadlines stated in the Court's |
| 11 | Amended Scheduling Order (ECF No. 68); all pending discovery deadlines, including but not |
| 12 | limited to deadlines related to pending or anticipated written discovery, third-party subpoenas, |
| 13 | depositions, and other similar deadlines set by the Federal Rules; deadlines to appeal any decisions |
| 14 | or orders by this Court and by the Magistrate Judge; and deadlines related to any existing or future |
| 15 | discovery disputes between the parties—because the Court has before it pending motions, and the |
| 16 | Parties each have anticipated motions that would have to be filed to avoid waiver if no stay is |
| 17 | implemented, that the Court may not need to resolve should the Parties settle this matter; |
| 18 | WHEREAS, the Parties request the stay of all deadlines not only out of respect for, and an |
| 19 | attempt to conserve, judicial resources but also because they believe in good faith that doing so will |
| 20 | help facilitate a final and complete settlement between the Parties; |
| 21 | WHEREAS, the Parties represent that they will use the 45 day stay in a good faith attempt |
| 22 | to resolve the case on their own, without Court or mediator intervention, but have preemptively |
| 23 | agreed that, should a settlement not be reached through this informal process, the Parties will enlist |
| 24 | a third-party mediator to help facilitate an agreement with mutually agreeable terms no later than |
| 25 | the Court-ordered mediation deadline of October 31, 2022; |
| 26 | WHEREAS, the Parties further agree that if they have not resolved the case on the forty- |
| 27 | fifth day of the stay or otherwise notified the Court of any agreement or impasse by the forty-fifth |
| 28 | day of the stay, the Parties will jointly submit a proposed amended schedule for the resumption of |

this matter; and

WHEREAS the Parties respectfully request a stay of this action rather than a continuation of deadlines to better serve the principles of judicial economy and conservation of the Court's time and resources.

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court stay all deadlines, including but not limited to those listed in this stipulation, without waiver to either Party of any rights, for a period of forty-five (45) days.

**IT IS SO STIPULATED.**

Dated: September 30, 2022          Respectfully submitted,

MCGUIREWOODS LLP

*/s/ Lucy Jewett Wheatley*
Lucy Jewett Wheatley
Email: lwheatley@mcguirewoods.com

*Attorneys for Plaintiff*
*Global Plasma Solutions Inc.*

Dated: September 30, 2022          CARLE, MACKIE, POWER & ROSS, LLP

*/s/ Kristin Mattiske-Nicholls*
Kristin Mattiske-Nicholls
Email: kmattiske@cmprlaw.com

*Attorneys for Defendants*
*IEE Indoor Environmental Engineering*

**IT IS SO ORDERED.**

Dated: this 3rd day of ____October____, 2022

_____
Honorable Jeffery S. White
United States District Judge

The parties shall file a joint status report by no later than Friday, November 18, 2022 advising the Court of the status of settlement or proposing an amended schedule for the remainder of the matter.

The Court VACATES the hearing on IEE's motion to amend scheduled for October 14, 2022.

2
JOINT STIPULATION TO STAY CASE PENDING SETTLEMENT NEGOTIATIONS