Arif Virji (SBN 130322)
avirji@cmprlaw.com
Kristin Mattiske-Nicholls (SBN 288495)
kmattiske@cmprlaw.com
Justin D. Hein, (SBN 249275)
jhein@cmprlaw.com
CARLE, MACKIE, POWER & ROSS, LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendant
IEE INDOOR ENVIRONMENTAL
ENGINEERING

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Global Plasma Solutions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> IEE Indoor Environmental Engineering, <br><br> Defendant. | CASE NO. 4:21-cv-02884-JSW <br> **ORDER GRANTING JOINT STATUS REPORT AND STIPULATION TO FURTHER STAY CASE TO FINALIZE SETTLEMENT AGREEMENT** <br><br> Assigned Judged:  Hon. Jeffrey S. White |

Plaintiff Global Plasma Solutions, Inc. ("Plaintiff") and Defendant IEE Indoor Environmental Engineering ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, hereby submit this Joint Status Report and Stipulation to Further Stay Case to Finalize Settlement Agreement, pursuant to the Order Granting Joint Status Report and Stipulation to Further Stay Case Pending Settlement Negotiations (ECF. 78).  In support of this request, the Parties submit as follows:

WHEREAS, on October 3, 2022, the Court ordered a stay on all deadlines for a period of forty-five (45) days to allow the parties to explore settlement options;

WHEREAS, on November 19, the Court ordered an additional stay of all deadlines for a period of thirty (30) additional days, expiring on December 19, 2022, to allow the parties additional time to explore settlement;

1    WHEREAS, on December 19, 2022, the Court ordered an additional stay of all deadlines for a period of fifteen (15) additional days, expiring on January 3, 2023, to allow the parties to finalize the formal settlement agreement;

WHEREAS, the Parties have engaged in meaningful settlement negotiations and have reached, but have not executed, a final settlement agreement;

WHEREAS, the Parties request an additional stay of all deadlines to allow time to finalize and execute the formal settlement agreement, and believe in good faith that an additional ten (10) day stay to execute the formal settlement agreement would be beneficial;

WHEREAS, the Parties further agree that if they have not executed the final settlement agreement by January 13, 2023, the tenth day after the additional ten day stay period has elapsed, the Parties will, on January 13, 2023, jointly submit a status update with the Court;

WHEREAS, the Parties respectfully request a stay of this action rather than a continuation of deadlines to better serve the principles of judicial economy and conservation of the Court's time and resources.

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court stay all deadlines, without waiver to either Party of any rights, for a period of ten (10) days to January 13, 2023.

Dated: January 3, 2023

Respectfully submitted,
MCGUIREWOODS LLP

*/s/ Lucy Jewett Wheatley*
Lucy Jewett Wheatley
Email: lwheatley@mcguirewoods.com
*Attorneys for Plaintiff*
*Global Plasma Solutions Inc.*

Dated: January 3, 2023

CARLE, MACKIE, POWER & ROSS, LLP

*/s/ Arif Virji*
Arif Virji
Email: avirji@cmprlaw.com
*Attorneys for Defendants*
*IEE Indoor Environmental Engineering*

**IT IS SO ORDERED.**

Dated: January __4__, 2023

_____
Honorable Jeffery S. White
United States District Judge